**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

JUANREN WU,

              Plaintiff,

v.

THE PARTNERSHIPS AND
UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE "A,"

              Defendant.

Case No.: 26-cv-00358

**Judge Andrea R. Wood**

**Magistrate Judge Beth W. Jantz**

## <u>EXHIBIT 2</u>

**Amended Schedule A**

JUANREN WU,

          Plaintiff,

v.

THE PARTNERSHIPS AND
UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE "A,"

          Defendant.

Case No.: 26-cv-00358

**Judge Andrea R. Wood**

**Magistrate Judge Beth W. Jantz**

## SCHEDULE A

| Defendant No. | Platform | Store Name | Store Url |
|---|---|---|---|
| 1 | Amazon | ahaok | https://www.amazon.com/sp?ie=UTF8&seller=A1KYCTS0H23H44&asin=B0CNCZQWTH&ref_=dp_merchant_link&isAmazonFulfilled=1 |
| 2 | Amazon | Avimegii Store | https://www.amazon.com/sp?ie=UTF8&seller=A1CVYIE2DK5KDV&asin=B0BQ5Y67L6&ref_=dp_merchant_link&isAmazonFulfilled=1 |
| 3 | Amazon | BENOSPACE DIRC | https://www.amazon.com/sp?ie=UTF8&seller=A34MNY616NF8BN&asin=B0CX1HYJS7&ref_=dp_merchant_link&isAmazonFulfilled=1 |
| 4 | Amazon | BENOSPACE DIRECT | https://www.amazon.com/sp?ie=UTF8&seller=A11QM32V0G4BYL&asin=B09BYWCDNQ&ref_=dp_merchant_link&isAmazonFulfilled=1 |
| 5 | Amazon | beyonday | https://www.amazon.com/sp?ie=UTF8&seller=A320SC75LMQRHW&asin=B0C65K7CJH&ref_=dp_merchant_link&isAmazonFulfilled=1 |
| 6 | Amazon | Ceekeer | https://www.amazon.com/sp?ie=UTF8&seller=A3CB0FKMLKHOM0&asin=B0CYMRPXKW&ref_=dp_merchant_link&isAmazonFulfilled=1 |

| | | | |
|---|---|---|---|
| 7 | Amazon | FIGSUN | https://www.amazon.com/sp?ie=UTF8&seller=A187VNTBT0R1FV&asin=B0CBPM1STB&ref_=dp_merchant_link&isAmazonFulfilled=1 |
| 8 | Amazon | foshanshiyuanhengdianzikejiyouxiangongsi | https://www.amazon.com/sp?ie=UTF8&seller=A1T1J2PNQH2O8H&asin=B0FCXW1RF9&ref_=dp_merchant_link |
| 9 | Amazon | Frogecho | https://www.amazon.com/sp?ie=UTF8&seller=A2IWV6SXFIZPL4&asin=B0CXXHFR2X&ref_=dp_merchant_link |
| 10 | Amazon | Gartwan | https://www.amazon.com/sp?ie=UTF8&seller=A1QUQWBAT5J17D&asin=B0CFDJC71F&ref_=dp_merchant_link |
| 11 | Amazon | Garqifert | https://www.amazon.com/sp?ie=UTF8&seller=A60IMC5BWIBNG&asin=B0BXRYGL3W&ref_=dp_merchant_link&isAmazonFulfilled=1 |
| 12 | Amazon | Geiyuar | https://www.amazon.com/sp?ie=UTF8&seller=A3TJ3XJC8TOXK8&asin=B09R1JYN5F&ref_=dp_merchant_link |
| 13 | Amazon | GGadget Grove | https://www.amazon.com/sp?ie=UTF8&seller=A31W6YU0L13QWE&asin=B0FC511F4L&ref_=dp_merchant_link |
| 14 | Amazon | guixiulindianzi | https://www.amazon.com/sp?ie=UTF8&seller=A24ZPQN38SH98L&asin=B09Z2GCGDW&ref_=dp_merchant_link |
| 15 | Amazon | haerbinkufengkaishangmaoyouxiangongsi | https://www.amazon.com/sp?ie=UTF8&seller=A2D50C81TNEBHW&asin=B0DM1FV9TJ&ref_=dp_merchant_link |
| 16 | Amazon | hiseein | https://www.amazon.com/sp?ie=UTF8&seller=A2QVY18N17198V&asin=B0DGSZGC6X&ref_=dp_merchant_link |
| 17 | Amazon | HYRD-01 | https://www.amazon.com/sp?ie=UTF8&seller=A1S2X14651QZKR&asin=B0DDSPBT4R&ref_=dp_merchant_link |
| 18 | Amazon | Iproperty | https://www.amazon.com/sp?ie=UTF8&seller=A65ZEB8YEOXJ9&asin=B0DKVMNFG7&ref_=dp_merchant_link |

