**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

JUANREN WU,

                Plaintiff,

v.

THE PARTNERSHIPS AND
UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE "A,"

                Defendant.

Case No.: 26-cv-00358

**Judge Andrea R. Wood**

**Magistrate Judge Beth W. Jantz**

## EXHIBIT 3

**Screenshot Evidence**