| | | | |
|---|---|---|---|
| 19 | Amazon | JiaLe | https://www.amazon.com/sp?ie=UTF8&seller=A3K1NPKUBLX9JU&asin=B0BY4TDKXP&ref_=dp_merchant_link&isAmazonFulfilled=1 |
| 20 | Amazon | jingtingxx | https://www.amazon.com/sp?ie=UTF8&seller=A2EJIJ5LS0G6HP&asin=B0C3VCGHG3&ref_=dp_merchant_link&isAmazonFulfilled=1 |
| 21 | Amazon | Jingmingya-US | https://www.amazon.com/sp?ie=UTF8&seller=A3ACQBU2JLJNVU&asin=B0BWT6GR68&ref_=dp_merchant_link |
| 22 | Amazon | JHS-Tech | https://www.amazon.com/sp?ie=UTF8&seller=A1NPD3Y6U9IJ2E&asin=B0D9YJC33V&ref_=dp_merchant_link |
| 23 | Amazon | kelida | https://www.amazon.com/sp?ie=UTF8&seller=A1ZU4C4YYPDDE8&asin=B0F9B1T6NQ&ref_=dp_merchant_link |
| 24 | Amazon | libidotech | https://www.amazon.com/sp?ie=UTF8&seller=A18UO4E6HMMB60&asin=B09W2ZCJ1S&ref_=dp_merchant_link&isAmazonFulfilled=1 |
| 25 | Amazon | Likeets | https://www.amazon.com/sp?ie=UTF8&seller=AU3JB6LVSK9R2&asin=B0DHWB1LNP&ref_=dp_merchant_link |
| 26 | Amazon | linglongy | https://www.amazon.com/sp?ie=UTF8&seller=AOKD0GR6KY7PF&asin=B0C65KHL25&ref_=dp_merchant_link&isAmazonFulfilled=1 |
| 27 | Amazon | longfukangdianzi | https://www.amazon.com/sp?ie=UTF8&seller=ATLH0IL2D7HZZ&asin=B09YD4GKYX&ref_=dp_merchant_link |
| 28 | Amazon | life house | https://www.amazon.com/sp?ie=UTF8&seller=A3T6DTCJ89GFRZ&asin=B0C6JW1CNR&ref_=dp_merchant_link&isAmazonFulfilled=1 |
| 29 | Amazon | Lucky Shop1234 | https://www.amazon.com/sp?ie=UTF8&seller=A3TZJA7E4WUZB5&asin=B0D99XSKC3&ref_=dp_merchant_link&isAmazonFulfilled=1 |
| 30 | Amazon | Mateisy8 | https://www.amazon.com/sp?ie=UTF8&seller=A2JDJ03X3D8JYX&asin=B0DZPLMGTM&ref_=dp_merchant_link |

| | | | |
|---|---|---|---|
| 31 | Amazon | Muzagroo Art | https://www.amazon.com/sp?ie=UTF8&seller=A2RQIRF99YVI35&asin=B0DCBH77S5&ref_=dp_merchant_link&isAmazonFulfilled=1 |
| 32 | Amazon | NicenicyUS | https://www.amazon.com/sp?ie=UTF8&seller=A2V7NOUEMQNY72&asin=B0BGKVM7PY&ref_=dp_merchant_link&isAmazonFulfilled=1 |
| 33 | Amazon | Ninonly us | https://www.amazon.com/sp?ie=UTF8&seller=A10H884A7KII3K&asin=B0C2C36P5W&ref_=dp_merchant_link&isAmazonFulfilled=1 |
| 34 | Amazon | Phicus | https://www.amazon.com/sp?ie=UTF8&seller=A2764ATB15UMMH&asin=B0BWYSXLCV&ref_=dp_merchant_link |
| 35 | Amazon | Povkufii | https://www.amazon.com/sp?ie=UTF8&seller=A13LQTBRWSDKL0&asin=B0F2MZ28G8&ref_=dp_merchant_link |
| 36 | Amazon | Pukalan | https://www.amazon.com/sp?ie=UTF8&seller=A257K0N0FQ3HDF&asin=B0CT85BMR1&ref_=dp_merchant_link&isAmazonFulfilled=1 |
| 37 | Amazon | Qiansheng Elite Trade | https://www.amazon.com/sp?ie=UTF8&seller=A4WCWAWOG5Q7D&asin=B0F5VXVJCM&ref_=dp_merchant_link |
| 38 | Amazon | qhfly | https://www.amazon.com/sp?ie=UTF8&seller=A1MSJ4P64SQWP7&asin=B0CL2Z7B58&ref_=dp_merchant_link&isAmazonFulfilled=1 |
| 39 | Amazon | Rasihay | https://www.amazon.com/sp?ie=UTF8&seller=A1QDVB77THQDF7&asin=B0DXFHPS2M&ref_=dp_merchant_link |
| 40 | Amazon | Risen-KDO | https://www.amazon.com/sp?ie=UTF8&seller=A3UDQJP3ASCL9E&asin=B09LXWBLBK&ref_=dp_merchant_link&isAmazonFulfilled=1 |
| 41 | Amazon | Ruitaiming lighting | https://www.amazon.com/sp?ie=UTF8&seller=A33W2BAE4GLCUA&asin=B0DTBXPSX2&ref_=dp_merchant_link |
| 42 | Amazon | SeLucky | https://www.amazon.com/sp?ie=UTF8&seller=A1EBGM9PUWXYOO&asin=B0B4DDF2JW&ref_=dp_merchant_link&isAmazonFulfilled=1 |

| | | | |
|---|---|---|---|
| 43 | Amazon | Situken | https://www.amazon.com/sp?ie=UTF8&seller=ARPATJHGMI4U9&asin=B0FBKV943Y&ref_=dp_merchant_link |
| 44 | Amazon | Surprise Treasure Shop | https://www.amazon.com/sp?ie=UTF8&seller=A35PM4MXLTHU6L&asin=B0F6V3X2QL&ref_=dp_merchant_link |
| 45 | Amazon | Tighall Store1 | https://www.amazon.com/sp?ie=UTF8&seller=AOO6ULQDR5V4M&asin=B0B8GTM4RS&ref_=dp_merchant_link&isAmazonFulfilled=1 |
| 46 | Amazon | Wiki Jooy | https://www.amazon.com/sp?ie=UTF8&seller=AO232SA4W5TIW&asin=B0BZV2NRDW&ref_=dp_merchant_link&isAmazonFulfilled=1 |
| 47 | Amazon | WinEsc | https://www.amazon.com/sp?ie=UTF8&seller=A2B7DLPSTY87BH&asin=B09DG57Y31&ref_=dp_merchant_link&isAmazonFulfilled=1 |
| 48 | Amazon | Wunyaqin | https://www.amazon.com/sp?ie=UTF8&seller=A2M56T866ENSVA&asin=B0F8C2XYQH&ref_=dp_merchant_link |
| 49 | Amazon | WUBY Clothing | https://www.amazon.com/sp?ie=UTF8&seller=A18HI2K10IR9OU&asin=B0DGKKX8MR&ref_=dp_merchant_link |
| 50 | Amazon | XINWEILAN | https://www.amazon.com/sp?ie=UTF8&seller=A3M83UPIHN07OE&asin=B0D7HJG8PW&ref_=dp_merchant_link&isAmazonFulfilled=1 |
| 51 | Amazon | Yedatradingco | https://www.amazon.com/sp?ie=UTF8&seller=AWSJZYNM3TU12&asin=B0F89PW36C&ref_=dp_merchant_link |
| 52 | Amazon | Zippowolf | https://www.amazon.com/sp?ie=UTF8&seller=A3D7MDY6WSENMM&asin=B0DNHJ5K4K&ref_=dp_merchant_link |