**amazon**   Deliver to Chicago 60604   All | Diamond+Art+Pens   🔍   EN   Hello, Joe Account & Lists   Returns & Orders   0 Cart

Sponsored ⓘ

Arts, Crafts & Sewing › Crafting › Mosaic Making › Diamond Painting Kits & Accessories › Tools & Accessories

Roll over image to zoom in

# YULOFMVE Diamond Painting Pen, Comfortable Grip Resin Diamond Art Pens Kit with 6 Different Stainless Steel Metal Pen Tips, Diamond Painting Accessories Pens for Diamond Painting Art Nail Art

Visit the YULOFMVE Store

4.2 ★★★★☆   43 ratings

$**9**⁹⁹

FREE Returns ⌄

**Coupon:** ☐ Apply 16% coupon   Shop items ›   |   Terms

Color: **Blue Pen Body + Silver Pen Tip**

| | | |
|---|---|---|
| $9.99 | **$9.99** | 1 option from $16.99 |
| $9.99 | $9.99 | 1 option from $16.99 |

| | |
|---|---|
| Brand | YULOFMVE |
| Age Range (Description) | Adult |
| Color | Blue Pen Body + Silver Pen Tip |
| Item dimensions L x W x H | 5.6 x 0.5 x 0.5 inches |
| Material | Resin |

## About this item

- 【SAVE YOUR TIME】- Our diamond painting pens Set includes 1 x resin pen, 1 x 1 drill, 1 x angled tip, 1 x 3 drill, 1 x 6 drill, 1 x 9 drill,1 x Correction plate and 1* drill tip storage box. With the use of multiple bead placers, its drilling speed is twice as fast as a regular pen, eliminating tedious steps and improving production efficiency.
- 【COMFORTABLE GRIP】- The diamond art pen is ergonomically designed, and made of 100% handmade resin. It is lightweight (0.8 ounces) and provides a super comfortable grip, even during extended use, without causing hand cramps. It reduces hand fatigue and enhances comfort during the creation process.
- 【EASY TIP REPLACEMENT】- All our diamond art tools pen tips are made of stainless steel metal material, sturdy, and not easy to break/rust /fade. and are easy to replace, simply twist in and twist out the pen tip. rubber ring makes the pen tip more stable and will not rotate. The specially designed 1-bead angled pen tip allows you to accurately see the placement location, enabling you to create more exquisite diamond paintings.
- 【UNIQUE ARTISTRY】- Due to the natural characteristics of the materials, each pattern on the diamond painting pen tool is unique and magnificent. It brings more joy and relieves fatigue during the creation process, helping you showcase your personal creative talent.
- 【WIDE APPLICATIONS】- The diamond painting tool is not only suitable for diamond art paintings but also for nail art and mosaic creations. It is also convenient for picking up small diamonds, beads, and jewelry. It is the perfect gift for diamond painting enthusiasts and art lovers.

🗨 Report an issue with this product or seller

Sponsored ⓘ

☐ Add your free 30-day trial of Prime and get **fast, free delivery**   prime

| Delivery | Pickup |
|---|---|

$**9**⁹⁹

FREE Returns ⌄

FREE delivery **Sunday, June 30** on orders shipped by Amazon over $35

Or fastest delivery **Tomorrow, June 25**. Order within **4 hrs 31 mins**

Deliver to Chicago 60604

**In Stock**

Quantity: 1

**Add to Cart**

**Buy Now**

Ships from   Amazon
Sold by   ahaok
Returns   Eligible for Return, Refund or Replacement...
Payment   Secure transaction

⌄ See more

☐ Add a gift receipt for easy returns

Add to List ⌄

## Frequently bought together



☑ + ☑ + ☑

Total price: $38.86

**Add all 3 to Cart**

ⓘ These items are shipped from and sold by different sellers. Show details

**This item:** YULOFMVE Diamond Painting Pen, Comfortable Grip Resin Diamond Art Pens Kit wit...
$**9**⁹⁹

ARTDOT Diamond Painting Storage Boxes, 60 Slots Bead Storage with 5D Diamond Art...
$**19**⁹⁹

unuaST Diamond Painting Sealer Kits, Diamond Painting Glue for Diamond Painting Sets, Diamon...
$**8**⁸⁸ ($2.22/Ounce)

## Top rated similar items

Page 1 of 4   ⋮

      

**$9⁹⁹**

Praise V Do Diamond Painting Pen, Diamond Art Pen,5D Diamond Painting Art Drill Pen, Diamond Painting Art…

★★★★☆ 325

Get it as soon as **Sunday, Jun 30**

FREE Shipping on orders over $35 shipped by Amazon

Only 1 left in stock - order…

**$5⁶⁹**

Diamond Painting Roller - Ideal Pressing Accessories Tools for Diamonds Art, Full Drill 5D Diamond…

★★★★☆ 1,245

| Amazon's **Choice** | in House Paint Rollers |

Get it as soon as **Sunday, Jun 30**

FREE Shipping on orders over $35 shipped by Amazon

**$9⁹⁹**

Diamond Painting Art Drill Accessories Tool Pen Kit, 5D Handmade Resin Diamond Painting Drill Pen Stylus Tips Placers…

★★★★☆ 543

Get it as soon as **Sunday, Jun 30**

FREE Shipping on orders over $35 shipped by Amazon

**$9⁹⁹**

List: $11.99

KTCLCATF 46PCS DIY Diamond Painting Tools and Accessories Kits Multiple Sizes Painting Pens for Adults to Make…

★★★★☆ 682

Get it as soon as **Sunday, Jun 30**

FREE Shipping on orders over $35 shipped by Amazon

**$9⁹⁹**

Praise V Do 5D Diamond Painting Art Drill Dotz Rhinestone Gem Picker Tools Pen Accessories for Diamond Art Painting,…

★★★★☆ 538

Get it as soon as **Sunday, Jun 30**

FREE Shipping on orders over $35 shipped by Amazon

**$8⁹⁹**

OUTUXED 117pcs 5D DIY Diamond Painting Tools and Accessories Kits with Diamond Embroidery B…

★★★★☆ 8,692

| Amazon's **Choice** | in Diamond Painting Kits |

Get it as soon as **Sunday, Jun 30**

FREE Shipping on orders over $35 shipped by Amazon

**$13⁹⁹**

Square Diamond Art Painting Pen, Ergonomic Diamond Art Pen, Metal Diamond Art Drill Pens with Square and Round…

★★★★☆ 675

Get it as soon as **Sunday, Jun 30**

FREE Shipping on orders over $35 shipped by Amazon

## Customers who bought this also listened to these Amazon Music podcasts

       

**Greeking Out from National Geographic Kids**

**Wow in the World**

**Smash Boom Best: A funny, smart debate show for kids and family**

**Stories Podcast: A Bedtime Show for Kids of All Ages**

**Circle Round**

**The Record Room**

**Greeking out**

## From the brand



YULOFMVE

- YULOFMVE is a renowned brand specializing in diamond painting tools and accessories, including diamond painting pens and sealants. With our commitment to excellence, we aim to provide artists and enthusiasts with high-quality products that enhance their diamond painting experience and preserve the beauty of their creations.

Let's bring brilliance and beauty to the world of diamond painting!

**Super Comfortable Grip**

- You can diamond paint for hours with no hand cramping at all.

Diamond Painting

## Product Description



DIAMOND PAINTING PEN AND PEN BIT

Convenient and time-saving, improves make efficiency.



# COMFORTABLE TO HOLD

The drill pen is so light and fits the hand perfectly that you won't get tired when holding it. The pen body is 45% thicker than usual drill pens for diamond paintings, making it easier and more comfortable to grip







## Metal Head

Metal material is strong and durable, not easy to deform, and easier to catch diamonds, Suitable for beginners,

## 3 Beads Tip

This pen tip can operate 3 diamonds at a time, its drilling speed is up to 2 times faster than a regular stylus pen.

## 6 Beads Tip

Operate up to 6 diamonds to complete the screen at a time, which greatly increases your speed.

## 9 Beads Tip

When you become a full-fledged painter, you can try our 9-drill pen to make you even better in speed.

# WIDE RANGE OF APPLICATIONS





## Looking for specific info?

🔍 Ask about this product

## Product information

| | |
|---|---|
| Brand | YULOFMVE |
| Age Range (Description) | Adult |
| Color | Blue Pen Body + Silver Pen Tip |
| Item dimensions L x W x H | 5.6 x 0.5 x 0.5 inches |

## Warranty & Support

**Product Warranty:** For warranty information about this product, please click here

## Feedback

Would you like to **tell us about a lower price?** ⌄

| Material | Resin |
|---|---|
| Seasons | All Seasons |
| Included Components | 1 x resin pen, 1 x metal pen tip, 1 x 3 drill, 1 x 6 drill, 1 x 9 drill |
| Number of Pieces | 6 |
| Style | Box |
| Model Name | ZSHB |
| Special Feature | Ergonomic |
| Art Craft Kit Type | Diamond Painting |
| Manufacturer | YULOFMVE |
| Product Dimensions | 5.6 x 0.5 x 0.5 inches |
| Item Weight | 1.76 ounces |
| ASIN | B0CNCZQWTH |
| Country of Origin | China |
| Item model number | ZSB-01 |
| Customer Reviews | 4.2 ★★★★☆ ✓   43 ratings<br>4.2 out of 5 stars |
| Best Sellers Rank | #62,339 in Arts, Crafts & Sewing (See Top 100 in Arts, Crafts & Sewing)<br>#182 in Diamond Painting Tools & Accessories |
| Warranty Description | 1 |
| Batteries required | No |

## Videos

Help others learn more about this product by uploading a video!

Upload your video

---

## Compare with similar items

| | This Item | Recommendations | | |
|---|---|---|---|---|
| | <br>YULOFMVE Diamond Painting Pen, Comfortable Grip Resin Diamond Art Pens Kit with 6 Different Stainless Steel Metal Pen Tips, Diamond Paintin...<br>Add to Cart | <br>Cobee® Diamond Paint Pen Accessories Tools Set, 5D DIY Diamond Paint Tools with 6pcs Stainless Steel Multiple Sizes Metal Pen Tips and Diamon...<br>Add to Cart | <br>Volitaous 14 PCS Diamond Painting Accessories Tools, 6 Pieces Metal Screw Thread Stainless Steel Pen Tips No Loosen Ergonomic Diamond...<br>Add to Cart | YULOFMVE Diamond Painting Pen, Comfortable Grip Resin Diamond Art Pens Kit with 6 Different Stainless Steel Metal Pen Tips, Diamond Paintin...<br>Add to Cart |
| Price | $9⁹⁹ | $7⁴⁹ | $14⁹⁹ | $9⁹⁹ |
| Delivery | Get it as soon as **Sunday, Jun 30** | Get it as soon as **Sunday, Jun 30** | Get it as soon as **Sunday, Jun 30** | Get it as soon as **Sunday, Jun 30** |
| Customer Ratings | 4.2 ★★★★☆ 43 | 4.5 ★★★★½ 191 | 4.7 ★★★★½ 784 | 4.0 ★★★★☆ 1 |
| Comfort | — | — | 4.7 ★★★★★ | — |
| Sold By | ahaok | Liige | Volitaous Store-US | ahaok |
| Material | Resin | Metal, Plastic, Silicone | Stainless Steel,Rubber,Resin,Metal | Resin |
| Age Range | Adult | Kid | Adult | — |
| Style | Box | Box | Box | Box |

---

## Products related to this item

Sponsored ⓘ

Page 1 of 55

      

| Jutom 2 Pcs Diamond Painting Pen with 40 Pcs Diamond Painting Wax Diamond Painting ... | Avimegii 19PCS Diamond Art Pens Luminous 5D Diamond Painting Pen, 40%... | Roblue 20pc Diamond Art Pens,Diamond Art Accessories with Screw Thread Metal Tips,E... | NIBESSER 21Pcs Diamond Art Painting Pen Kit 3pcs Diamond Art Pens 12 Pcs Metal... | Calsoling 4 Pieces No Wax Needed Diamond Painting Tools Self-Stick Drill Pens, Doub... | DoreenBow 21Pcs Diamond Art Painting Metal Tips Screw Thread Tips Diamond Art Paint... | 14PCS Diamond Painting Pen Accessories Tools Set, Exquisite Stainless Steel Metal P... |
|---|---|---|---|---|---|---|
| 3.5 ★★★½☆ 206 | 4.4 ★★★★½ 237 | 4.3 ★★★★☆ 20 | 4.6 ★★★★½ 52 | 4.1 ★★★★☆ 682 | 4.5 ★★★★½ 502 | 4.7 ★★★★½ 218 |
| $15⁹⁹ | $15⁹⁹ | $17⁹⁹ | $19⁹⁹ | $10⁸⁹ | $18⁹⁹ | $14⁹⁹ ($1.00/Count) |
| ✓prime | ✓prime | ✓prime<br>Save 8% with coupon | ✓prime | ✓prime<br>Save 15% with coupon | ✓prime<br>Save 5% with coupon | ✓prime<br>Save 5% with coupon |

Case: 1:26-cv-00358 Document #: 11-1 Filed: 02/05/26 Page 5 of 169 PageID #:1264

# amazon

Deliver to
Chicago 60604

All | Search Amazon

EN

Hello, Joe
Account & Lists

Returns
& Orders

0
Cart

☰ All | Same-Day Delivery | Customer Service | Medical Care ⌄ | Amazon Basics | Keep Shopping For | Registry | Groceries ⌄ | Pharmacy | Livestreams | Shop By Interest | Household, Health & Baby Care | Handmade

## ahaok

Visit the ahaok storefront

★★★★★ | **97% positive** in the last 12 months (29 ratings)

YULOFMVE Diamond Painting Pe...
$9⁹⁹

Add to Cart

## About Seller

ahaok is committed to providing each customer with the highest standard of customer service.

Have a question for ahaok?

Ask a question

## Reviews

★★★★★  4.8 out of 5
29 ratings

12 months ⌄

5 star �%93 — 93%
4 star — 3%
3 star — 0%
2 star — 0%
1 star — 3%

⌄ Learn more about how seller reviews work on Amazon

**Share your thoughts with other customers**

Leave seller feedback

### FILTER BY

All stars ⌄

29 total ratings, 29 with feedback for 12 months ⓘ

★★★★★  "I have ordered this multiple times! Always comes quickly and very well packaged! Love!"
By Kindle Customer on June 15, 2024.

★☆☆☆☆  "Clearly states 2 heads and only received one. Ordered 2 pairs expecting 4 and only 2 showed up"
By Scott M. on June 9, 2024.

★★★★★  "Great!"
By Amazon Customer on June 4, 2024.

★★★★★  "Was exactly what was described. Came very quickly! Which was awesome cause we were having to go somewhere and needed the items quickly. And they came threw with..."
Read more
By tanya on May 27, 2024.

★★★★★  "Very fast delivery"
By Russell on May 12, 2024.

Previous Next

## Return & Refund Policies

Please refer to the Amazon.com Return Policy .

## Detailed Seller Information

**Business Name:** dongguanshijuhaohankejiyouxiangongsi
**Business Address:**
南城街道
莞太路南城段133号1栋310室
东莞市
南城区
广东省
523000
CN

## Shipping Policies ⌄

## Other Policies ⌄

## Help ⌄

## Products

See all products currently offered by the seller.

Leave seller feedback

Back to top

### Get to Know Us

Careers
Amazon Newsletter
About Amazon
Accessibility
Sustainability
Press Center
Investor Relations

### Make Money with Us

Sell on Amazon
Sell apps on Amazon
Supply to Amazon
Protect & Build Your Brand
Become an Affiliate
Become a Delivery Driver

### Amazon Payment Products

Amazon Visa
Amazon Store Card
Amazon Secured Card
Amazon Business Card
Shop with Points
Credit Card Marketplace
Reload Your Balance
Gift Cards

### Let Us Help You

Your Account
Your Orders
Shipping Rates & Policies
Amazon Prime
Returns & Replacements
Manage Your Content and Devices

Case: 1:26-cv-00358 Document #: 11-1 Filed: 02/05/26 Page 6 of 169 PageID #:1265

Amazon Devices

Amazon Science

Start a Package Delivery Business

Advertise Your Products

Self-Publish with Us

Become an Amazon Hub Partner

› See More Ways to Make Money

Amazon Currency Converter

Recalls and Product Safety Alerts

Help

English

United States

| | | | | | | |
|---|---|---|---|---|---|---|
| **Amazon Music**<br>Stream millions of songs | **Amazon Ads**<br>Reach customers wherever they spend their time | **6pm**<br>Score deals on fashion brands | **AbeBooks**<br>Books, art & collectibles | **ACX**<br>Audiobook Publishing Made Easy | **Sell on Amazon**<br>Start a Selling Account | **Amazon Business**<br>Everything For Your Business |
| **Amazon Fresh**<br>Groceries & More Right To Your Door | **AmazonGlobal**<br>Ship Orders Internationally | **Home Services**<br>Experienced Pros Happiness Guarantee | **Amazon Web Services**<br>Scalable Cloud Computing Services | **Audible**<br>Listen to Books & Original Audio Performances | **Box Office Mojo**<br>Find Movie Box Office Data | **Goodreads**<br>Book reviews & recommendations |
| **IMDb**<br>Movies, TV & Celebrities | **IMDbPro**<br>Get Info Entertainment Professionals Need | **Kindle Direct Publishing**<br>Indie Digital & Print Publishing Made Easy | **Amazon Photos**<br>Unlimited Photo Storage Free With Prime | **Prime Video Direct**<br>Video Distribution Made Easy | **Shopbop**<br>Designer Fashion Brands | **Amazon Warehouse**<br>Great Deals on Quality Used Products |
| **Whole Foods Market**<br>America's Healthiest Grocery Store | **Woot!**<br>Deals and Shenanigans | **Zappos**<br>Shoes & Clothing | **Ring**<br>Smart Home Security Systems | **eero WiFi**<br>Stream 4K Video in Every Room | **Blink**<br>Smart Security for Every Home | **Neighbors App**<br>Real-Time Crime & Safety Alerts |
| | | **Amazon Subscription Boxes**<br>Top subscription boxes – right to your door | **PillPack**<br>Pharmacy Simplified | **Amazon Renewed**<br>Like-new products you can trust | | |

Conditions of Use    Privacy Notice    Consumer Health Data Privacy Disclosure    Your Ads Privacy Choices

© 1996-2024, Amazon.com, Inc. or its affiliates

11/6/25, 11:12 AM    Amazon.com: Avimegii 19PCS Diamond Art Pens Luminous 5D Diamond Painting Pen, 40% Thicker Comfort Grip Diamond Painti…

Case: 1:26-cv-00358 Document #: 11-1 Filed: 02/05/26 Page 7 of 169 PageID #:1266

Say thanks with a gift card   Shop now

Arts, Crafts & Sewing › Crafting › Mosaic Making › Diamond Painting Kits & Accessories › Tools & Accessories

## Avimegii 19PCS Diamond Painting Accessories, 40% Thicker Diamond Painting Pen with 5D Flower Tips, Comfort Grip, Purple Flower

Visit the Avimegii Store

4.5 ★★★★½ | 393 ratings

**Lowest price in 30 days**

-5% **$14**²⁴

Typical price: $14.99 ⓘ

Get **Fast, Free Shipping** with **Amazon Prime**

FREE Returns ⌄

Color: **Purple Flower**

| | | | | |
|---|---|---|---|---|
| $15.19<br>$15.99 | $15.99<br>($0.84 /<br>count) | $15.19<br>($0.80 /<br>count)<br>$15.99 | $14.99 | $15.19<br>($0.80 /<br>count)<br>$15.99 |

$14.24
$14.99

| Brand | Avimegii |
|---|---|
| Writing Instrument Form | Brush Pen |
| Color | Purple Flower |
| Ink Color | Multicolor |
| Age Range (Description) | Teen |

### About this item

- Long Use of High-Quality Materials: The diamond art accessories and tools are made of high-quality resin and stainless steel, ensuring that they will withstand repeated use, that can be used for a variety of projects without wearing out or breaking down
- Comfortable Grip Design: The diamond painting tool is ergonomically 40% thicken easier to grip and more comfortable to use for extended periods of time. Reduce hand fatigue and improve the overall enjoyment of your diamond painting projects
- Built-In Dried Flowers: The drill pens for diamond painting built-in dried flowers in this diamond painting pen provide a unique sensory experience that can make creating diamond paintings a relaxing and enjoyable experience
- Package Includes Everything: This diamond painting accessories includes 1 resin pen, 6 metal tips, 6 plastic tips, 6 waxes, and 1 pack of rubber rings. Save time and effort with our complete kit
- After-sales Service: If you have any questions, please contact us at any time, we will reply to you and help you solve the problem

🗨 Report an issue with this product or seller

prime

Enjoy fast, free delivery, exclusive deals, and award-winning movies & TV shows.

Join Prime

**$14**²⁴

Get Fast, Free Shipping with Amazon Prime

FREE delivery **Monday, November 10** on orders shipped by Amazon over $35

Or Prime members get FREE delivery **Friday, November 7**. Order within 2 hrs 47 mins. Join Prime

⊙ Deliver to Chicago 60604

**In Stock**

Quantity: 1 ⌄

**Add to Cart**

**Buy Now**

| Ships from | Amazon |
|---|---|
| Sold by | Avimegii Store |
| Returns | FREE refund/replacement until Jan 31, 2026 |
| Payment | Secure transaction |

☐ Add a gift receipt for easy returns

**Add to List**

## Frequently bought together



This item: Avimegii 19PCS Diamond Painting Accessories, 40% Thicker Diamond Painting…
$14²⁴

ARTDOT 60 Slots Storage Container for Diamond Art Kits for Adults,Portable Bead Stora…
$16⁹⁹

Diamond Painting Sealer, Topwey Diamond Painting Adhesive with Applicator Helps retain Your…
$6³⁸ ($1.45/fluid ounce)

Total price: $37.61

**Add all 3 to Cart**

ⓘ These items are shipped from and sold by different sellers.
Show details

## Products related to this item   Sponsored ⓘ








| | | | | | |
|---|---|---|---|---|---|
| WOLIOS Electric Diamond Painting Pen – Premium Vacuum Art Tools, Art Painting… | 22PCS DIY Diamond Art Pen Painting Tool Set - Metal Threaded Tip Accessories Gem Re… | Geyoga 23 Pcs Flower Diamond Painting Art Drill Tool Pen Kits Resin for Adults with… | Praise V Do Thin Version Stainless Steel Diamond Painting Art Drilling Pen Kit with… | Diamond Painting Pen with Screw Thread Tips,1PCS Diamond Art Pen and 3 PCS Rose… | forever young Ergonomic Diamond Painting Pen with 4 Metal Tips, Wrist… |
| ★★★★★ 14 | ★★★★☆ 253 | Amazon's Choice ★★★★☆ 99 | ★★★★☆ 7 | ★★★★☆ 1,027 | |
| $17⁹⁹ | $12⁹⁰ | -11% $23²⁴ | -13% $12⁹⁹ | $7⁹⁹ | $7⁹⁹ |
| ✓prime | ✓prime | List Price: $25.99 | List: $14.99 | ✓prime | Save 5% with coupon |
| | | ✓prime | ✓prime | | |

Zellina Diamond Art Painting Pen Kit for Adults, Vacuum Diamond Art Painting Pen wi…
★★★★☆ 21
$25⁹⁹
✓prime

## Based on your recent shopping trends







| | | | | | |
|---|---|---|---|---|---|
| Praise V Do Ergonomic Diamond Painting Art Drill Bead Dot Pen Kit with Screw Steel Silver… | Heyseri 14PCS Diamond Painting Pen Accessories Tools Set Ergonomic Diamond Art Pen Exquisite Stainless Stee… | Diamond Painting Pen with Screw Thread Tips,1PCS Diamond Art Pen and 3 PCS Rose Gold Stainless Steel Metal… | LEIYULY 19PCS Diamond Painting Pen, Diamond Painting Art Drill Bead Dot Pen Kit with 6 Threaded Metal Diamo… | Heyseri 14PCS Diamond Painting Pen Accessories Tools Set, Exquisite Stainless Steel Metal Pen Tips,Ergonomic Diamon… | Diamond Art Pens Tools Diamond Painting Accessories Kits with Screw Metal Tip Roller Diamond Painting Pen… |
| ★★★★☆ 1,774 | ★★★★☆ 2,877 | ★★★★☆ 1,027 | ★★★★☆ 115 | ★★★★☆ 638 | ★★★★☆ 536 |
| Amazon's Choice | | | | | |
| $8.99 | $12.99 | $7.99 | $7.99 | $9.99 | $8.99 |
| Get it as soon as **Monday, Nov 10** | Get it as soon as **Monday, Nov 10** | Get it as soon as **Monday, Nov 10** | Get it as soon as **Monday, Nov 10** | Get it as soon as **Monday, Nov 10** | Get it as soon as **Monday, Nov 10** |
| FREE Shipping on orders over $35 shipped by Amazon | FREE Shipping on orders over $35 shipped by Amazon | FREE Shipping on orders over $35 shipped by Amazon | FREE Shipping on orders over $35 shipped by Amazon | FREE Shipping on orders over $35 shipped by Amazon | FREE Shipping on orders over $35 shipped by Amazon |

## Product information

| | |
|---|---|
| Product Dimensions | 3.94 x 2.76 x 0.59 inches |
| Item model number | AM-02-PU+RS |
| ASIN | B0BYCR89FR |
| Customer Reviews | 4.5 ★★★★☆ ▼    393 ratings |
| | 4.5 out of 5 stars |
| Best Sellers Rank | #35,870 in Arts, Crafts & Sewing (See Top 100 in Arts, Crafts & Sewing) |
| | #176 in Diamond Painting Tools & Accessories |
| Item Weight | 2.12 ounces |
| Manufacturer | Avimegii |
| Date First Available | April 13, 2023 |

### Warranty & Support

Product Warranty: For warranty information about this product, please click here

### Feedback

Would you like to **tell us about a lower price?** ▼

## From the brand

Welcome to our brand, a leading provider of top-quality drilling pen tools. With a focus on delivering good service, premium product quality, and a strong factory, we are dedicated to providing the best possible experience for our customers. Choose us for a seamless and enjoyable crafting journey.

### Why do we love what we do?

Our brand offers top-notch diamond painting pens for stunning results. Founded by passionate crafters, we're a trusted destination for enthusiasts. Discover the magic of this wonderful hobby with us!

### What makes our products unique?

Our diamond painting pens are designed with precision and care, ensuring that they are both easy to use and produce stunning results every time.

### What service will you get?

Timely suppoet on all pens. Reliable after-sales service for quick replacements. Unmatched commitment to customer pleasure.

Best Friend Gifts fo
Visit the Store

## Product description

**Welcome to Avimegii**

Our diamond painting accessories pens are designed with precision and care, ensuring that they are both easy to use and produce stunning results every time. Made with high-quality materials, our pens are durable and long-lasting, so you can enjoy your diamond painting hobby for years to come.

**User-friendly design:** The drill pen is easy to operate, making it suitable for both beginners and experienced crafters alike.

11/6/25, 11:12 AM   Amazon.com: Avimegii 19Pcs Diamond Art Pens Luminous 5D Diamond Painting Pen, 40% Thicken Comfort Grip Diamond Painti…

Case: 1:26-cv-00358 Document #: 11-1 Filed: 02/05/26 Page 9 of 169 PageID #:1268

**Comfortable grip:** Comfortable grip reduces hand fatigue even during prolonged use.

**Durability:** The high-quality metal tips are durable and long-lasting, ensuring that your pen will provide excellent performance for years to come.

**Pleasing to the Eyes:** The built-in flower design adds an extra touch of beauty to your diamond painting process.



| | Multi-Color Flower Pen | Purple Flower Pen | Fuchsia Flower Pen | Luminous Purple Pen | Luminous Blue Pen | Luminous Multi-Color Pen |
|---|---|---|---|---|---|---|
| | Buying Options | Add to Cart | Buying Options | Add to Cart | Add to Cart | Add to Cart |
| Customer Reviews | ★★★★½ 393 | ★★★★½ 393 | — | ★★★★½ 393 | ★★★★½ 393 | ★★★★½ 393 |
| Price | — | $14²⁴ | — | $15¹⁹ | $14⁹⁹ | $15¹⁹ |
| Available Pen's Color | Multi Flower/Fuchsia Flower/Purple Flower | Multi Flower/Fuchsia Flower/Purple Flower | Multi Flower/Fuchsia Flower/Purple Flower | Purple/Blue/Pink | Purple/Blue/Pink | Purple/Blue/Pink |
| Advantage | Flower+40%Thicken | Flower+40%Thicken | Flower+40%Thicken | Luminous+40%Thicken | Luminous+40%Thicken | Luminous+40%Thicken |
| Number of Pen Tips | 12 | 12 | 12 | 12 | 12 | 12 |

## What's in the box

- 1 Resin Pen, 6 Metal Tips, Plastic Waxes, Pack of Rubber Rings

**Related products with free delivery on eligible orders** Sponsored ⓘ | Try Prime for unlimited fast, free shipping

| | | | | | | |
|---|---|---|---|---|---|---|
| forever young Ergonomic Diamond Painting Pen with 4 Metal Tips, Wrist… | Zellina Diamond Art Painting Pen Kit for Adults, Vacuum Diamond Art Painting Pen wi… | LEIYULY 13PCS Diamond Art Pen, with 1,3,6,9 Stainless Steel Nibs, Ergonomic Diamond… | FOVIUPET 21pcs Diamond Painting Art Drill Pen Set, Resin Luminous 5D Point… | WOLIOS Electric Diamond Painting Pen – Premium Vacuum Art Tools, Art Painting… | Geyoga 23 Pcs Flower Diamond Painting Art Drill Tool Pen Kits Resin for Adults with… | 22PCS DIY Diamond Art Pen Painting Tool Set - Metal Threaded Tip Accessories Gem Re… |
| $7⁹⁹ | ★★★★½ 21 | ★★★★½ 115 | Amazon's Choice | ★★★★★ 14 | ★★★★½ 99 | ★★★★½ 253 |
| ✓prime | $25⁹⁹ | $12⁹⁹ | ★★★★½ 312 | $17⁹⁹ | -11% $23²⁴ | $12⁹⁰ |
| Save 5% with coupon | ✓prime | ✓prime | $13⁹⁹ | ✓prime | List Price: $25.99 | ✓prime |
| | | | ✓prime | | ✓prime | |

## Product Videos

# Avimegii Store

Visit the Avimegii Store storefront

★★★★★ | **100% positive** lifetime (21 total ratings)



Subtotal
**$15.19**

Go to Cart

**$15.19**

✓prime

1

## About Seller

Avimegii Store is committed to providing each customer with the highest standard of customer service.

### Have a question for Avimegii Store?

Ask a question

## Reviews

★★★★★ 5 out of 5
21 ratings

Lifetime ⌄

| | | |
|---|---|---|
| 5 star | ████████████████ | 95% |
| 4 star | █ | 5% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | | 0% |

Learn more about how seller reviews work on Amazon ⌄

**Share your thoughts with other customers**

Leave seller feedback

**FILTER BY**

All stars ⌄

21 total ratings, 21 with feedback for Lifetime ⓘ

★★★★★ "great"
By Amazon Customer on September 24, 2025.

★★★★★ "Very pretty. Just not sure how to use it."
By victoriabowling on May 20, 2025.

★★★★☆ "Nice"
By OMG on August 1, 2024.

★★★★★ "The pen is beautiful! I love everything about it. Fast shipping, will buy again."
By Anita S. on June 24, 2024.

★★★★★ "Cool"
By Sue on May 7, 2024.

Previous Next

## Return & Refund Policies

To get information about the Return and Refund policies that may apply, please refer to Amazon's Return and Refund policy.

To initiate a return, visit Amazon's Online Return Center to request a return authorization from the seller.

For any issues with your return, if the product was shipped by the seller, you can get help here.

## Amazon's A-to-z Guarantee

The Amazon A-to-z Guarantee protects you when you purchase items sold and fulfilled by a third party seller. Our guarantee covers both the timely delivery and the condition of your items. If either are unsatisfactory, you can report the problem to us and our team will determine if you are eligible for a refund.

See full details

## Detailed Seller Information

**Business Name:** shenzhenshimeizijikejiyouxiangongsi
**Business Address:**
  民治街道民泰社区玖龙玺C-J座一层N121
  深圳市
  龙华区
  广东省

518110
CN

Subtotal
**$15.19**

Go to Cart



$15.19
✓prime

1

## Shipping Policies                                                      ⌄

## Other Policies                                                         ⌄

## Help                                                                   ⌄

## Products

See all products currently offered by the seller.

Leave seller feedback

---

Back to top

### Get to Know Us

Careers

Amazon Newsletter

About Amazon

Accessibility

Sustainability

Press Center

Investor Relations

Amazon Devices

Amazon Science

### Make Money with Us

Sell on Amazon

Sell apps on Amazon

Supply to Amazon

Protect & Build Your Brand

Become an Affiliate

Become a Delivery Driver

Start a Package Delivery Business

Advertise Your Products

Self-Publish with Us

Become an Amazon Hub Partner

› See More Ways to Make Money

### Amazon Payment Products

Amazon Visa

Amazon Store Card

Amazon Secured Card

Amazon Business Card

Shop with Points

Credit Card Marketplace

Reload Your Balance

Gift Cards

Amazon Currency Converter

### Let Us Help You

Your Account

Your Orders

Shipping Rates & Policies

Amazon Prime

Returns & Replacements

Manage Your Content and Devices

Recalls and Product Safety Alerts

Registry & Gift List

Help

---

amazon

🌐 English ⇅        🇺🇸 United States

---

**Amazon Music**
Stream millions of songs

**Amazon Ads**
Reach customers wherever they spend their time

**6pm**
Score deals on fashion brands

**AbeBooks**
Books, art & collectibles

**ACX**
Audiobook Publishing Made Easy

**Sell on Amazon**
Start a Selling Account

**Veeqo**
Shipping Software Inventory Management

**Amazon Business**
Everything For Your Business

**Amazon Fresh**
Groceries & More Right To Your Door

**AmazonGlobal**
Ship Orders Internationally

**Home Services**
Experienced Pros Happiness Guarantee

**Amazon Web Services**
Scalable Cloud Computing Services

**Audible**
Listen to Books & Original Audio Performances

**Box Office Mojo**
Find Movie Box Office Data

**Goodreads**
Book reviews & recommendations

**IMDb**
Movies, TV & Celebrities

**IMDbPro**
Get Info Entertainment Professionals Need

**Kindle Direct Publishing**
Indie Digital & Print Publishing Made Easy

**Amazon Photos**
Unlimited Photo Storage Free With Prime

**Prime Video Direct**
Video Distribution Made Easy

**Shopbop**
Designer Fashion Brands

**Amazon Resale**
Great Deals on Quality Used Products

**Whole Foods Market**
America's Healthiest Grocery Store

**Woot!**
Deals and Shenanigans

**Zappos**
Shoes & Clothing

**Ring**
Smart Home Security Systems

**eero WiFi**
Stream 4K Video in Every Room

**Blink**
Smart Security for Every Home



11/13/25, 11:51 AM
Case: 1:26-cv-00358 Document #: 11-1 Filed: 02/05/26 Page 13 of 169 PageID #:1272
Place Your Order: Amazon Checkout

we send you an email notifying you that the item has been shipped.

Colorado Purchasers: Important information regarding sales tax you may owe in your State

Most new, unused items sold by Amazon, or millions of third-party sellers are eligible for Free Returns, within 30 days of delivery. For the 2025 holiday season, most items purchased between November 1 and December 31, 2025 can be returned through January 31, 2026. Apple-branded products purchased between November 1 and December 31, 2025 can be returned through January 15, 2026. For exceptions see Amazon.com's Returns Policy

Back to cart



Back to top

amazon

🌐 English ⬍        🇺🇸 United States        Help

Conditions of Use    Privacy Notice    Consumer Health Data Privacy Disclosure    Your Ads Privacy Choices ☑✕
© 1996-2025, Amazon.com, Inc. or its affiliates

Case: 1:26-cv-00358 Document #: 11-1 Filed: 02/05/26 Page 14 of 169 PageID #:1273



### Order placed, thanks!

Confirmation will be sent to your email.

**Pickup location** ███████████████████████████████████ IL, 60435, United States

**Tuesday, Nov. 18**
Estimated delivery

Review or edit your recent orders ›

**Follow the brand**

Get deals, new products updates, and more.

**Avimegii**

Follow



Get a **Get a $125 Amazon Gift Card** upon approval for the Amazon Business Prime Card. Terms apply.

Learn more

## Based on your reading



**Beasts and Baubles (Trixie Towers Book 4)**
› Scarlett Dawn
★★★★☆ 719
Kindle Edition
$5⁹⁹
18 pts

**The Internal Family Systems Workbook: A Guide to Discover Your…**
› Richard C. Schwartz
★★★★☆ 381
Kindle Edition
**-43%** $12⁹⁹
Print List Price: $22.99
39 pts

**Patricia Briggs' Mercy Thompson: Moon Calle Vol. 2**
Patricia Briggs
★★★★☆ 394
Kindle Edition
$7⁹⁹
24 pts

## Top picks for you

Case 1:26-cv-00258 Document #: 11 Filed: 02/05/26 Page 15 of 169 PageID #:1274



## Amazon

Deliver to Chicago 60604 | Arts, Crafts & Sewing ▾ | Search Amazon | 🔍 | EN ▾ | Hello, Lisa Account & Lists ▾ | Returns & Orders | 0 Cart

☰ All | 🔵 Rufus | Join Prime | Black Friday | Same-Day Delivery | Amazon Haul | Medical Care ▾ | Amazon Basics | Groceries ▾ | Buy Again | Audible | Pet Supplies | Handmade | Subscribe & Save | It's Black Friday!

Delivery estimates to Chicago include delays due to weather.

Arts, Crafts & Sewing | Best Sellers | Projects & Inspiration | Fabric | Art Supplies ▾ | Sewing ▾ | Scrapbooking ▾ | Craft Supplies ▾ | Knitting & Crochet ▾ | Jewelry-Making ▾ | Storage & Organization ▾

**Prime members save up to 80% on meds** — Learn more — amazon pharmacy

Arts, Crafts & Sewing › Crafting › Mosaic Making › Diamond Painting Kits & Accessories › Tools & Accessories





Click to see full view

🔵 **Ask Rufus**

[ What materials is this made of? ] [ Can it be used for nail art? ] [ Does it come with replacement tips? ]

[ Ask something else ]

### Praise V Do Diamond Painting Art Drill Pen with Stainless Steel Metal Tips Placer Grid Nibs Angle Tip and Clay Glue Tool Kit Accessories Pack for Diamond Painting, Diamond Art, Nail Art 7colors

Visit the Praise V Do Store

4.6 ★★★★☆ ▾ (64) | Search this page

[Amazon's Choice]

$24.99

Price history

FREE Returns ▾

Color: **7Colors-14tips**



$24.99   $24.99

| | |
|---|---|
| Brand | Praise V Do |
| Age Range (Description) | Adult |
| Color | 7Colors-14tips |
| Theme | Fantasy |
| Item dimensions L x W x H | 7.87 x 7.09 x 0.59 inches |

### About this item

- YOU WILL GET:7Pc Diamond painting pen, 14Pcs Stainless steel diamond painting pen metal nibs in different sizes,1 transparent placer storage box ,12 pieces blue clay and 1 pack of replacement rubber rings
- RELIABLE MATERIAL: The diamond painting pen is made of acrylic . It is neither thin nor too thick, Super Comfortable to hold. The metal nibs are made of stainless steel, strong and durable, not easy to break, it can use for a long time.Diamond painting clay made of quality silicone, it's good adhesiveness.
- EASY TO INSTALL: It is easy to install and replace the pen tip on the diamond art pen. Just screw the pen tips into the pen. If it is too tight please remove the rubber O-rings. If it is loose, please put on the rubber O-rings.
- COLOR:7 Colors.Every pen is unique Artwork.
- WIDELY USE:You can use it as 5D diamond paintings pen, nail decoration drill Pen, embroidery decoration drill pen, mobile art craft decoration pen, jewelry making pen ect. It is a amazing gift for diamond painting lover, Arts Lover. If you have any questions or suggestions about the product, please contact us and we will provide you with quality service.

› See more product details

💬 Report an issue with this product or seller

Sponsored ⓘ

prime
Enjoy fast, free delivery, exclusive deals, and award-winning movies & TV shows.
Join Prime

$24.99

FREE delivery **Monday, December 8** on orders shipped by Amazon over $35

Or **Prime members** get FREE delivery **Monday, December 1**. Order within **22 hrs 33 mins**.

Join Prime

📍 Deliver to Chicago 60604

**In Stock**

Quantity: 1 ▾

[ Add to Cart ]

[ Buy Now ]

| | |
|---|---|
| Ships from | Amazon |
| Sold by | Alice&Lucy Shop |
| Returns | FREE refund/replacement until Jan 31, 2026 |
| Gift options | Available at checkout |

▾ See more

[ Add to List ▾ ]

Myartype Electric Diamond Pain...
3.9   14
$12.99
Sponsored ⓘ

### Similar items that may deliver to you quickly

Page 1 of 2 ⋮

‹

      

| Praise V Do 5D Diamond Painting Bead Dot Art Drill Ergonomic Pen Kit with Screw Stainless Steel Silver Metal Tip Nibs... | Geyoga 23 Pcs Flower Diamond Painting Art Drill Tool Pen Kits Resin for Adults with Rose Go... | Fuutreo 23 Pcs Diamond Art Painting Tools 5d Diamond Painting Accessories 4 Art Pens Kits 11metal Screw... | ZYNERY 4 PCS Diamond Painting Pens, Resin Diamond Art Pens with Clay Tips Tray, 5D Diamond Painting... | Diamond Painting Pen with Screw Thread Tips,1PCS Diamond Art Pen and 3 PCS Rose Gold Stainless Steel Metal... | DoreenBow 28Pcs Diamond Art Painting Tools - 4 Diamond Art Pens, Metal Tips Kit with Stainless Screw Thread... | ZYNERY 30 PCS Diamond Painting Pens Kit, 13 PCS Stainless Steel Tip for Diamond Painting Accessories with 12 Cla... |
|---|---|---|---|---|---|---|
| ★★★★☆ 247 | [Amazon's Choice] ★★★★☆ 102 | ★★★★☆ 150 | ★★★★☆ 232 | ★★★★☆ 1,045 | ★★★★☆ 719 | ★★★★☆ 1,776 |
| $28.99 | -8% $23.99 List: $25.99 | $18.99 | $11.99 ($3.00/count) | $7.99 | $20.99 | -8% $11.99 Typical: $12.99 |
| Get it as soon as **Monday, Dec 8** | Get it as soon as **Monday, Dec 8** | Get it as soon as **Monday, Dec 8** | Get it as soon as **Monday, Dec 8** | Get it as soon as **Monday, Dec 8** | Get it as soon as **Monday, Dec 8** | Get it as soon as **Monday, Dec 8** |
| FREE Shipping on orders over $35 shipped by Amazon | FREE Shipping on orders over $35 shipped by Amazon | FREE Shipping on orders over $35 shipped by Amazon | FREE Shipping on orders over $35 shipped by Amazon | FREE Shipping on orders over $35 shipped by Amazon | FREE Shipping on orders over $35 shipped by Amazon Only 11 left in stock - order... | FREE Shipping on orders over $35 shipped by Amazon |

›

**4 stars and above** Sponsored ⓘ    Page 1 of 26

      

**Praise V Do Diamond Painting Art Drill Pen Kit with 6 Screw Stainless Steel Silver …**
★★★★½ 72
$9⁹⁹
✓prime

**Fuutreo 23 Pcs Diamond Art Painting Tools 5d Diamond Painting Accessories 4 Art Pen…**
★★★★½ 150
$18⁹⁹
✓prime

**FEBSNOW 8 Packs 5D Diamond Art Painting Embroidery Art Pen Tool for DIY Crafts Making**
★★★★½ 1,997
$5⁹⁹
✓prime

**Thin Version Stainless Steel Diamond Painting Art Drilling Tips Nibs Placers Tool A…**
★★★★½ 76
$38⁹⁹
✓prime

**FLYSONG 15 PCS Diamond Painting Tools with Drill Pen Grip and Tray,5D Diamond Paint…**
★★★★½ 298
Amazon's Choice
$6⁵⁹
✓prime

**Glotrove Electric Diamond Painting Pen, Diamond Art Pens No Wax Needed,…**
★★★★☆ 85
Black Friday Deal
-31% $13⁸⁶
List Price: $19.99
✓prime

**LEIYULY 13PCS Diamond Art Pen, with 1,3,6,9 Stainless Steel Nibs, Ergonomic Diamond…**
★★★★½ 130
Black Friday Deal
-20% $10³⁹
Typical price: $12.99
✓prime

## ✴ Looking for specific info?



Ask Rufus or search reviews and Q&A

What materials is this made of?    Can it be used for nail art?    Does it come with replacement tips?

Is this pen rechargeable?    Does it work with square drill diamonds?

## Videos

Help others learn more about this product by uploading a video!

Upload your video

## Product information

| Item details ⌄ | Style ⌄ |
| --- | --- |
| Features & Specs ⌄ | Measurements ⌄ |

**Warranty & Support**

Product Warranty: For warranty information about this product, please click here

**Feedback**

Would you like to **tell us about a lower price?** ⌄

Materials & Care ⌄

## Product Description

**Features:**

Our Imaginative Diamond Painting Pen is comfortable to hold, drilling speed up to 2 times faster than regular stylus pen. It can help you complete the 5D diamond painting kit much more easily and faster.

<1>Tips Replacement: All the placers we send you are interchangeable both ends of the stylus, Just screw in and screw out the tips. If it is too tight please remove the rubber O-rings. If it is loose, please put on the rubber O-rings.
<2>Especially the paintings that use symbols that are similar! So our specially 1 bead angled tips are very helpful. The bend in the pen lets you see exactly where it needs to be placed.
<3>Our diamond art pen just the right length and its durable! You can diamond paint for hours with no hand cramping at all.
<4>Our diamond art pen can pick up all kinds of diamonds, like round drill, square drill, crystal drill
**Specification :**
Material of Diamond painting pen: acrylic .
Material of Diamond Painting Pen Multi Placer: stainless steel, strong and durable, not easy to break
Material of Diamond Painting Clay: quality silicon (Note: not for children under 3 years old; Adult supervision required)
Drill Pen Color: All 7 colors NeonYellow, MintGreen, LtBlue, Purple,LtPink,WhiteBlue,Orange
Diamond art pen Size (Length):4.7"/12cm
Diamond art pen Weight per piece: 0.6oz/18g
**Diamond Painting Pen Kit include :**
7PC Double-ended drill pen
14PC x 13size metal Tip
12PC x 0.8"*0.8" blue clays
1 pack of replacement rubber rings

⚠ **WARNING:**

CHOKING HAZARD -- Small parts. Not for children under 3 yrs.

## What's in the box

- Diamond

## Products related to this item   Sponsored ⓘ

Page 1 of 58

    

**Diamond Art Roller, Essential DIY Craft Tool for Rhinestone Embroidery, Easy-Grip…**
★★★★☆ 4
Black Friday Deal
-33% $7⁹⁹
List Price: $11.99
✓prime

**Caydo 31 PCS All Inclusive Diamond Art Accessories Kit, A3 LED Light Pad Set with D…**
★★★★½ 4
$59⁹⁹
✓prime
You pay $54.99 with coupon

**Caydo Wired Electric Diamond Painting Pen (Plug-in Use), E-Painter for Diamond Pain…**
★★★★★ 2
Black Friday Deal
-15% $5⁰⁹
Typical price: $5.99
✓prime

**Electric Diamond Art Painting Pen with Vacuum Pump, No Wax Needed, Lightweight…**
★★★★☆ 81
$18⁹⁹
✓prime

**SWATOM 15 PCS Diamond Art Painting Tools 5D Diamonds Art Accessories with Drill…**
★★★★½ 4
$7³⁹
✓prime

**Glotrove Electric Diamond Painting Pen, Diamond Art Pens No Wax Needed,…**
★★★★☆ 85
Black Friday Deal
-31% $13⁸⁶
List Price: $19.99
✓prime

**FEBSNOW 8 Packs 5D Diamond Art Painting Embroidery Art Pen Tool for DIY Crafts Making**
★★★★½ 1,997
Amazon's Choice
$5⁹⁹
✓prime

Case 1:26-cv-00258-I Document #: 11 Filed: 02/05/26 Page 17 of 169 PageID #:1376



Add to cart

Sponsored ⓘ

## Similar brands on Amazon

Sponsored ⓘ

Page 1 of 2







‹   ›

Faburo 2pcs Diamond Painting Sealer Protectant Brightener(120ml*2),…
4.7 ★★★★½ 1,503
$9.99

Makartt Nail Rhinestone Glue Gel, Upgrade Gel Nail Glue with Brush Pen…
4.6 ★★★★½ 26,461
**50% off** **Black Friday Deal**
$6.49  List: $12.99

LANBEIDE 200ML Diamond Painting Sealer with Silicone Brush, Updated 5…
4.7 ★★★★½ 5,277
**Black Friday Deal**
$7.39  List Price: $15.99

---

## Customer reviews

  4.6 out of 5

64 global ratings

| | | |
|---|---|---|
| 5 star | ████████░░ | 79% |
| 4 star | █░░░░░░░░░ | 8% |
| 3 star | ░░░░░░░░░░ | 6% |
| 2 star | ░░░░░░░░░░ | 7% |
| 1 star | ░░░░░░░░░░ | 0% |

How customer reviews and ratings work ⌄

### Review this product

Share your thoughts with other customers

Write a customer review



Automatic Refillable Wax Pen for Diamond …
3
$12.89    Shop now

Sponsored ⓘ

### Top reviews from the United States

**Amazon Customer**

★★★★★ **Product**

Reviewed in the United States on October 24, 2025

Color: Rose Gold 7Colors-14tips  |  Verified Purchase

My every time use when i diamond painting and I love them and super comfy to use and easy to use and the price was great for them.

Helpful  |  Report

**SusanCHF**

★★★★★ **Excellent Fat Resin Pens!**

Reviewed in the United States on November 30, 2023

Color: Rose Gold 7Colors-14tips  |  Verified Purchase

The fat resin pens with each of the main tip sizes will be great for being able to pick up multiple drills at once and placing them well. Thank you for the pens and tips!

One person found this helpful

Helpful  |  Report

**Elrene Hicks**

★★★★★ **Just great!**

Reviewed in the United States on December 6, 2022

Color: 7Colors-14tips  |  Verified Purchase

You can spnd a lot more money but, these work great!

Helpful  |  Report

**Lori Montoya**

★★☆☆☆ **quality**

Reviewed in the United States on April 1, 2025

Color: 7Colors-14tips  |  Verified Purchase

I used putty and the tips would come off

Helpful  |  Report

**Kyle Bonato**

★★★☆☆ **Love these!**

Reviewed in the United States on September 25, 2023

Color: 7Colors-14tips  |  Verified Purchase

Likes: great design, makes diamond painting much more efficient and quicker. Perfect handheld size.

Dislikes: The tips pop out of the pen casings occasionally, could be glued into the resin better. Not a huge deal.

Helpful  |  Report

**Sam**

★★☆☆☆ **Not a fan**

Reviewed in the United States on April 16, 2024

Verified Purchase

The tips are lose and get stuck and come off in the wax I've add more tiny rubber bands but you can only add two and it's still lose

Helpful  |  Report

**Placeholder**

★★★★★ **They work as stated..**

Reviewed in the United States on July 24, 2022

Color: 7Colors-14tips  |  Verified Purchase

The tools were just like the picture and no need to do a photo.
They work, you just have to make sure to start with the number 2, when you have got that down to a science use a bigger number then your on your way.
They fit the round ones didn't try the square one ever.

3 people found this helpful

Helpful   |   Report

See more reviews ›

### Top reviews from other countries

Translate all reviews to English

**Shannon Wedgewood**

★★★★★ **Excellent item**

Reviewed in Canada on March 21, 2025

Color: Rose Gold 7Colors-14tips   Verified Purchase

These items are perfect. The original item, I think they were stolen before I could get to them, but Amazon was quick to replace them. It was perfect. They work great for my diamond painting.

Report

**María**

★★☆☆☆ **No vinieron con ls gomas azules del pegamento y sin ello no se pueden usar.**

Reviewed in Mexico on June 25, 2023

**Verified Purchase**

No vinieron con ls gomas azules del pegamento y sin ello no se pueden usar.

Report

Translate review to English

See more reviews ›

## Customers who bought this item also bought



ARTDOT Enduring Stickiness Putty Wax for Diamond Art Kits for Adults, Strong Stickines…

★★★★☆ 1,448

-34% **$6**⁶⁴

**Black Friday Deal**

List Price: $9.99

Get it as soon as **Monday, Dec 8**

FREE Shipping on orders over $35 shipped by Amazon



Sponsored ⓘ

60pcs Diamond Art Storage Containers Tra…

★★★★☆ 899

-35% **$42**⁹⁹

**Black Friday Deal**

List Price: $65.99

Get it as soon as **Monday, Dec 8**

FREE Shipping by Amazon



ARTDOT 10-Piece Interlocking Diamond Art Trays Kits for Adults, Stackable Diamond…

★★★★☆ 2,422

-40% **$6**⁶⁴

**Black Friday Deal**

List Price: $10.99

Get it as soon as **Monday, Dec 8**

FREE Shipping on orders over $35 shipped by Amazon



Sponsored ⓘ

2PCS Diamond Painting Accessories Light Pad Switch Cover, Diamond…

★★★★☆ 857

-22% **$6**⁹⁹

List: $8.99

Get it as soon as **Monday, Dec 8**

FREE Shipping on orders over $35 shipped by Amazon



Blulu 6 Pieces Diamond Art Painting Accessories Anti-Slip Tools Sticky Mat Diamond Painting Trays…

★★★★☆ 3,489

Amazon's Choice

**$5**⁹⁹

Get it as soon as **Monday, Dec 8**

FREE Shipping on orders over $35 shipped by Amazon



Praise V Do Ergonomic Diamond Painting Art Drill Bead Dot Pen Kit with Screw Steel Silver Metal Tip Nibs Placers…

★★★★☆ 247

**$19**⁹⁹

Get it as soon as **Monday, Dec 8**

FREE Shipping on orders over $35 shipped by Amazon

Sponsored ⓘ

## Best Sellers in Craft Supplies & Materials



Rust-Oleum 334020 Painter's Touch 2X Ultra Cover Spray Paint, 12 oz, Flat Black

★★★★☆ 91,869

#1 Best Seller

-15% **$6**¹⁹ ($0.52/ounce)

List: $7.29

Get it as soon as **Monday, Dec 8**

FREE Shipping on orders over $35 shipped by Amazon



Amazon Basics Clear Thermal Laminating Plastic Paper Laminator…

★★★★★ 90,747

#1 Best Seller

-27% **$12**⁹⁹ ($0.06/count)

**Black Friday Deal**

Typical: $17.78

Get it as soon as **Monday, Dec 8**

FREE Shipping on orders over $35 shipped by Amazon



Crayola Air Dry Clay (5lbs), Teacher Supplies, Natural White Modeling Clay for Kids, Sculpting…

★★★★☆ 17,496

#1 Best Seller

-22% **$10**⁸⁶ ($0.14/ounce)

List: $13.99

Get it as soon as **Monday, Dec 8**

FREE Shipping on orders over $35 shipped by Amazon



KUKKA Rosemary Essential Oils - 4 Fl Oz - for Hair, Skin, Diffuser,…

★★★★☆ 19,386

#1 Best Seller

-49% **$9**⁸⁷ ($2.47/fluid ounce)

**Black Friday Deal**

List: $19.49

Get it as soon as **Monday, Dec 8**

FREE Shipping on orders over $35 shipped by Amazon

🌿 2 sustainability features ⌄



Elmer's Disappearing Purple School Glue Sticks, Washable, 7 Grams, 30…

★★★★★ 43,034

#1 Best Seller

-35% **$5**³⁹ ($0.18/count)

**Black Friday Deal**

Typical: $8.29

Get it as soon as **Monday, Dec 8**

FREE Shipping on orders over $35 shipped by Amazon

Melissa & Doug Drawing Paper, Sketch Pad, 3-Pack Bundle for Coloring, Writing or Painting (9 x…

★★★★★ 19,002

#1 Best Seller

-30% **$10**⁴⁹ ($0.07/count)

List: $14.99

Get it as soon as **Monday, Dec 8**

FREE Shipping on orders over $35 shipped by Amazon

## Amazon Devices for you

Case 1:26-cv-00258  Document #: 11  Filed: 02/05/26  Page 19 of 169 PageID #:1379








Amazon Fire TV Stick 4K Plus (newest model) with AI-powered Fire TV…

★★★★☆ 94,335

#1 Best Seller

-50% $24⁹⁹

Black Friday Deal

List: $49.99

Get it as soon as **Monday, Dec 8**

FREE Shipping on orders over $35 shipped by Amazon

♢ 1 sustainability feature ⌄

Amazon Kindle Paperwhite Signature Edition 32GB – Our fastest Kindle with auto…

★★★★☆ 8,026

-25% $149⁹⁹

Deal selling fast

List: $199.99

Get it as soon as **Monday, Dec 8**

FREE Shipping by Amazon

♢ 1 sustainability feature ⌄

Amazon Kindle Paperwhite Signature Edition 32GB (newest model) – Fastest Kindle with auto-adjusting front light, wireless charging…

★★★★☆ 8,026

-25% $149⁹⁹

List Price: $199.99

♢ 1 sustainability feature ⌄

Amazon Echo Show 8 (newest model), Vibrant HD 8.7" display with spatial audio, with Alex…

★★★☆☆ 323

-11% $159⁹⁹

Black Friday Deal

List: $179.99

Get it as soon as **Monday, Dec 8**

FREE Shipping by Amazon

♢ 1 sustainability feature ⌄

Blink Video Doorbell (newest model) – Head-to-toe HD view, two-ye…

★★★★☆ 11,935

Amazon's Choice

-57% $29⁹⁹

Black Friday Deal

List: $69.99

Get it as soon as **Monday, Dec 8**

FREE Shipping on orders over $35 shipped by Amazon

Amazon Kindle Colorsoft 16 GB (newest model) – With color display and adjustable warm light – No Ads – Black + 3 Months of Kindle…

★★★★☆ 531

-32% $169⁹⁹

List Price: $249.99

---

After viewing product detail pages, look here to find an easy way to navigate back to pages you are interested in.

› View or edit your browsing history

**Back to top**

## Get to Know Us

Careers

Amazon Newsletter

About Amazon

Accessibility

Sustainability

Press Center

Investor Relations

Amazon Devices

Amazon Science

## Make Money with Us

Sell on Amazon

Sell apps on Amazon

Supply to Amazon

Protect & Build Your Brand

Become an Affiliate

Become a Delivery Driver

Start a Package Delivery Business

Advertise Your Products

Self-Publish with Us

Become an Amazon Hub Partner

› See More Ways to Make Money

## Amazon Payment Products

Amazon Visa

Amazon Store Card

Amazon Secured Card

Amazon Business Card

Shop with Points

Credit Card Marketplace

Reload Your Balance

Gift Cards

Amazon Currency Converter

## Let Us Help You

Your Account

Your Orders

Shipping Rates & Policies

Amazon Prime

Returns & Replacements

Manage Your Content and Devices

Recalls and Product Safety Alerts

Registry & Gift List

Help

---

amazon

🌐 English ⌄    🇺🇸 United States

| | | | | | |
|---|---|---|---|---|---|
| Amazon Music<br>Stream millions<br>of songs | Amazon Ads<br>Reach customers<br>wherever they<br>spend their time | 6pm<br>Score deals<br>on fashion brands | AbeBooks<br>Books, art<br>& collectibles | ACX<br>Audiobook<br>Publishing<br>Made Easy | Sell on Amazon<br>Start a Selling<br>Account | Veeqo<br>Shipping Software<br>Inventory<br>Management |
| Amazon Business<br>Everything For<br>Your Business | Amazon Fresh<br>Groceries & More<br>Right To Your Door | AmazonGlobal<br>Ship Orders<br>Internationally | Home Services<br>Experienced Pros<br>Happiness<br>Guarantee | Amazon Web<br>Services<br>Scalable Cloud<br>Computing<br>Services | Audible<br>Listen to Books &<br>Original<br>Audio<br>Performances | Box Office Mojo<br>Find Movie<br>Box Office Data |
| Goodreads<br>Book reviews<br>&<br>recommendations | IMDb<br>Movies, TV<br>& Celebrities | IMDbPro<br>Get Info<br>Entertainment<br>Professionals Need | Kindle Direct<br>Publishing<br>Indie Digital &<br>Print Publishing<br>Made Easy | Amazon Photos<br>Unlimited Photo<br>Storage<br>Free With Prime | Prime Video Direct<br>Video Distribution<br>Made Easy | Shopbop<br>Designer<br>Fashion Brands |
| Amazon Resale<br>Great Deals on<br>Quality Used<br>Products | Whole Foods<br>Market<br>America's<br>Healthiest<br>Grocery Store | Woot!<br>Deals and<br>Shenanigans | Zappos<br>Shoes &<br>Clothing | Ring<br>Smart Home<br>Security Systems | eero WiFi<br>Stream 4K Video<br>in Every Room | Blink<br>Smart Security<br>for Every Home |
| Neighbors App<br>Real-Time Crime<br>& Safety Alerts | | Amazon<br>Subscription Boxes<br>Top subscription<br>boxes – right to<br>your door | PillPack<br>Pharmacy<br>Simplified | Amazon Renewed<br>Like-new products<br>you can trust | Amazon Luna<br>Video games from<br>the cloud,<br>no console<br>required | |

Conditions of Use    Privacy Notice    Consumer Health Data Privacy Disclosure    Your Ads Privacy Choices ☑✕

© 1996-2025, Amazon.com, Inc. or its affiliates





Currently unavailable.

$9⁹⁹ ✓prime

$9⁹⁹ ✓prime

$9⁹⁹ ✓prime

⬆ Share

Share this page with your friends.

Back to top

## Get to Know Us

Careers

Amazon Newsletter

About Amazon

Accessibility

Sustainability

Press Center

Investor Relations

Amazon Devices

Amazon Science

## Make Money with Us

Sell on Amazon

Sell apps on Amazon

Supply to Amazon

Protect & Build Your Brand

Become an Affiliate

Become a Delivery Driver

Start a Package Delivery Business

Advertise Your Products

Self-Publish with Us

Become an Amazon Hub Partner

› See More Ways to Make Money

## Amazon Payment Products

Amazon Visa

Amazon Store Card

Amazon Secured Card

Amazon Business Card

Shop with Points

Credit Card Marketplace

Reload Your Balance

Gift Cards

Amazon Currency Converter

## Let Us Help You

Your Account

Your Orders

Shipping Rates & Policies

Amazon Prime

Returns & Replacements

Manage Your Content and Devices

Recalls and Product Safety Alerts

Registry & Gift List

Help

🌐 English ⬍        🇺🇸 United States

| Amazon Music | Amazon Ads | 6pm | AbeBooks | ACX | Sell on Amazon | Veeqo |
|---|---|---|---|---|---|---|
| Stream millions of songs | Reach customers wherever they spend their time | Score deals on fashion brands | Books, art & collectibles | Audiobook Publishing Made Easy | Start a Selling Account | Shipping Software Inventory Management |

| Amazon Business | Amazon Fresh | AmazonGlobal | Home Services | Amazon Web Services | Audible | Box Office Mojo |
|---|---|---|---|---|---|---|
| Everything For Your Business | Groceries & More Right To Your Door | Ship Orders Internationally | Experienced Pros Happiness Guarantee | Scalable Cloud Computing Services | Listen to Books & Original Audio Performances | Find Movie Box Office Data |



**amazon** prime

Secure checkout ⌄

**Delivering to** ▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮ IL, 60435, United States   Change

**Required Pickup Information**   Change
Legal Name ▮▮▮▮

**Paying with** ▮▮▮▮▮▮▮▮▮   Change

Use a gift card, voucher, or promo code

> ℹ **You must provide your pickup code to collect your package(s)**
> Recipient for Pick-Up ▮▮▮▮▮  Change

**Get a $125 Amazon Gift Card** upon approval for the Amazon Business Prime Card.
Terms apply.

Learn more

**Arriving Nov 18, 2025**
If you order in the next 12 hours and 14 minutes

Multi Colors Metal Stainless Steel Tip Diamond Painting Art Sticky Drill Dot Pen Stylus Kits Set Accessories Tool with Wax for 5D DIY Diamond Painting Gem Nail Art Decoration Blue
$8.99
Ships from Amazon.com
Sold by Alice&Lucy Shop

**Disclaimers**

🗑 1 +

Add gift options

◉ **Pickup** Tuesday, Nov 18    FREE

**Place your order**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

| Items: | $8.99 |
| Shipping & handling: | $0.00 |
| Estimated tax to be collected: | $0.79 |
| **Order total:** | **$9.78** |

**Place your order**   **Order total: $9.78**
By placing your order, you agree to Amazon's privacy notice and conditions of use.

Why has sales tax been applied? See tax and seller information.

Do you need help? Explore our Help pages or contact us

Case: 1:26-cv-00358 Document #: 11-1 Filed: 02/05/26 Page 23 of 169 PageID #:1282

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Colorado Purchasers: Important information regarding sales tax you may owe in your State

Most new, unused items sold by Amazon, or millions of third-party sellers are eligible for Free Returns, within 30 days of delivery. For the 2025 holiday season, most items purchased between November 1 and December 31, 2025 can be returned through January 31, 2026. Apple-branded products purchased between November 1 and December 31, 2025 can be returned through January 15, 2026. For exceptions see Amazon.com's Returns Policy

Back to cart



Back to top

amazon    🌐 English  ⇕      🇺🇸 United States        Help

Conditions of Use    Privacy Notice    Consumer Health Data Privacy Disclosure    Your Ads Privacy Choices
© 1996–2025, Amazon.com, Inc. or its affiliates





## Order placed, thanks!

Confirmation will be sent to your email.

**Pickup location** ████████████████████ IL, 60435, United States

**Tuesday, Nov. 18**
Estimated delivery

Review or edit your recent orders ›

### Follow the brand

Get deals, new products updates, and more.

**Praise V Do**

Follow



Get a **Get a $125 Amazon Gift Card** upon approval for the Amazon Business Prime Card. Terms apply.

Learn more

## Books you may like



**Escaped Daughter (Morrigan University Book 1)**
› Erin R Flynn
★★★★½ 3,697
Kindle Edition
$0⁹⁹
3 pts

**Fire's Resonance: A Paranormal Dragon Romance (Hearts on Fir...**
› Milly Taiden
★★★★½ 119
Kindle Edition
$2⁹⁹
9 pts

**Fourth Wing (The Empyrean Book 1)**
› Rebecca Yarros
★★★★★ 453,487
Kindle Edition
#1 Best Seller
$14⁹⁹
45 pts

## Based on your reading



Arts, Crafts & Sewing › Painting, Drawing & Art Supplies › Drawing › Drawing Media › Pens

## Luminous Sparkle Multifunctional Diamond Painting Pen, DIY Tools with Six Different Pen Tips Mosaic Painting (Green)

Brand: Aspen Global

Search this page

$19⁹⁹

**Color: Green**

| 1 option from $19.99 | **$19.99** | 1 option from $19.99 | 1 option from $19.99 |

| Brand | Aspen Global |
| Color | Green |
| Ink Color | Multicolor |
| Point Type | Diamond |
| Model Name | Luminous Diamond Painting Pen |

### About this item

- 【PREMIUM MATERIAL】: Totally different from those plastic drill pens, Our 5D diamond painting pen is made of Luminous resin, Environmentally friendly, non-toxic, durable and reliable, can glow in the dark beautifully.
- 【 LUMINOUS TYPE】: Our premium pens come in 4 colors( purple, blue, green, pink) that help you express yourself while crafting. The pen holder is luminous flower patterns to add a splash of color to your day as well as give you a surprise in the dark .
- 【INCLUDE】: The diamond Painting accessories include 1 diamond painting pen and 6 metal pen heads(1/3/6/9 drills bits, angled head, correction head) and 1 Storage box, can meet the needs of making diamond paintings for your enjoyments.
- 【LIGHT WEIGHT & COMFORTABLE】Diamond painting accessories pens are light weight and beautifully designed than ordinary pens. It easier to hold for longer periods of time without your hand getting fatigued.
- 【Exquisite Gift, Widely Applicable】: This diamond art tools perfectly meets the needs of diamond painting lovers, suitable for beginners and skilled players.Also suitable for nail art, mosaic making. Perfect gift for your parents, kids, friends, etc on various festivals.

💬 Report an issue with this product or seller

$19⁹⁹

FREE delivery **October 22 - 24**. Details

Deliver to Chicago 60604

**Only 3 left in stock - order soon.**

Quantity: 1

**Add to Cart**

**Buy Now**

Ships from   Aspen global
Sold by      Aspen global
Returns      30-day refund/replacement
Payment      Secure transaction

**Add to List**

## Videos

Help others learn more about this product by uploading a video!

Upload your video

## Product information

| Style | ⌄ |
| Item details | ⌄ |

| Measurements | ⌄ |
| Features & Specs | ⌄ |

**Warranty & Support**

Amazon.com Return Policy: **Amazon.com Voluntary 30-Day Return Guarantee:** You can return many items you have purchased within 30 days following delivery of the item to you. Our Voluntary 30-Day Return Guarantee does not affect your legal right of withdrawal in any way. You can find out more about the exceptions and conditions here.

**Product Warranty:** For warranty information about this product, please click here

**Feedback**

Would you like to **tell us about a lower price?** ⌄

## Looking for specific info?

🔍 Search in reviews, Q&A...

## Product Description

Brand: Aspen Global
Material: Metal, Luminous resin
Pen length: 5 inch
Pen weight:0.49oz
Package Size: 3.9inchx7inchx0.7inch
Set Weight: 2.3oz
Color: Purple, Blue, Green, Pink

Package includes:
1 x Diamond Painting Pen
6 x Multifunctional Pen Tips
1 x Storage box

## Customer reviews

5 star                    0%

No customer reviews

4 star | | 0%
3 star | | 0%
2 star | | 0%
1 star | | 0%

How customer reviews and ratings work

## Review this product

Share your thoughts with other customers

Write a customer review



See personalized recommendations

Sign in

New customer? Start here.

Back to top

**Get to Know Us**
Careers
Amazon Newsletter
About Amazon
Accessibility
Sustainability
Press Center
Investor Relations
Amazon Devices
Amazon Science

**Make Money with Us**
Sell on Amazon
Sell apps on Amazon
Supply to Amazon
Protect & Build Your Brand
Become an Affiliate
Become a Delivery Driver
Start a Package Delivery Business
Advertise Your Products
Self-Publish with Us
Become an Amazon Hub Partner
› See More Ways to Make Money

**Amazon Payment Products**
Amazon Visa
Amazon Store Card
Amazon Secured Card
Amazon Business Card
Shop with Points
Credit Card Marketplace
Reload Your Balance
Gift Cards
Amazon Currency Converter

**Let Us Help You**
Your Account
Your Orders
Shipping Rates & Policies
Amazon Prime
Returns & Replacements
Manage Your Content and Devices
Recalls and Product Safety Alerts
Registry & Gift List
Help

English

United States

Amazon Music
Stream millions of songs

Amazon Ads
Reach customers wherever they spend their time

6pm
Score deals on fashion brands

AbeBooks
Books, art & collectibles

ACX
Audiobook Publishing Made Easy

Sell on Amazon
Start a Selling Account

Veeqo
Shipping Software Inventory Management

Amazon Business
Everything For Your Business

Amazon Fresh
Groceries & More Right To Your Door

AmazonGlobal
Ship Orders Internationally

Home Services
Experienced Pros Happiness Guarantee

Amazon Web Services
Scalable Cloud Computing Services

Audible
Listen to Books & Original Audio Performances

Box Office Mojo
Find Movie Box Office Data

Goodreads
Book reviews & recommendations

IMDb
Movies, TV & Celebrities

IMDbPro
Get Info Entertainment Professionals Need

Kindle Direct Publishing
Indie Digital & Print Publishing Made Easy

Amazon Photos
Unlimited Photo Storage Free With Prime

Prime Video Direct
Video Distribution Made Easy

Shopbop
Designer Fashion Brands

Amazon Resale
Great Deals on Quality Used Products

Whole Foods Market
America's Healthiest Grocery Store

Woot!
Deals and Shenanigans

Zappos
Shoes & Clothing

Ring
Smart Home Security Systems

eero WiFi
Stream 4K Video in Every Room

Blink
Smart Security for Every Home

Neighbors App
Real-Time Crime & Safety Alerts

Amazon Subscription Boxes
Top subscription boxes – right to your door

PillPack
Pharmacy Simplified

Amazon Renewed
Like-new products you can trust

Conditions of Use   Privacy Notice   Consumer Health Data Privacy Disclosure   Your Ads Privacy Choices
© 1996-2024, Amazon.com, Inc. or its affiliates

Case: 1:26-cv-00358 Document #: 11-1 Filed: 02/05/26 Page 27 of 169 PageID #:1386

Amazon

Deliver to Chicago 60604

All ▾    Search Amazon

🔍

EN ▾    Hello, sign in Account & Lists ▾    Returns & Orders    0 Cart

☰ All    Holiday Deals    Amazon Haul    Medical Care ▾    Best Sellers    Amazon Basics    New Releases    Registry    Today's Deals    prime | THURSDAY NIGHT FOOTBALL    16 : 31 : 44

Gift cards for everything on their list    Shop now

Arts, Crafts & Sewing › Painting, Drawing & Art Supplies › Drawing › Drawing Media › Pens

1 x Metal Tip

4.9 inch

6

1 x 6 Beads Tip

Click to see full view

## Multifunctional Diamond Painting Pen Tools with Two Different Pen Tips for DIY Mosaic Painting Non-slip Design (Rainbow)

Brand: Aspen Global

$15⁹⁹

| Brand | Aspen Global |
|---|---|
| Color | Purple |
| Ink Color | Multicolor |
| Material | Metal, Plastic, Resin |
| Point Type | Diamond |

### About this item

- 【PREMIUM MATERIAL】: Totally different from those plastic drill pens, Our 5D diamond painting pen is made of resin, more durable and reliable.
- 【NICE-LOOKING STYLE】: Our premium pens come in colorful styles that help you express yourself while crafting. The pen holder is a romantic starry purple and rain bow dazzling patterns to add a splash of color to your day.
- 【INCLUDE】: The diamond Painting accessories include 1 x diamond painting pen with 2 metal pen heads(1、6drills bit), basically meet the needs of making diamond paintings for your enjoyments.
- 【LIGHT WEIGHT & COMFORTABLE】Diamond painting accessories pens are light weight and beautiful designed .It easier to hold for longer periods of time without your hand getting fatigued.
- 【Exquisite Gift, Widely Applicable】: This diamond art tools can basically meets the needs of diamond painting lovers, suitable for beginners and skilled players.Also suitable for nail art, mosaic making. Perfect gift for your parents, kids, friends, etc on various festivals.

💬 Report an issue with this product or seller

$15⁹⁹

FREE delivery **November 10 - 13**. Details

📍 Deliver to Chicago 60604

**Only 13 left in stock - order soon.**

Quantity: 1 ▾

Add to Cart

Buy Now

Ships from    Aspen global
Sold by    Aspen global
Returns    Returnable until Jan 31, 2026
Payment    Secure transaction

Add to List

## Videos

Help others learn more about this product by uploading a video!

Upload your video

## Product information

### Technical Details

| | |
|---|---|
| Manufacturer | Aspen Global |
| Brand | Aspen Global |
| Item Weight | 2.33 ounces |
| Product Dimensions | 8.6 x 0.6 x 0.49 inches |
| Item model number | PEN-004 |
| Color | Purple |
| Closure | Snap |
| Grip Type | non-slip |
| Pencil Lead Degree (Hardness) | 5H |
| Material Type | Metal, Plastic, Resin |
| Number of Items | 1 |

### Additional Information

| | |
|---|---|
| ASIN | B0C9JKZZ1G |
| Date First Available | June 27, 2023 |

### Warranty & Support

Amazon.com Return Policy: **Amazon.com Voluntary 30-Day Return Guarantee:** You can return many items you have purchased within 30 days following delivery of the item to you. Our Voluntary 30-Day Return Guarantee does not affect your legal right of withdrawal in any way. You can find out more about the exceptions and conditions here.

**Product Warranty:** For warranty information about this product, please click here

### Feedback

Would you like to **tell us about a lower price?** ▾

Case: 1:26-cv-00358 Document #: 11-1 Filed: 02/05/26 Page 28 of 169 PageID #:1287

| Point Type | Diamond |
| --- | --- |
| Ink Color | Multicolor |
| Manufacturer Part Number | PEN-004 |

## Product Description

Brand: Aspen Global
Material: Metal, Resin
Specifications:
Pen length:4.9 inch
Package Size: 2.3inchx8.6inchx0.7inch
Weight: 1.3 oz
Color: Purple, Rainbow

Package includes:
1 x Diamond Painting Pen
2 x Multifunctional Pen Tips

## Customer reviews

No customer reviews

5 star ⬜ 0%

4 star ⬜ 0%

3 star ⬜ 0%

2 star ⬜ 0%

1 star ⬜ 0%

How customer reviews and ratings work ⌄



Back to top

**Get to Know Us**
Careers
Amazon Newsletter
About Amazon
Accessibility
Sustainability
Press Center
Investor Relations
Amazon Devices
Amazon Science

**Make Money with Us**
Sell on Amazon
Sell apps on Amazon
Supply to Amazon
Protect & Build Your Brand
Become an Affiliate
Become a Delivery Driver
Start a Package Delivery Business
Advertise Your Products
Self-Publish with Us
Become an Amazon Hub Partner
› See More Ways to Make Money

**Amazon Payment Products**
Amazon Visa
Amazon Store Card
Amazon Secured Card
Amazon Business Card
Shop with Points
Credit Card Marketplace
Reload Your Balance
Gift Cards
Amazon Currency Converter

**Let Us Help You**
Your Account
Your Orders
Shipping Rates & Policies
Amazon Prime
Returns & Replacements
Manage Your Content and Devices
Recalls and Product Safety Alerts
Registry & Gift List
Help

English

United States

Amazon Music
Stream millions
of songs

Amazon Ads
Reach customers
wherever they
spend their time

6pm
Score deals
on fashion brands

AbeBooks
Books, art
& collectibles

ACX
Audiobook
Publishing
Made Easy

Sell on Amazon
Start a Selling
Account

Veeqo
Shipping Software
Inventory
Management

Amazon Business
Everything For
Your Business

Amazon Fresh
Groceries & More
Right To Your Door

AmazonGlobal
Ship Orders
Internationally

Home Services
Experienced Pros
Happiness
Guarantee

Amazon Web
Services
Scalable Cloud
Computing
Services

Audible
Listen to Books &
Original
Audio
Performances

Box Office Mojo
Find Movie
Box Office Data



Arts, Crafts & Sewing › Painting, Drawing & Art Supplies › Drawing › Drawing Media › Pens

## 5D Diamond Painting Dot Drill Pen Kit, 8-Piece Set Diamond Art Pen Kit with 1 Resin Pen, 6 Replaceable Metal Tips&1 Storage Box for Adult Diy Craft Lovers (Multicolor)

Brand: Aspen Global

**Color: Multicolor**

$19.99  |  1 option from $19.99  |  1 option from $19.99

| | |
|---|---|
| Brand | Aspen Global |
| Color | Multicolor |
| Ink Color | Multicolor |
| Age Range (Description) | Adult |
| Material | Metal, Plastic, Resin |

No featured offers available
Learn more ⌄

⊙ Deliver to Chicago 60604

See All Buying Options

Add to List

### About this item

- 【Premium Material】: Totally different from those plastic drill pens tips: our 5D Diamond Painting Pen Tips is made of high quality metal material. Sturdy, smooth and not easy to break/rust/fade/bent. Our Diamond Art Pen is aslo maded of resin, more durable and reliable. So you don't need to replace your metal pen /tips like normal plactsic ones Frequently.
- 【Exquisite Design】: Drill tip also have nice adhesive force, with the Glue wax, you can grasp diamonds easily. It is a nice tool to save both your time and energy and it will bring you a pleasant using experience!
- 【Enough Styles】: You will receive 6 * replacement metal pen heads(1*metal tip, 1*elbow pen tip, 1*correction pen tip, 1*3/6/9-drills bit ), 1*exquisite diamond painting pens, a storage box. Different tip models can drill different numbers of diamonds, convenient and efficient, which can easily meet your diy needs.
- 【Easy to Use and Assemble】: It is easy to install and replace the pen tip on the diamond drawing pen just by screwing the tip into the head of the diamond painting pen.
- 【Wide Application】: Our 5D diamond painting accessories can be applied to various styles of diamond painting pen, and can handle diamonds of different shapes and materials, such as round diamonds, square diamonds, crystal diamonds, resin diamonds, etc., suitable for diamond art painting, jewelry making, nail art and embroidery, etc., they are suitable for beginners and skillful players.

💬 Report an issue with this product or seller

## Frequently purchased items with fast delivery



| Heyseri Diamond Art Pens, 14pcs Diamond Painting Pen Accessories Tools Set, Stainless Steel Metal Pen Tips,… | Diamond Art Painting Drill Bead Pen Accessories Tool Kit for Adult, 5D Diamond Painting Drill… | ZYNERY 9 PCS Diamond Painting Pens, Resin Diamond Art Pens with Clay Tips Tray Anti-Slip Mat, 5D Diamond… | ZYNERY 12 PCS Diamond Art Pen Clay Accessories - 5D Diamond Painting Wax Glue, Replacement Wax Tip for DIY Craft… | 16pcs Rose Metal Tips Diamond Painting Pen Kits, 6pcs Stainless Steel Tips, 6 Glue Clays, 2 Finger Sleeves , 5D… | Square Diamond Art Painting Tools, Metal Drill Pens with Square and Round Drill Head Plus Multiplacer Tips, Comfo… |
|---|---|---|---|---|---|
| ★★★★½ 2,877 | Amazon's Choice ★★★★½ 1,316 | ★★★★½ 29 | ★★★★☆ 499 | ★★★★½ 1,269 | ★★★★½ 787 |
| $13.99 | $7.99 | $19.99 | $9.99 | $12.99 | $12.99 |
| Get it as soon as **Tuesday, Nov 11** | Get it as soon as **Tuesday, Nov 11** | Get it as soon as **Tuesday, Nov 11** | Get it as soon as **Tuesday, Nov 11** | Get it as soon as **Tuesday, Nov 11** | Get it as soon as **Tuesday, Nov 11** |
| FREE Shipping on orders over $35 shipped by Amazon | FREE Shipping on orders over $35 shipped by Amazon | FREE Shipping on orders over $35 shipped by Amazon | FREE Shipping on orders over $35 shipped by Amazon | FREE Shipping on orders over $35 shipped by Amazon | FREE Shipping on orders over $35 shipped by Amazon Only 1 left in stock - order… |

## What's in the box

- 1 Resin Pen
- 6 Replaceable Metal Tips
- 1 Plasic Storage Box

## Videos

Help others learn more about this product by uploading a video!

Upload your video

## Product information

### Technical Details

| | |
|---|---|
| Manufacturer | Aspen Global |
| Brand | Aspen Global |
| Item Weight | 1.23 ounces |
| Product Dimensions | 5.91 x 0.79 x 0.39 inches |
| Item model number | PEN-003 |
| Color | Multicolor |
| Closure | Screw Off Cap |
| Material Type | Metal, Plastic, Resin |
| Number of Items | 1 |
| Size | 1 Count (Pack of 1) |
| Point Type | Broad |
| Ink Color | Multicolor |
| Manufacturer Part Number | PEN-003 |

### Additional Information

| | |
|---|---|
| ASIN | B0BW9JY6S8 |
| Date First Available | February 20, 2023 |

### Warranty & Support

Amazon.com Return Policy: **Amazon.com Voluntary 30-Day Return Guarantee:** You can return many items you have purchased within 30 days following delivery of the item to you. Our Voluntary 30-Day Return Guarantee does not affect your legal right of withdrawal in any way. You can find out more about the exceptions and conditions here.

### Feedback

Would you like to **tell us about a lower price?** ⌄

## Product Description

Brand: Aspen Global
Materials: Resin, Plastic, Metal
Color: White, Silver, Multicolor
Craft: Manual
Package size : 10*18*1.8 cm (1 pen holder +6 metal pen tips +1 storage box)
Length of pen holder: 13cm
Weight of pen holder: 45g

PROMISE:
Your satisfaction is our very top priority. Any problem with our Diamond Storage Folder Set Bag Kit, please contact us and we will definitely offer a satisfactory solution.

## Customer reviews

No customer reviews

| | | |
|---|---|---|
| 5 star | | 0% |
| 4 star | | 0% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | | 0% |

How customer reviews and ratings work ⌄

### Review this product

Share your thoughts with other customers

Write a customer review



Back to top

**Get to Know Us**
Careers
Amazon Newsletter
About Amazon
Accessibility
Sustainability
Press Center
Investor Relations
Amazon Devices
Amazon Science

**Make Money with Us**
Sell on Amazon
Sell apps on Amazon
Supply to Amazon
Protect & Build Your Brand
Become an Affiliate
Become a Delivery Driver
Start a Package Delivery Business
Advertise Your Products
Self-Publish with Us
Become an Amazon Hub Partner
› See More Ways to Make Money

**Amazon Payment Products**
Amazon Visa
Amazon Store Card
Amazon Secured Card
Amazon Business Card
Shop with Points
Credit Card Marketplace
Reload Your Balance
Gift Cards
Amazon Currency Converter

**Let Us Help You**
Your Account
Your Orders
Shipping Rates & Policies
Amazon Prime
Returns & Replacements
Manage Your Content and Devices
Recalls and Product Safety Alerts
Registry & Gift List
Help

amazon

English | United States

Case: 1:26-cv-00358 Document #: 1-1 Filed: 02/05/26 Page 31 of 169 PageID #:1290



Arts, Crafts & Sewing › Painting, Drawing & Art Supplies › Drawing › Drawing Media › Pens

## 5D Diamond Painting Dot Drill Pen Kit, 8-Piece Set Diamond Art Pen Kit with 1 Resin Pen, 6 Replaceable Metal Tips&1 Storage Box for Adult Diy Craft Lovers (Silver)

Brand: Aspen Global

Color: **Silver**

$19.99 | 1 option from $19.99 | 1 option from $19.99

| | |
|---|---|
| **Brand** | Aspen Global |
| **Color** | Silver |
| **Ink Color** | Silver |
| **Age Range (Description)** | Adult |
| **Material** | Metal, Plastic, Resin |

No featured offers available
Learn more ∨

⊙ Deliver to Chicago 60604

See All Buying Options

Add to List

### About this item

- 【Premium Material】: Totally different from those plastic drill pens tips: our 5D Diamond Painting Pen Tips is made of high quality metal material. Sturdy, smooth and not easy to break/rust/fade/bent. Our Diamond Art Pen is aslo maded of resin, more durable and reliable. So you don't need to replace your metal pen /tips like normal placstic ones Frequently.
- 【Exquisite Design】: Drill tip also have nice adhesive force, with the Glue wax, you can grasp diamonds easily. It is a nice tool to save both your time and energy and it will bring you a pleasant using experience!
- 【Enough Styles】: You will receive 6 * replacement metal pen heads(1*metal tip, 1*elbow pen tip, 1*correction pen tip, 1*3/6/9-drills bit ), 1*exquisite diamond painting pens, a storage box. Different tip models can drill different numbers of diamonds, convenient and efficient, which can easily meet your diy needs.
- 【Easy to Use and Assemble】: It is easy to install and replace the pen tip on the diamond drawing pen just by screwing the tip into the head of the diamond painting pen.
- 【Wide Application】: Our 5D diamond painting accessories can be applied to various styles of diamond painting pen, and can handle diamonds of different shapes and materials, such as round diamonds, square diamonds, crystal diamonds, resin diamonds, etc., suitable for diamond art painting, jewelry making, nail art and embroidery, etc., they are suitable for beginners and skillful players.

⊟ Report an issue with this product or seller

## Frequently purchased items with fast delivery



| Heyseri Diamond Art Pens, 14pcs Diamond Painting Pen Accessories Tools Set, Stainless Steel Metal Pen Tips,... | Diamond Art Painting Drill Bead Pen Accessories Tool Kit for Adult, 5D Diamond Painting Drill... | 17pcs Rose Metal Tips Diamond Painting Pen Kits, 6pcs Stainless Steel Tips,1 Pen holder, 6 Clays, 2 Finger Sleeves, 5D... | ZYNERY 9 PCS Diamond Painting Pens, Resin Diamond Art Pens with Clay Tips Tray Anti-Slip Mat, 5D Diamond... | Square Diamond Art Painting Tools, Metal Drill Pens with Square and Round Drill Head Plus Multiplacer Tips, Comfo... | ZYNERY 12 PCS Diamond Art Pen Clay Accessories - 5D Diamond Painting Wax Glue, Replacement Wax Tip for DIY Craft... |
|---|---|---|---|---|---|
| ★★★★½ 2,877 | ★★★★½ 1,316 | ★★★★½ 1,269 | ★★★★½ 29 | ★★★★½ 787 | ★★★★☆ 499 |
| | Amazon's Choice | | | | |
| $13.99 | $7.99 | $13.99 | $19.99 | $12.99 | $9.99 |
| Get it as soon as **Tuesday, Nov 11** | Get it as soon as **Tuesday, Nov 11** | Get it as soon as **Tuesday, Nov 11** | Get it as soon as **Tuesday, Nov 11** | Get it as soon as **Tuesday, Nov 11** | Get it as soon as **Tuesday, Nov 11** |
| FREE Shipping on orders over $35 shipped by Amazon | FREE Shipping on orders over $35 shipped by Amazon | FREE Shipping on orders over $35 shipped by Amazon | FREE Shipping on orders over $35 shipped by Amazon | FREE Shipping on orders over $35 shipped by Amazon Only 1 left in stock - order... | FREE Shipping on orders over $35 shipped by Amazon |

## What's in the box

- 1 Resin Pen
- 6 Replaceable Metal Tips
- 1 Plasic Storage Box

## Videos

Help others learn more about this product by uploading a video!

Upload your video

11/6/25, 3:33 PM    Amazon.com: Aspen Global 5D Diamond Painting Dot Drill Pen Kit, 3-Piece 5D Diamond Art Pen Kit with 5 Resin Pen, 6 Replacea…

Case: 1:26-cv-00358 Document #: 1-1 Filed: 02/05/26 Page 32 of 169 PageID #:1291

## Product information

### Technical Details

| | |
|---|---|
| Manufacturer | Aspen Global |
| Brand | Aspen Global |
| Item Weight | 1.23 ounces |
| Product Dimensions | 5.91 x 0.79 x 0.39 inches |
| Item model number | PEN-003 |
| Color | Silver |
| Closure | Screw Off Cap |
| Material Type | Metal, Plastic, Resin |
| Number of Items | 1 |
| Size | 1 Count (Pack of 1) |
| Point Type | Broad |
| Ink Color | Silver |
| Manufacturer Part Number | PEN-003 |

### Additional Information

| | |
|---|---|
| ASIN | B0BW9GYYBZ |
| Date First Available | February 20, 2023 |

### Warranty & Support

Amazon.com Return Policy: **Amazon.com Voluntary 30-Day Return Guarantee:** You can return many items you have purchased within 30 days following delivery of the item to you. Our Voluntary 30-Day Return Guarantee does not affect your legal right of withdrawal in any way. You can find out more about the exceptions and conditions here.

### Feedback

Would you like to **tell us about a lower price?** ⌄

## Product Description

Brand: Aspen Global
Materials: Resin, Plastic, Metal
Color: White, Silver, Multicolor
Craft: Manual
Package size : 10*18*1.8 cm (1 pen holder +6 metal pen tips +1 storage box)
Length of pen holder: 13cm
Weight of pen holder: 45g

PROMISE:
Your satisfaction is our very top priority. Any problem with our Diamond Storage Folder Set Bag Kit, please contact us and we will definitely offer a satisfactory solution.

## Customer reviews

No customer reviews

| | | |
|---|---|---|
| 5 star | | 0% |
| 4 star | | 0% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | | 0% |

How customer reviews and ratings work ⌄

### Review this product

Share your thoughts with other customers

Write a customer review



Back to top

**Get to Know Us**
Careers
Amazon Newsletter
About Amazon
Accessibility
Sustainability
Press Center
Investor Relations
Amazon Devices
Amazon Science

**Make Money with Us**
Sell on Amazon
Sell apps on Amazon
Supply to Amazon
Protect & Build Your Brand
Become an Affiliate
Become a Delivery Driver
Start a Package Delivery Business
Advertise Your Products
Self-Publish with Us
Become an Amazon Hub Partner
› See More Ways to Make Money

**Amazon Payment Products**
Amazon Visa
Amazon Store Card
Amazon Secured Card
Amazon Business Card
Shop with Points
Credit Card Marketplace
Reload Your Balance
Gift Cards
Amazon Currency Converter

**Let Us Help You**
Your Account
Your Orders
Shipping Rates & Policies
Amazon Prime
Returns & Replacements
Manage Your Content and Devices
Recalls and Product Safety Alerts
Registry & Gift List
Help

English    United States

Case: 1:26-cv-00358 Document #: 11-1 Filed: 02/05/26 Page 33 of 169 PageID #:1292



Arts, Crafts & Sewing › Painting, Drawing & Art Supplies › Drawing › Drawing Media › Pens



Click to see full view

### 5D Diamond Painting Dot Drill Pen Kit, 8-Piece Set Diamond Art Pen Kit with 1 Resin Pen, 6 Replaceable Metal Tips&1 Storage Box for Adult Diy Craft Lovers (White)

Brand: Aspen Global

**Color: White**

| $19.99 | 1 option from $19.99 | 1 option from $19.99 |

| | |
|---|---|
| Brand | Aspen Global |
| Color | White |
| Ink Color | White |
| Age Range (Description) | Adult |
| Material | Metal, Plastic, Resin |

### About this item

- 【Premium Material】: Totally different from those plastic drill pens tips: our 5D Diamond Painting Pen Tips is made of high quality metal material. Sturdy, smooth and not easy to break/rust/fade/bent. Our Diamond Art Pen is aslo maded of resin, more durable and reliable. So you don't need to replace your metal pen /tips like normal placstic ones Frequently.
- 【Exquisite Design】: Drill tip also have nice adhesive force, with the Glue wax, you can grasp diamonds easily. It is a nice tool to save both your time and energy and it will bring you a pleasant using experience!
- 【Enough Styles】: You will receive 6 * replacement metal pen heads(1*metal tip, 1*elbow pen tip, 1*correction pen tip, 1*3/6/9-drills bit ), 1*exquisite diamond painting pens, a storage box. Different tip models can drill different numbers of diamonds, convenient and efficient, which can easily meet your diy needs.
- 【Easy to Use and Assemble】: It is easy to install and replace the pen tip on the diamond drawing pen just by screwing the tip into the head of the diamond painting pen.
- 【Wide Application】: Our 5D diamond painting accessories can be applied to various styles of diamond painting pen, and can handle diamonds of different shapes and materials, such as round diamonds, square diamonds, crystal diamonds, resin diamonds, etc., suitable for diamond art painting, jewelry making, nail art and embroidery, etc., they are suitable for beginners and skillful players.

💬 Report an issue with this product or seller

No featured offers available
Learn more ⌄

📍 Deliver to Chicago 60604

See All Buying Options

Add to List

### Frequently purchased items with fast delivery



| Diamond Art Painting Drill Bead Pen Accessories Tool Kit for Adult, 5D Diamond Painting Drill… | Heyseri Diamond Art Pens, Diamond Painting Pen Accessories Tools Set, Stainless Steel Metal Pen Tips, Ergonomic Art Dril… | RaySoar (2 Packs) Handmade 5D Diamond Painting Art Drill Pen Tool Accessory with 14 Multi Placer Tips Purple… | ZYNERY 9 PCS Diamond Painting Pens, Resin Diamond Art Pens with Clay Tips Tray Anti-Slip Mat, 5D Diamond… | ZYNERY 12 PCS Diamond Art Pen Clay Accessories - 5D Diamond Painting Wax Glue, Replacement Wax Tip for DIY Craft… | 16pcs Rose Metal Tips Diamond Painting Pen Kits, 6pcs Stainless Steel Tips, 6 Glue Clays, 2 Finger Sleeves , 5D… |
|---|---|---|---|---|---|
| ★★★★½ 1,316 | ★★★★½ 2,877 | ★★★★½ 130 | ★★★★½ 29 | ★★★★ 499 | ★★★★½ 1,269 |
| Amazon's Choice | | | | | |
| $7.99 | $7.99 | $11.99 ($6.00/count) | $19.99 | $9.99 | $12.99 |
| Get it as soon as **Tuesday, Nov 11** | Get it as soon as **Tuesday, Nov 11** | Get it as soon as **Tuesday, Nov 11** | Get it as soon as **Tuesday, Nov 11** | Get it as soon as **Tuesday, Nov 11** | Get it as soon as **Tuesday, Nov 11** |
| FREE Shipping on orders over $35 shipped by Amazon | FREE Shipping on orders over $35 shipped by Amazon | FREE Shipping on orders over $35 shipped by Amazon | FREE Shipping on orders over $35 shipped by Amazon | FREE Shipping on orders over $35 shipped by Amazon | FREE Shipping on orders over $35 shipped by Amazon |

### What's in the box

- 1 Resin Pen
- 6 Replaceable Metal Tips
- 1 Plasic Storage Box

### Videos

Help others learn more about this product by uploading a video!

Upload your video

### Product information

#### Technical Details          All ⌄

#### Additional Information

Case: 1:26-cv-00358 Document #: 11-1 Filed: 02/05/26 Page 34 of 169 PageID #:1293

| | | | | |
|---|---|---|---|---|
| **Manufacturer** | Aspen Global | | **ASIN** | B0BW9GC46Q |
| **Brand** | Aspen Global | | **Date First Available** | February 20, 2023 |
| **Item Weight** | 1.23 ounces | | | |
| **Product Dimensions** | 5.91 x 0.79 x 0.39 inches | | | |
| **Item model number** | PEN-003 | | | |
| **Color** | White | | | |
| **Closure** | Screw Off Cap | | | |
| **Material Type** | Metal, Plastic, Resin | | | |
| **Number of Items** | 1 | | | |
| **Size** | 1 Count (Pack of 1) | | | |
| **Point Type** | Broad | | | |
| **Ink Color** | White | | | |
| **Manufacturer Part Number** | PEN-003 | | | |

## Warranty & Support

Amazon.com Return Policy: **Amazon.com Voluntary 30-Day Return Guarantee:** You can return many items you have purchased within 30 days following delivery of the item to you. Our Voluntary 30-Day Return Guarantee does not affect your legal right of withdrawal in any way. You can find out more about the exceptions and conditions here.

## Feedback

Would you like to **tell us about a lower price?** ⌄

## Product Description

Brand: Aspen Global
Materials: Resin, Plastic, Metal
Color: White, Silver, Multicolor
Craft: Manual
Package size : 10*18*1.8 cm (1 pen holder +6 metal pen tips +1 storage box)
Length of pen holder: 13cm
Weight of pen holder: 45g

PROMISE:
Your satisfaction is our very top priority. Any problem with our Diamond Storage Folder Set Bag Kit, please contact us and we will definitely offer a satisfactory solution.

## Customer reviews

No customer reviews

| | | |
|---|---|---|
| 5 star | | 0% |
| 4 star | | 0% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | | 0% |

How customer reviews and ratings work ⌄

### Review this product

Share your thoughts with other customers

Write a customer review



Back to top

| Get to Know Us | Make Money with Us | Amazon Payment Products | Let Us Help You |
|---|---|---|---|
| Careers | Sell on Amazon | Amazon Visa | Your Account |
| Amazon Newsletter | Sell apps on Amazon | Amazon Store Card | Your Orders |
| About Amazon | Supply to Amazon | Amazon Secured Card | Shipping Rates & Policies |
| Accessibility | Protect & Build Your Brand | Amazon Business Card | Amazon Prime |
| Sustainability | Become an Affiliate | Shop with Points | Returns & Replacements |
| Press Center | Become a Delivery Driver | Credit Card Marketplace | Manage Your Content and Devices |
| Investor Relations | Start a Package Delivery Business | Reload Your Balance | Recalls and Product Safety Alerts |
| Amazon Devices | Advertise Your Products | Gift Cards | Registry & Gift List |
| Amazon Science | Self-Publish with Us | Amazon Currency Converter | Help |
| | Become an Amazon Hub Partner | | |
| | › See More Ways to Make Money | | |

amazon

🌐 English ⇅     🇺🇸 United States

amazon     All ▾     Amazon Music     Amazon Ads     6pm     AbeBooks     ACX     Sell on Amazon     🇺🇸 EN     Hello, sign in Account & Lists     🛒 0

Deliver to
Chicago 60604

All

Search Amazon

EN

Hello, sign in
Account & Lists

Returns
& Orders

0
Cart

All  Medical Care  Best Sellers  Amazon Basics  Prime  Today's Deals  New Releases  Music  Groceries  Customer Service  Amazon Home  Registry

prime THURSDAY NIGHT FOOTBALL

14 : 44 : 51

# Aspen global

Visit the Aspen global storefront

⭐ | **0% positive** lifetime (1 total ratings)

Aspen Global Luminous Sparkle ...
$19⁹⁹

Add to Cart

🏅 **Protected by A-to-z Guarantee** The Amazon A-to-z Guarantee protects you when you purchase items sold and fulfilled by a third party seller. Read more

## About Seller

Aspen global is committed to providing each customer with the highest standard of customer service.

Have a question for Aspen global?

Ask a question

## Reviews

⭐ 1 out of 5
1 ratings

Lifetime ▾

5 star ▭ 0%
4 star ▭ 0%
3 star ▭ 0%
2 star ▭ 0%
1 star ▬ 100%

⌄ Learn more about how seller reviews work on Amazon

**Share your thoughts with other customers**

Leave seller feedback

**FILTER BY**

All stars

1 total ratings, 1 with feedback for Lifetime ⓘ

⭐ ⌜nunca le mi pedido y dice que yego por favor revisar donde lo dejaron⌝
By Yone lopez on September 2, 2023.

## Return & Refund Policies

To get information about the Return and Refund policies that may apply, please refer to Amazon's Return and Refund policy.

To initiate a return, visit Amazon's Online Return Center to request a return authorization from the seller.

For any issues with your return, if the product was shipped by the seller, you can get help here.

## Amazon's A-to-z Guarantee

The Amazon A-to-z Guarantee protects you when you purchase items sold and fulfilled by a third party seller. Our guarantee covers both the timely delivery and the condition of your items. If either are unsatisfactory, you can report the problem to us and our team will determine if you are eligible for a refund.

See full details

## Detailed Seller Information

**Business Name:** Aspen Global Trading Inc.
**Business Address:**
13200 Brooks Drive
STE D
Baldwin Park
CA
91706
US

Shipping Policies ⌄

Other Policies ⌄

Help ⌄

## Products

See all products currently offered by the seller.

Leave seller feedback

# See personalized recommendations



Sign in

New customer? Start here.

amazon

Deliver to
Chicago 60604

Aspen global ▾

Search Amazon

🔍

🇺🇸 EN ▾

Hello, sign in
Account & Lists ▾

Returns
& Orders

0
Cart

☰ All   Medical Care ▾   Best Sellers   Amazon Basics   Prime ▾   Today's Deals   New Releases   Music   Groceries ▾   Customer Service   Amazon Home   Registry   Pharmacy   Gift Cards ▾   Smart Home   Books

1-16 of 156 results

Sort by: Featured ▾

## Department

Arts, Crafts & Sewing
Pet Supplies
Sports & Outdoors

**Customer Reviews**

★★★★☆ & Up

**Condition**

New

**Availability**

☐ Include Out of Stock

## Results

Check each product page for other buying options. Price and other details may vary based on product size and color.



### Cooling Summer Pet Dress, Cat Small Dog Classic Polka Dot Patterned Dress with a Large Bow (Purple, Small)

Options: 4 sizes

$24⁹⁹ ($24.99/Count)

FREE delivery **Oct 23 - 28**

Add to cart

 ⚫ ⚪ ⚪

### 11.8 * 15.7 inches Self-Adhesive Magnetic Picture Frame for Diamond Painting Display and Protection, Home Wall Office Decor (2)

★★★★½ ▾ 2

$16⁹⁹

FREE delivery **Oct 22 - 24**
Only 1 left in stock - order soon.

Add to cart



### Classic Bow-Tied Plaid Shirt for Small Dog Cat Pet Fashionable Casual Outfit, Birthday Party Daily Wear (Black, Medium)

Options: 5 sizes

$16⁹⁹ ($16.99/Count)

FREE delivery **Oct 23 - 28**

Add to cart

⚪ 🔴

### Aspen Global Sexy Women Diamond Painting Kits - 16" x 12" Beauty with Red Glove Full Drill Diamond Art Painting by Number Kits for Art Craft Home Wall Decor (Fair Lady)

★★★☆☆ ▾ 1

$16⁹⁹

FREE delivery **Oct 22 - 24**
Only 5 left in stock - order soon.

Add to cart

### Pet Party Dress Elegant Hollow-Out Lace and Layered Hemline Dress Decorate with Bow Knot for Small Dog Cat Puppy Kitten Birthday Wedding Holiday (Black, Medium)

★★★★★ ▾ 1

$39⁹⁹ ($39.99/Count)

FREE delivery **Oct 23 - 28**

Add to cart



### Dog Cat Hollow Out Lace Collar Ruffle Puppy Kitten Bandanas with Bell, Two-Layers Pink Necklace with Green Bow for Pet Birthday Party Holiday Daily Wear(S)

Options: 3 sizes

$12⁹⁹ ($12.99/Count)

FREE delivery **Oct 22 - 24**
Only 3 left in stock - order soon.

Add to cart



### 11.8 * 15.7 inches Self-Adhesive Magnetic Picture Frame for Diamond Painting Display and Protection, Home Wall Office Decor (4)

$29⁹⁹ ($7.50/Count)

FREE delivery **Oct 22 - 24**
Only 1 left in stock - order soon.

Add to cart



### Small Girl Dog 4th of July Independence Day Dress with Hat, Dog Cat American Flag Patriotic Striped Dress, Pet Holiday Halloween Costume Set (X-Large)

Options: 3 sizes

$21⁹⁹ ($21.99/Count)

FREE delivery **Oct 23 - 28**
**Arrives before Halloween**

Add to cart



### Aspen Global Diamond Painting Coasters, 6Pcs Flower Shape Big Size 5D Diamond Art Kits DIY Coasters with Cup Holder for Adults Kids Beginners

$19⁹⁹



✓prime
FREE delivery **Tue, Oct 22** on $35 of items shipped by Amazon
Or fastest delivery **Sun, Oct 20**
Only 5 left in stock - order soon.

Add to cart

---



**Dress Shirt Pet Costume for Small Dog, Gentleman Pet Puppy Base Shirt/Dress/Clothes, Holiday Wedding Birthday Party Black/White Business Dress Up (White, X-Large)**

$32⁹⁹ ($32.99/Count)

FREE delivery **Oct 25 - Nov 1**

Add to cart

---



**Dog Cat Flora Lace Collar Ruffle, Double Layer Puppy Kitten Scarf Necklace with Glossy Satin Ribbon Bow for Pet Birthday Party Holiday Daily Wear Costume Accessories...**

Options: 2 sizes

★★★★☆ ∨ 3

$12⁹⁹

FREE delivery **Oct 22 - 24**
**Arrives before Halloween**
Only 3 left in stock - order soon.

Add to cart

---



**Aspen Global Fairy Beauty Diamond Painting - 5D Full Drill Diamond Art Painting by Number Kits for Adult Crystal Rhinestone Cross Stitch DIY Home Wall Decor (Fairy with...**

★★★★★ ∨ 1

$16⁹⁹

FREE delivery **Oct 22 - 24**
Only 8 left in stock - order soon.

Add to cart

---



**Pet Satin Wedding Dress Decorate with White Pearls Luxurious Dog Cat Bride Dress for Puppy Kitten Birthday Holiday Party Photos (X-Large)**

$39⁹⁹

FREE delivery **Oct 23 - 28**

Add to cart

---



**Diamond Painting Coasters for Drinks, DIY Coaster Diamond Art Kits with Holder for Adults Kids Beginners Diamond Art Craft (Mandala)**

$16⁹⁹

FREE delivery **Oct 22 - 24**
Only 4 left in stock - order soon.

Add to cart

---



**Color Number Stickers, Multicolor DMC Diamond Painting Labels, DMC 447 Labels for Multicolor Apply to Diamond Painting Storage Boxes Containers (Square)**

$7⁹⁹

FREE delivery **Oct 22 - 24**
Only 10 left in stock - order soon.

Add to cart

Also available in Round



---

**Aspen Global Beginner Level- 8x8inch 5D Smiling Sunflower Pattern Diamond Painting, Round Drill Gem Mosaic Painting Kit for Kids Adults Spare Time DIY (2-Piece Set)**

$34⁹⁹

FREE delivery **Oct 22 - 24**
Only 3 left in stock - order soon.

Add to cart

---

‹ Previous | **1** | 2 | 3 | ⋯ | 10 | Next ›

## Need help?

Visit the help section or contact us

---

## See personalized recommendations

Sign in

11/12/25, 1:38 PM    Amazon.com: BENOSPACE 8PCs Stainless Steel Tips for Diamond Painting Pen, Diamond Art Drill Pen,Single Placers for Thicke…

Case: 1:26-cv-00358 Document #: 11-1 Filed: 02/05/26 Page 38 of 169 PageID #:1297



BENOSPACE 8PCs Stainless Steel Tips for Diamond Painting Pen, Diamond Art Drill Pen,Single Placers for Thicker Diamond Painting Accessories, Forever Replacement 5D DIY Embroidery Kit

Brand: BENOSPACE

3.5 ★★★⯪☆ ✓ (7)  |  Search this page

$8 99

✓prime Two-Day
Shopping for work? Save 35% up to $100 on your Amazon Business orders. Sign up for a free business account.

- 【Easy to Interchange】 - Each of our products has an elastic rubber roll on the head, which is not only easy to install but also not easy to fall off. Each product has been polished, so it looks shiny and can make your diamond pen more beautiful.

- 【Practical and Efficient】 - This stainless steel point drill pen is not only suitable for round diamonds, but also for square diamonds. And it is lighter than other products. Therefore, you will not feel tired due to the weight of the product during use.

- 【High-quality Material】 - Made of hard stainless steel, it is stronger, more durable, and more lustrous than other cheap aluminum. It will not bend or be damaged, so you don't need to replace it as often as a plastic tip.

- 【Stronger】 - In the process of tapping the diamond, it is convenient to use force to make the diamond stick more firmly and not easily fall off.

- 【Wide Applications】 - It is not only used for testing diamond paintings, but also for nail art, cross stitch and so on. So it can meet your multiple needs.

▣ Report an issue with this product or seller

**Similar item with fast delivery**

$8 99

✓prime Two-Day

FREE delivery **Friday, November 14**

◎ Deliver to WENDY - Joliet 60435

**Only 3 left in stock - order soon.**

Quantity: 1 ⌄

Add to Cart

Buy Now

Ships from    Amazon
Sold by       BENOSPACE DIRC
Returns       Returnable until Jan 31, 2026
Gift options  Available at checkout

⌄ See more

Add to List ⌄

$12.99
✓prime
Only 19 left in stock - order soon.

$5.99
✓prime
Only 16 left in stock - order soon.

$8.99
✓prime
Only 3 left in stock - order soon.

Case: 1:26-cv-00358 Document #: 11-1 Filed: 02/05/26 Page 39 of 169 PageID #:1298



Picmondoo Diamond Painting Pen Applicator, Pack of 2 Universal Attachment Tips for Electric Dotting Pens, Diamond Painting Tools & Rhinestone Applicators
★★★★☆ (10)
$9.90 ✓prime

**Subtotal**
**$43.96**

Go to Cart

$12.99
✓prime
Only 19 left in stock - order soon.

[ 1 ]

$5.99
✓prime
Only 16 left in stock - order soon.

[ 1 ]

$8.99
✓prime
Only 3 left in stock - order soon.

[ 1 ]

## Bundle these items

 +  +

Total price: **$37.97**

**Add all 3 to Cart**

ⓘ Some of these items ship sooner than the others.
Show details

**This item:** BENOSPACE 8PCs Stainless Steel Tips for Diamond Painting Pen,...
3.5 ★★★☆ 7
$8⁹⁹

Sponsored ⓘ
FOVIUPET 21pcs Diamond Painting Art Drill Pen Set, Resin Luminous 5D Point Drill Pen...
4.6 ★★★★★ 313
$13⁹⁹
✓prime

Sponsored ⓘ
Praise V Do Thin Version Stainless Steel Diamond Painting Art Drilling Pen Kit...
4.3 ★★★★☆ 7
$14⁹⁹
✓prime

## Based on your recent views Sponsored ⓘ


Snewvie Diamond Painting Pens Accessories Tools Set,1PCS Mini Luminous
★★★★☆ 37
-11% $7⁹⁹
Typical: $8.99
✓prime


OIIKI 8 Pcs Stainless Steel Tips for Diamond Painting, Drill Pen Single Placers, Di...
★★★★☆ 44
$13⁴⁹
✓prime


LEIYULY 4PCS Diamond Art Pen Nibs, 1,3,6,9 Beads Stainless Steel Diamond Painting A...
★★★★☆ 14
$11⁹⁹
✓prime


Diamond Art Roller, Upgraded 3D Printed Diamond Painting Roller Tool Handmade DIY D...
★★★★★ 1
$8⁹⁹


Avimegii 19PCS Diamond Art Pens Luminous 5D Diamond Painting Pen, 40%
★★★★☆ 393
-5% $15¹⁹
Typical: $15.99
✓prime

## Customers who viewed this item also viewed

⋮


6PCs Single Placers for Diamond Painting Accessories, CATEARED Stainless Steel Tips for Diamond Painting Pen...
★★★★☆ 489
$11⁷⁹
✓prime FREE One-Day Get it Tomorrow, Nov 13

Moxweyeni 11 Pieces Diamond Brush Metal Nibs Kit DIY Diamond Painting Metal Pen Tips 11 Styles Multi Placer...
★★★★☆ 230
$9⁹⁹
✓prime Overnight by 8:00 AM

83 Pcs Diamond Painting Art Drill Dot Pen Tips Multi Placers Heads Nibs for Diamond Painting N...
★★★★☆ 49
Amazon's Choice
$8⁹⁹
✓prime Overnight by 8:00 AM

BENOSPACE 3PCs Stainless Steel Tips for Diamond Painting Pen, Single Placers for Thicker Diamond Painting...
★★★★☆ 70
$5⁹⁹
✓prime FREE Delivery **Friday, Nov 14**

BENOSPACE 6PCs Stainless Steel Tips for Diamond Painting Pen, Single Placers for Thicke Diamond Painting...
★★★★☆ 60
$7⁹⁹
✓prime FREE Delivery **Frida Nov 14**

## Videos

Help others learn more about this product by uploading a video!

[ Upload your video ]

## Looking for specific info?

[ Ask Rufus or search reviews and Q&A ]

Can it be used for other crafts?    Is it durable?    Is it easy to hold?    Can it be used by beginners?

## Product Description

Feature:

The diamond tip of the diamond paintbrush is made of stainless steel, making it extra strong. The diamond dotted with it is not easy to fall off, and every detail is carefully crafted by the craftsman, so you will find that it is more beautiful and shiny than other products. You will also enjoy the DIY process more.

Specifications:

Material: Stainless steel
Color: as shown in pictures
Suitable for: Square Drills and Round Drills
Quantity: 8 pcs

Package Includes:
8 pcs stainless steel point drill nibs

Notes:
Due to manual measurement, there may be a slight difference in size.
Because the items are small, please keep children away to prevent accidental ingestion.

## Product information

| Product Dimensions | 0.87 x 0.31 x 0.31 inches |
|---|---|
| Item model number | Z162 |
| ASIN | B0CX1HYJS7 |
| Customer Reviews | 3.5 ★★★☆ ✓ (7)  3.5 out of 5 stars |
| Best Sellers Rank | #287,292 in Arts, Crafts & Sewing (See Top 100 in Arts, Crafts & Sewing) #1,041 in Diamond Painting Tools & Accessories |
| Item Weight | 0.16 ounces |
| Manufacturer | BENOSPACE |
| Date First Available | March 4, 2024 |

### Warranty & Support

Product Warranty: For warranty information about this product, please click here

### Feedback

Would you like to tell us about a lower price? ✓

## Related products with free delivery  Sponsored ⓘ



Subtotal
$43.96

[ Go to Cart ]

$12.99
✓prime
Only 19 left in stock - order soon.

1

$5.99
✓prime
Only 16 left in stock - order soon.

1

$8.99
✓prime
Only 3 left in stock - order soon.

1

Case: 1:26-cv-00358 Document #: 11-1 Filed: 02/05/26 Page 41 of 169 PageID #:1300









**Subtotal**
**$43.96**

Go to Cart

**Thin Version Stainless Steel Diamond Painting Art Drilling Tips Nibs Placers Tool A...**
★★★★½ 71
Amazon's Choice
−5% $37⁹⁹
List: $39.99
✓prime

**Snewvie Diamond Painting Pens Accessories Tools Set,1PCS Mini Luminous**
★★★★½ 37
−11% $7⁹⁹
Typical: $8.99
✓prime

**Diamond Painting Art Sticky Drill Dot Pen Stylus Kits Set Accessories Tool with**
★★★★½ 619
−10% $8⁹⁹
Typical: $9.99
✓prime

**17pcs Silver Metal Tips Diamond Painting Pen Kits, 6pcs Stainless Steel Tips,1 Pen ...**
★★★★½ 1,270
$13⁹⁹
✓prime

**BENOSPACE 3PCs Stainless Steel Tips for Diamond Painting Pen, Single Placers for Th...**
★★★★½ 70
$5⁹⁹
✓prime

$12.99
✓prime
Only 19 left in stock - order soon.

1



$5.99
✓prime
Only 16 left in stock - order soon.

1



## Similar brands on Amazon

Sponsored ⓘ



Diamond Painting Sealer, Topwey Diamond Painting Adhesive with...
4.7 ★★★★½ 4,950
**29% off** Limited time deal
$6.38 List: $8.98



Faburo 2pcs Diamond Painting Sealer Protectant Brightener(120ml*2),...
4.7 ★★★★½ 1,480
$9.99



$8.99
✓prime
Only 3 left in stock - order soon.

1

## Customer reviews
★★★½☆ 3.5 out of 5

7 global ratings

| | | |
|---|---|---|
| 5 star | | 49% |
| 4 star | | 17% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | | 34% |

How customer reviews and ratings work ⌄

**No customer reviews**

There are 0 customer reviews and 7 customer ratings.

Case: 1:26-cv-00358 Document #: 11-1 Filed: 02/05/26 Page 42 of 169 PageID #:1301



Case: 1:26-cv-00358 Document #: 11-1 Filed: 02/05/26 Page 43 of 169 PageID #:1302



Case: 1:26-cv-00358 Document #: 11-1 Filed: 02/05/26 Page 44 of 169 PageID #:1303

## Shipping Policies ⌄

## Other Policies ⌄

## Help ⌄

---

## Products

[See all products](#) currently offered by the seller.

---

[Leave seller feedback](#)

---



Subtotal
**$15.19**

Go to Cart

$15.19

✓prime

1

---

Back to top

### Get to Know Us

Careers

Amazon Newsletter

About Amazon

Accessibility

Sustainability

Press Center

Investor Relations

Amazon Devices

Amazon Science

### Make Money with Us

Sell on Amazon

Sell apps on Amazon

Supply to Amazon

Protect & Build Your Brand

Become an Affiliate

Become a Delivery Driver

Start a Package Delivery Business

Advertise Your Products

Self-Publish with Us

Become an Amazon Hub Partner

› See More Ways to Make Money

### Amazon Payment Products

Amazon Visa

Amazon Store Card

Amazon Secured Card

Amazon Business Card

Shop with Points

Credit Card Marketplace

Reload Your Balance

Gift Cards

Amazon Currency Converter

### Let Us Help You

Your Account

Your Orders

Shipping Rates & Policies

Amazon Prime

Returns & Replacements

Manage Your Content and Devices

Recalls and Product Safety Alerts

Registry & Gift List

Help

---

amazon    🌐 English ▾    🇺🇸 United States

---

**Amazon Music**
Stream millions
of songs

**Amazon Ads**
Reach customers
wherever they
spend their time

**6pm**
Score deals
on fashion brands

**AbeBooks**
Books, art
& collectibles

**ACX**
Audiobook
Publishing
Made Easy

**Sell on Amazon**
Start a Selling
Account

**Veeqo**
Shipping Software
Inventory
Management

**Amazon Business**
Everything For
Your Business

**Amazon Fresh**
Groceries & More
Right To Your Door

**AmazonGlobal**
Ship Orders
Internationally

**Home Services**
Experienced Pros
Happiness
Guarantee

**Amazon Web Services**
Scalable Cloud
Computing
Services

**Audible**
Listen to Books &
Original
Audio
Performances

**Box Office Mojo**
Find Movie
Box Office Data

**Goodreads**
Book reviews
&
recommendations

**IMDb**
Movies, TV
& Celebrities

**IMDbPro**
Get Info
Entertainment
Professionals Need

**Kindle Direct Publishing**
Indie Digital &
Print Publishing
Made Easy

**Amazon Photos**
Unlimited Photo
Storage
Free With Prime

**Prime Video Direct**
Video Distribution
Made Easy

**Shopbop**
Designer
Fashion Brands

**Amazon Resale**
Great Deals on
Quality Used
Products

**Whole Foods Market**
America's
Healthiest
Grocery Store

**Woot!**
Deals and
Shenanigans

**Zappos**
Shoes &
Clothing

**Ring**
Smart Home
Security Systems

**eero WiFi**
Stream 4K Video
in Every Room

**Blink**
Smart Security
for Every Home

**Neighbors App**
Real-Time Crime
& Safety Alerts

**Amazon Subscription Boxes**
Top subscription
boxes – right to
your door

**PillPack**
Pharmacy
Simplified

**Amazon Renewed**
Like-new products
you can trust

**Amazon Luna**
Video games from
the cloud,
no console
required



**Delivering to** ▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮ IL, 60435, United States                    Change

**Required Pickup Information**                          Change

Legal Name: ▮▮▮▮

**Paying with** ▮▮▮▮▮▮▮                                 Change

Use a gift card, voucher, or promo code

ⓘ **You must provide your pickup code to collect your package(s)**

Recipient for Pick-Up ▮▮▮ | Change

**Get a $125 Amazon Gift Card** upon approval for the Amazon Business Prime Card. Terms apply.        Learn more

**Arriving Nov 18, 2025**

If you order in the next 12 hours and 5 minutes

◉ **Pickup** Tuesday, Nov 18        FREE

BENOSPACE 8PCs Stainless Steel Tips for Diamond Painting Pen, Diamond Art Drill Pen,Single Placers for Thicker Diamond Painting Accessories, Forever Replacement 5D DIY Embroidery Kit

$8.99

Ships from Amazon.com

Sold by BENOSPACE DIRC

🗑 1 +

Add gift options

**Place your order**

**Order total: $9.78**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

---

**Place your order**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

Items:                          $8.99
Shipping & handling:            $0.00
Estimated tax to be collected:  $0.79

**Order total:**                **$9.78**

---

Why has sales tax been applied? See tax and seller information.

Do you need help? Explore our Help pages or contact us

Case: 1:26-cv-00358 Document #: 11-1 Filed: 02/05/26 Page 46 of 169 PageID #:1305

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Colorado Purchasers: Important information regarding sales tax you may owe in your State

Most new, unused items sold by Amazon, or millions of third-party sellers are eligible for Free Returns, within 30 days of delivery. For the 2025 holiday season, most items purchased between November 1 and December 31, 2025 can be returned through January 31, 2026. Apple-branded products purchased between November 1 and December 31, 2025 can be returned through January 15, 2026. For exceptions see Amazon.com's Returns Policy

Back to cart







**✅ Order placed, thanks!**

Confirmation will be sent to your email.

**Pickup location:** ██████████████████████████ IL, 60435,
United States

**Tuesday, Nov. 18**
Estimated delivery

**Purchasing for work?** You could have saved
$83.58 in the past year with a FREE Amazon
Business Account

Create a free Amazon Business account ›

Review or edit your recent orders ›



Score big on monthly discounts with Amazon Pay. Get deals

## Top picks for you

⋮



**Glue Dots, Micro Dots, Double-Sided, Permanent, 1/8", 325 Dots, Diamond Painting Pen Glue, DIY Craft Glu...**
★★★★⯪ 6,024
$4⁹⁹ ($0.02/count)
✓prime FREE Delivery
**Sunday, Nov 16**

**Pen Set with 6pcs Metal Tips Blue DIY Multi Point 5D Tool Art Accessories for DIY Embroidery**
★★★★★ 1
$11⁶⁴
Get it **Nov 25 – Dec 5**
FREE Shipping
Only 1 left in stock - order...

**ARTDOT 60 Slots Stora Container for Diamond Art Kits for Adults,Portable Bead..**
★★★★★ 36,247
#1 Best Seller
$16⁹⁹
✓prime Today by 10:00 PI

## Recommendations Based on Your Order

⋮

Case 1:26-cv-00358 Document 1-1 Filed 02/05/26 Page 48 of 169 PageID #:1307

Amazon    Deliver to Chicago 60604    Arts, Crafts & Sewing ⌄    Search Amazon    🔍    EN ⌄    Hello, sign in Account & Lists ⌄    Returns & Orders    0 Cart

All | Medical Care ⌄ | Best Sellers | Amazon Basics | Prime ⌄ | Today's Deals | New Releases | Music | Groceries ⌄ | Customer Service | Amazon Home | Registry | Pharmacy | Gift Cards ⌄ | Smart Home | Books | Fashion | Toys & Games    THURSDAY NIGHT FOOTBALL    44 : 03 : 20

Arts, Crafts & Sewing | Best Sellers | Projects & Inspiration | Fabric | Art Supplies ⌄ | Sewing ⌄ | Scrapbooking ⌄ | Craft Supplies ⌄ | Knitting & Crochet ⌄ | Jewelry-Making ⌄ | Storage & Organization ⌄

Discover gift ideas for employees and clients ▶    amazon business

Arts, Crafts & Sewing › Crafting › Mosaic Making › Diamond Painting Kits & Accessories › Tools & Accessories

## BENOSPACE 3PCs Stainless Steel Tips for Diamond Painting Pen, Single Placers for Thicker Diamond Painting Accessories, Diamond Art Drill Pen, Forever Replacement 5D DIY Embroidery Kit

Brand: BENOSPACE

4.3 ★★★★☆    55 ratings   |   Search this page

-14% $5.99

List Price: $6.99 ⓘ

Get **Fast, Free Shipping** with Amazon Prime

FREE Returns ⌄

| Brand | BENOSPACE |
| --- | --- |
| Age Range (Description) | Kid |
| Color | Silver |
| Item dimensions L x W x H | 0.1 x 0.1 x 0.1 inches |
| Material | Stainless Steel |

### About this item

- 【Easy to Interchange】- Each of our products has an elastic rubber roll on the head, which is not only easy to install but also not easy to fall off. Each product has been polished, so it looks shiny and can make your diamond pen more beautiful.
- 【Practical and Efficient】- This stainless steel point drill pen is not only suitable for round diamonds, but also for square diamonds. And it is lighter than other products. Therefore, you will not feel tired due to the weight of the product during use.
- 【High-quality Material】- Made of hard stainless steel, it is stronger, more durable, and more lustrous than other cheap aluminum. It will not bend or be damaged, so you don't need to replace it as often as a plastic tip.
- 【Stronger】- In the process of tapping the diamond, it is convenient to use force to make the diamond stick more firmly and not easily fall off.
- 【Wide Applications】- It is not only used for testing diamond paintings, but also for nail art, cross stitch and so on. So it can meet your multiple needs.

⊟ Report an issue with this product or seller

Sponsored ⓘ

prime

Enjoy fast, free delivery, exclusive deals, and award-winning movies & TV shows with Prime

Try Prime and start saving today with **fast, free delivery**

**Delivery** | Pickup

$5.99

Get Fast, Free Shipping with Amazon Prime

FREE Returns ⌄

**FREE delivery Sunday, October 20** on orders shipped by Amazon over $35

Or Prime members get FREE delivery **Friday, October 18.** Order within 2 hrs 4 mins. Join Prime

⦿ Deliver to Chicago 60604

**In Stock**

Quantity: 1 ⌄

**Add to Cart**

**Buy Now**

| | |
| --- | --- |
| Ships from | Amazon |
| Sold by | BENOSPACE DIRECT |
| Returns | 30-day refund/replacement |
| Payment | Secure transaction |

☐ Add a gift receipt for easy returns

Add to List

Sponsored ⓘ

## Customers also bought

Based on products customers bought together

 ☑ +  ☑ +  ☑

Total price: $33.96

**Add all 3 to Cart**

ⓘ These items are shipped from and sold by different sellers. Show details

**This item:** BENOSPACE 3PCs Stainless Steel Tips for Diamond Painting Pen, Single Placers for...
★★★★☆ 55
-14% $5.99
List: $6.99

Sponsored
11 Pieces Diamond Brush Metal Nibs DIY Diamond Painting Metal Pen Tips 11 Styles of Multi Plac...
★★★★☆ 188
-7% $13.99
Typical: $14.99
✓prime

Sponsored
ZYNERY 30 PCS Diamond Painting Pens Kit, 13 PCS Stainless Steel Tip for Diamond...
★★★★☆ 1,672
$13.98
✓prime

## Products related to this item

Page 1 of 35

Sponsored ⓘ

‹     ... ›

OIIKI 8 Pcs Stainless Steel Tips for Diamond Painting Pen, Drill Pen Single Placers...
★★★★☆ 41
$13.49
✓prime

BENOSPACE 6PCs Stainless Steel Tips for Diamond Painting Pen, Single Placers for Th...
★★★★☆ 53
$6.99
✓prime

PATIKIL Diamond Art Pen with Wax, Diamond Art Accessories Refillable Wax Pen with 2...
$8.99
✓prime

BENOSPACE 8PCs Stainless Steel Tips for Diamond Painting Pen, Diamond Art Drill Pen...
★★★★☆
$7.99
✓prime

PATIKIL 0.87" x 0.3" Diamond Painted Pen Tips, 3 Pack Metal Diamond Art Drill Pen...
★★★★☆
$6.99
✓prime

PATIKIL 0.87" x 0.3" Diamond Painted Pen Tips, 8 Pcs Metal Diamond Art Drill Pen...
★★★★☆ 2
$13.49
✓prime

PATIKIL M5 x 0.8mm Wax Tip Drill Pen, 16 Pack Diamond Paint Accessories Drill Pen W...
★★★★★ 1
$12.49
✓prime

## 4 stars and above

Page 1 of 24

Sponsored ⓘ

‹   ...    ›

BENOSPACE 6PCs Stainless Steel Tips for Diamond Painting Pen, Single Placers for Th...
★★★★☆ 53
$6.99
✓prime

14PCS Diamond Painting Pen Accessories Tools Set, Exquisite Stainless Steel Metal P...
★★★★☆ 305
500+ bought in past month
$9.99
✓prime

foreveryoung Glitter Diamond Painting Labels Diamond Art Labels for Containers Diam...
★★★★☆ 763
100+ bought in past month
$4.99
✓prime

sponake Diamond Painting Roller - Accessories for Full Drill 5D Diamond Paint/Art f...
★★★★☆ 669
100+ bought in past month
$5.89
✓prime

22 Pieces 5D Diamonds Painting Tools and Accessories Kits with Diamond Painting Rol...
★★★★☆ 32,580
1K+ bought in past month
$9.99
✓prime

ARTDOT 16 oz/480 ml Diamond Art Sealer Kits for Adults, Large Capacity Glue as Diam...
★★★★★ 79
800+ bought in past month
$18.99
✓prime

ZYNERY 40 PCS Diamond Painting Pen Kit, 13 PCS Stainless Steel Metal Tips with 3...
★★★★☆ 1,672
$18.98
✓prime

## Product information

| | | | |
| --- | --- | --- | --- |
| Materials & Care ⌄ | | Style ⌄ | |
| Measurements ⌄ | | Item details ⌄ | |
| Features & Specs ⌄ | | | |

**Warranty & Support**

Product Warranty: For warranty information about this product, please click here

**Feedback**

Would you like to **tell us about a lower price?** ⌄

Case 6:26-cv-00358 Document 1 Filed 02/05/26 Page 49 of 169 PageID #:1368

## Product Description

Feature:
The diamond tip of the diamond paintbrush is made of stainless steel, making it extra strong. The diamond dotted with it is not easy to fall off, and every detail is carefully crafted by the craftsman, so you will find that it is more beautiful and shiny than other products. You will also enjoy the DIY process more.

Specifications:

Material: Stainless steel
Color: as shown in pictures
Suitable for: Square Drills and Round Drills
Quantity: 3 pcs

Package Includes:
3 pcs stainless steel point drill nibs

Notes:
Due to manual measurement, there may be a slight difference in size.
Because the items are small, please keep children away to prevent accidental ingestion.

## Customers who viewed this item also viewed

Page 1 of 7

     

| Square Diamond Art Painting Pen, Ergonomic Diamond Art Pen, Metal Diamond Art Drill Pens with Square and Round... | BENOSPACE 6PCs Stainless Steel Tips for Diamond Painting Pen, Single Placers for Thicker Diamond Painting... | Heyseri 14PCS Diamond Painting Pen Accessories Tools Set Ergonomic Diamond Art Pen Exquisite Stainless Stee... | Tighall Metal Tip for Diamond Painting Pen Metal Pen Tips Set Diamond Art Pens 5D Diamond Painting Tool... | 6PCs Single Placers for Diamond Painting Accessories, CATEARED Stainless Steel Tips for Diamond Painting Pen... | 11 Pieces Diamond Brush Metal Nibs DIY Diamond Painting Metal Pen Tips 11 Styles of Multi Placer Tips 5D Diamond... | ZYNERY 30 PCS Diamond Painting Pens Kit, 13 PCS Stainless Steel Tip for Diamond Painting Accessories with 12 Cla... |
| 709 | 53 | 2,482 | 10 | 473 | 188 | 1,672 |
| $12⁹⁹ | -30% $6⁹⁹ List: $9.99 | -7% $12⁹⁹ List: $13.99 | $8⁷⁸ | $11⁷⁹ | -7% $13⁹⁹ Typical: $14.99 | $13.98 |

Get it as soon as **Sunday, Oct 20**
FREE Shipping on orders over $35 shipped by Amazon

## What's in the box

- Diamond

## Products related to this item

Sponsored

Page 1 of 20

      

| OIIKI 8 Pcs Stainless Steel Tips for Diamond Painting Pen, Drill Pen Single Placers... | BENOSPACE 6PCs Stainless Steel Tips for Diamond Painting Pen, Single Placers for Th... | PATIKIL Diamond Art Pen with Wax, Diamond Art Accessories Refillable Wax Pen with 2... | FEBSNOW 8 Packs 5D Diamond Art Painting Embroidery Art Pen Tool for DIY Crafts Making | PATIKIL M5 x 0.8mm Wax Tip Drill Pen, 5 Pack Diamond Paint Accessories Drill Pen... | YULOFMVE Diamond Painting Pen, Comfortable Grip Resin Diamond Art Pens Kit... | ZYNERY 40 PCS Diamond Painting Pens Kit, 13 PCS Stainless Steel Tips for Diamond... |
| 41 | 53 | | 1,922 | 2 | 53 | 1,672 |
| $13⁴⁹ | $6⁹⁹ | $8⁹⁹ | $5⁹⁹ ($0.75/Item) | $6⁴⁹ | $9⁹⁹ | $18⁹⁸ |
| prime | prime | prime | prime | prime | prime | prime |

## Videos

Help others learn more about this product by uploading a video!

[ Upload your video ]

## Similar brands on Amazon

Sponsored

Page 1 of 2

  

| Ergonomic Diamond Art Pen Kit with 3 Metal Tips, Diamond Art Accessories wit... 90 $11.99 | SENHAI 17 Pcs Diamond Art Paintings Pen Kits, Spiral Diamond Art Pens Stainless... 414 $12.99 | Jutom 2 Pcs Diamond Painting Pen with 40 Pcs Diamond Painting Wax Diamond... 249 $17.99 Typical: $18.99 |

## Looking for specific info?

[ Search in reviews, Q&A... ]

## Customer reviews

★★★★½ 4.3 out of 5

55 global ratings

| 5 star | 69% |
| 4 star | 9% |
| 3 star | 9% |
| 2 star | 4% |
| 1 star | 9% |

How customer reviews and ratings work

### Review this product

Share your thoughts with other customers

[ Write a customer review ]



OIIKI 8 Pcs Stainless Steel Tips for Diamo...
41
$13.49    [ Shop now ]

Sponsored

Top reviews ▾

**Top reviews from the United States**

**Tracy Moore**
★★★★★ **Is what it is!**
Reviewed in the United States on May 16, 2024
**Verified Purchase**
I've done Diamond art for 6 ears. Lobe doing the pictures. A friend gave me a print that was 20" x 24". The tip that I was using with my stylist was OK and then I saw these stainless steel tips. They ended up being something I wish I had gotten sooner. Thanks. Great product!!!

One person found this helpful

[ Helpful ] | Report

**Debra j allender**
★★★★★ **Stainless steel diamond painting pen tips**
Reviewed in the United States on August 29, 2023
**Verified Purchase**
What makes your diamond painting a true joy? Having a solid stainless steel tip in your diamond painting pen. These tips are invaluable. They are worth every penny. I've put them in every diamond painting pen I own. They never flare out, bend or break. I feel they work well with regular drills, AB's and rhinestones. Sometimes you may need a different adhesive but the tips are highly adaptable. Again they are extremely strong. I've never had to replace one and I'm certain a few are at least a year old. If you are questioning an investment in your diamond painting tools don't question purchasing these tips. You will love them.

2 people found this helpful

[ Helpful ] | Report

**Kindle Customer**
★★★★★ **Nice Tips**
Reviewed in the United States on June 29, 2022
**Verified Purchase**
The tips work a lot better than the tips that come with the plastic pens.

One person found this helpful

Case 1:26-cv-00358 Document 1-1 Filed 02/05/26 Page 50 of 169 PageID #:1369

Helpful  |  Report

---

**Kindle Customer**

★★★★☆ **works great**

Reviewed in the United States on March 30, 2024

**Verified Purchase**

they work great and last allot longer than the ones that you receive with the projects

Helpful  |  Report

---

**toni diaz**

★★★☆☆ **doesnt fit**

Reviewed in the United States on March 4, 2024

**Verified Purchase**

i was so excited to get these and so disappointed when they dont fit any of the pens i have, i have pens from kits, hand turned pens and another pen that has changeable tips. could some one please tell me where to get the pen they fit?

One person found this helpful

Helpful  |  Report

---

**Vicki P.**

★☆☆☆☆ **Disappointed**

Reviewed in the United States on June 22, 2022

**Verified Purchase**

I was so excited to get my steel placers for my diamond paintings. Sadly, I am extremely disappointed in these. They don't stay solidly in the pen and shift constantly. It's almost impossible to place drills accurately. Even trying to get wax or putty loaded into it is hard because they move around too much to dip in cleanly. I've tried using washi tape to help stabilize them and make a better fit but that didn't even work. Don't waste time and money on these.

One person found this helpful

Helpful  |  Report

---

**Asia's Momma**

★★★★★ **They're gorgeous I just can't find a pen that fits them**

Reviewed in the United States on March 30, 2023

**Verified Purchase**

I can't find pens that fit well, other than the hand turned pens

Helpful  |  Report

---

**ANGELA H.**

★★★★★ **Makes my diamond painting life smoother and easier**

Reviewed in the United States on May 6, 2022

**Verified Purchase**

I love these tips. It is so much easier to pick up and place the drills in a more precise way. I would definitely recommend!

Helpful  |  Report

See more reviews ›

---

## Top reviews from other countries

**Joanna**

★★★★★ **Great Quality**

Reviewed in Canada on April 25, 2024

**Verified Purchase**

Super sturdy and great for diamond painting!

Report

---

**Norma**

★★★★★ **Diamond Painting Single Placers**

Reviewed in Canada on March 26, 2024

**Verified Purchase**

Great little single players. A real improvement over the single players that come with Diamond Painting kits. Would purchase again.

Report

See more reviews ›

Sponsored ⓘ

---

**Your recently viewed items and featured recommendations**

After viewing product detail pages, look here to find an easy way to navigate back to pages you are interested in.

› View or edit your browsing history

---



Back to top

**Get to Know Us**
Careers
Amazon Newsletter
About Amazon
Accessibility
Sustainability
Press Center
Investor Relations
Amazon Devices
Amazon Science

**Make Money with Us**
Sell on Amazon
Sell apps on Amazon
Supply to Amazon
Protect & Build Your Brand
Become an Affiliate
Become a Delivery Driver
Start a Package Delivery Business
Advertise Your Products
Self-Publish with Us
Become an Amazon Hub Partner
› See More Ways to Make Money

**Amazon Payment Products**
Amazon Visa
Amazon Store Card
Amazon Secured Card
Amazon Business Card
Shop with Points
Credit Card Marketplace
Reload Your Balance
Gift Cards
Amazon Currency Converter

**Let Us Help You**
Your Account
Your Orders
Shipping Rates & Policies
Amazon Prime
Returns & Replacements
Manage Your Content and Devices
Recalls and Product Safety Alerts
Registry & Gift List
Help

amazon

🌐 English    🇺🇸 United States

**Amazon Music**
Stream millions of songs

**Amazon Ads**
Reach customers wherever they spend their time

**6pm**
Score deals on fashion brands

**AbeBooks**
Books, art & collectibles

**ACX**
Audiobook Publishing Made Easy

**Sell on Amazon**
Start a Selling Account

**Veeqo**
Shipping Software Inventory Management

**Amazon Business**
Everything For Your Business

**Amazon Fresh**
Groceries & More Right To Your Door

**AmazonGlobal**
Ship Orders Internationally

**Home Services**
Experienced Pros Happiness Guarantee

**Amazon Web Services**
Scalable Cloud Computing Services

**Audible**
Listen to Books & Original Audio Performances

**Box Office Mojo**
Find Movie Box Office Data

**Goodreads**
Book reviews & recommendations

**IMDb**
Movies, TV & Celebrities

**IMDbPro**
Get Info Entertainment Professionals Need

**Kindle Direct Publishing**
Indie Digital & Print Publishing Made Easy

**Amazon Photos**
Unlimited Photo Storage Free With Prime

**Prime Video Direct**
Video Distribution Made Easy

**Shopbop**
Designer Fashion Brands

amazon

Deliver to
Chicago 60604

All ▾    Search Amazon                                    🔍

🇺🇸 EN ▾    Hello, sign in
Account & Lists ▾    Returns
& Orders    🛒 0 Cart

≡ All    Medical Care ▾    Best Sellers    Amazon Basics    Prime ▾    Today's Deals    New Releases    Music    Groceries ▾    Customer Service    Amazon Home    Registry    prime THURSDAY NIGHT FOOTBALL    44 : 02 : 38

# BENOSPACE DIRECT

Visit the BENOSPACE DIRECT storefront

⭐⭐⭐⭐⭐  |  **100% positive** lifetime (1 total ratings)

BENOSPACE 3PCs Stainless Steel ...
$5⁹⁹

**Add to Cart**

---

## About Seller

BENOSPACE DIRECT is committed to providing each customer with the highest standard of customer service.

### Have a question for BENOSPACE DIRECT?

Ask a question

---

## Reviews

⭐⭐⭐⭐⭐  5 out of 5

1 ratings

Lifetime ▾

| | |
|---|---|
| 5 star | ▓▓▓▓▓▓ 100% |
| 4 star | ▢ 0% |
| 3 star | ▢ 0% |
| 2 star | ▢ 0% |
| 1 star | ▢ 0% |

⌄ Learn more about how seller reviews work on Amazon

**Share your thoughts with other customers**

Leave seller feedback

**FILTER BY**

All stars ▾

1 total ratings, 1 with feedback for Lifetime ⓘ

⭐⭐⭐⭐⭐  "Looks great. Thanks! Shipping was fast. "

By Ian the Geat on October 15, 2024.

---

## Return & Refund Policies

Please refer to the Amazon.com Return Policy .

---

## Detailed Seller Information

**Business Name:** taiyuanmingquanshangmaoyouxiangongsi
**Business Address:**
  福康苑东区15号楼六单元302
  古交市
  太原市
  山西
  030000
  CN

---

Shipping Policies    ⌄

Other Policies    ⌄

Help    ⌄

---

## Products

See all products currently offered by the seller.

Leave seller feedback

---

### See personalized recommendations

Sign in

New customer? Start here.

---

Back to top

| Get to Know Us | Make Money with Us | Amazon Payment Products | Let Us Help You |
|---|---|---|---|
| Careers | Sell on Amazon | Amazon Visa | Your Account |
| Amazon Newsletter | Sell apps on Amazon | Amazon Store Card | Your Orders |
| About Amazon | Supply to Amazon | Amazon Secured Card | Shipping Rates & Policies |
| Accessibility | Protect & Build Your Brand | Amazon Business Card | Amazon Prime |
| Sustainability | Become an Affiliate | Shop with Points | Returns & Replacements |
| | | Credit Card Marketplace | |

Case 1:20-cv-03358 Document 11-1 Filed 02/05/26 Page 52 of 169 PageID #:131



| | |
|---|---|
| ASIN | B0C65K7CJH |
| Customer Reviews | 4.5 ★★★★½ ▾    197 ratings |
| | 4.5 out of 5 stars |
| Best Sellers Rank | #31,712 in Arts, Crafts & Sewing (See Top 100 in Arts, Crafts & Sewing) |
| | #111 in Diamond Painting Tools & Accessories |
| Item Weight | 2.82 ounces |
| Manufacturer | FOVIUPET |
| Date First Available | May 24, 2023 |

Feedback

Would you like to **tell us about a lower price?** ⌄

## From the brand



## Product Description









## Customers who bought this item also bought

     

DIAMOND ART CLUB Rose Sparkle Sticky Reusable Putty Wax Adhesive, Wax for Dia…
★★★☆☆ 26
$13⁹⁹

Sponsored ⓘ
Geyoga 22 Pcs Luminous 5D Diamond Painting Pen Kit DIY Diamond Art Accessories and Tools…
★★★★☆ 29
$23⁹⁹

ARTDOT 10-Piece Interlocking Diamond Art Trays Kits for Adults, Stackable Diamond Pai…
★★★★☆ 208
$8⁴⁹

Sponsored ⓘ
Geyoga 23 Pcs Flower Diamond Painting Pen Resin Diamond Art Pens DIY Diamond Art Wax…
★★★★☆ 39
$24⁹⁵

DSLONG 6PCS Diamond Painting Magnet Cover Holder, Diamond Painting Magnet Cover…
★★★★☆ 1,364
$9⁹⁹

A3 Diamond Painting Storage Book, 60 Views Art Portfolio Presentations Folder w…
★★★★☆ 1,729
$9⁵⁹

Sponsored ⓘ
Avimegii 19PCS Diamond Art Pens Luminous 5D Diamond Painting Pen, 40% Thi…
★★★★☆ 237
$15⁹⁹

## What's in the box
- Diamond

## Products related to this item
Sponsored ⓘ               Page 1 of 20

        

Geyoga 23 Pcs Flower Diamond Painting Pen Resin Diamond Art Pens DIY Diamond Art Wa…
4.4 ★★★★☆ 39
$24⁹⁵
✓prime

DoreenBow 13Pcs Diamond Art Painting Metal Tips Screw Thread Tips Luminous…
4.5 ★★★★☆ 502
$12⁹⁹
✓prime

Avimegii 19PCS Diamond Painting Accessories Tools, 40% Thicker Diamond…
4.4 ★★★★☆ 237
$14⁹⁹
✓prime

Diamond Art Painting Pen Accessories Tools Set,1Pcs Ergonomic Resin Diamond Drill P…
4.7 ★★★★★ 13
$9⁹⁹
Save 5% with coupon

65PCS Diamond Paintings Accessories,5D DIY Diamond Art Accessories And Tools…
4.7 ★★★★★ 38
$9⁹⁹
✓prime

Rose Gold Metal Stainless Steel Tip Resin Diamond Painting Art Sticky Drill Dot Pen…
4.5 ★★★★☆ 429
$9⁹⁹
✓prime

DoreenBow 21Pcs Diamond Art Painting Pen 5D Diamond Art Painting Tools…
4.5 ★★★★☆ 27
$11⁹⁹
✓prime

## Videos

Help others learn more about this product by uploading a video!

[Upload your video]

## Similar brands on Amazon
Sponsored ⓘ

   

sevgili
Shop the Store on Amazon ›

Faburo
Shop the Store on Amazon ›

benote
Shop the Store on Amazon ›

Diamond Painting Wheel Tools with Groove,New Type of Gem Art…
★★★☆☆ (481)
$9.90

sevgili Diamond Painting Sealer Kits 240ML with Brushes, Diamond Art Seale…
★★★★☆ (3,198)
$12.88 List: $20.99

Faburo 2-Pack Diamond Painting Protectant Sealer Brightener(120ml*2),…
★★★★☆ (485)
$9.88

benote Erg… Upgrade Di…
★★★★★
$14.98 Typ…



Save 5% more with **Subscribe & Save**

[Shop now]

Sponsored ⓘ

## Looking for specific info?

🔍 Ask about this product        →

## Customer reviews


★★★★½ 4.5 out of 5 ⓘ
197 global ratings

5 star       75%
4 star       11%
3 star       7%
2 star       4%
1 star       3%

▸ Zero tolerance for fake reviews

### Review this product
Share your thoughts with other customers

[Write a customer review]

### Customers say

Customers like the comfort, performance, glow, and appearance of the art craft kit. For example, they mention it fits perfectly, works amazing, and glows nicely. That said, opinions are mixed on ease of use.
AI-generated from the text of customer reviews

**Select to learn more**
✓ Appearance | ✓ Glow | ✓ Comfort | ✓ Performance | ✓ Ease of use

### Reviews with images

See all photos ›

     



A4 LED Light Pad for Diamond Painting, iV...

21

$19.99

Shop now

Sponsored ⓘ

## Top reviews from the United States

**Sarah kucharski**

★★★★★ **Best ever!**

Reviewed in the United States on May 23, 2024

Color: Purple-Plastic Tips | Verified Purchase

I started diamond paintings, the pens were always small, I got this one, bc I have bad carpool tunnel, it helps! Very easy to use, adapters come in and out, just dnt push down to hard, hard sturdy plastic, very pretty, and works amazing, would recommend

Helpful | Report

**Mom2Girls**

★★★★★ **Great Product**

Reviewed in the United States on May 25, 2024

Color: Blue-Metal Tips | Verified Purchase

I'm very happy with my purchase. I do more diamond painting than I care to admit and this pen is very comfortable to use. I definitely recommend it to anyone wanting to switch pens every so often to help prevent pain in their hands.

Helpful | Report

**hi**

★★★★★ **good**

Reviewed in the United States on June 13, 2024

Color: Pink-Metal Tips | Verified Purchase

i liked how it is bit somtimes when you try to like press it on your paper the metro thingy moves

Helpful | Report

**Maria Page**

★★★★☆ **an upgrade**

Reviewed in the United States on March 20, 2024

Color: Pink-Metal Tips | Verified Purchase

This diamond art pen tool is definitely an upgrade from the skinny plastic one that often comes with kits. I like that is comes with plenty of attachments and lots of wax. I do wish the "sparkles" inside the resin were more evenly spread out, but it is still pretty. Also, be careful not to drop... one fall off my table resulted in a chip in one of the ends resulting in the need to be very careful if you use an attachment on that end. Overall it is worth the purchase to my diamond art kit!

Helpful | Report

**Yesenia kitty cat**

★★★★★ **It's nice but there are nicer ones out there**

Reviewed in the United States on April 29, 2023

Color: Purple-Plastic Tips | Verified Purchase

So it's a pretty purple color and it does glow in the dark what I didn't like was that the white Resin Pat looks dull and scratched I was going to return it but I do like glow in the dart stuff even tho it's impractical cause you can't really diamond paint in the dark. The shape and hold I thicker and very comfy in my hand



One person found this helpful

Helpful | Report

**Stolen**

★★★★★ **Gem Painting Pen**

Reviewed in the United States on April 12, 2024

Color: Pink-Plastic Tips | Verified Purchase

Pretty color. Great quality. Great price. Easy to use.

Helpful | Report

**Jewel Murer**

★★★☆☆ **Tip chips away**

Reviewed in the United States on April 30, 2023

Color: Pink-Plastic Tips | Verified Purchase

I love that it does indeed glow in the dark but the tip for single beads chips away there for need to change tips often from other stylus'.

Helpful | Report

**Tamika Nash**

★★★★★ **Amazing diamond pen**

Reviewed in the United States on October 8, 2023

Color: Purple-Metal Tips | Verified Purchase

I purchased this pen as my dogs have chewed 3/4 of the pink ones that come in the kits. I have a ton of the pink ones don't get me wrong. I got this one in the purple metal. It came with different tips and 3 different wide tips to use 3 drills at a time or 6/9. One of the tips is curved at a 45 degree angle which I LOOVVEE. The pen also comes with plastic tops as well and you can choose which ones you want to use. I want to order the other 2 colors that they offer as well. I would 100% suggest this pen to family, friends or anyone looking to buy one!

Helpful | Report

See more reviews ›

## Top reviews from other countries

Translate all reviews to English

**catherine gagnon**

★★★★★ **très confortable**

Reviewed in Canada on May 5, 2024

Color: Purple-Metal Tips | Verified Purchase

quoi que l'embout est un peu petit il est super

Report

Translate review to English

**Kindle Customer**

★★★★☆ **Great product**

Reviewed in Canada on June 2, 2024

Color: Purple-Plastic Tips | Verified Purchase

Great colour glass in the dark easy to use. The only thing I didn't like was that I had sand down the one piece attachment in order to fit in. Ended up breaking the one end just to fit it in

Report

**Angelina Pineda**

★★★☆☆ **It works**

Reviewed in Canada on February 19, 2024

Color: Blue-Plastic Tips | Verified Purchase

Some of the attachments didn't work properly and broke completely, overall tho it's very cute and it is comfortable to work with

Report

**Wands**

★★★★☆ **Diamond art**

Reviewed in Canada on February 20, 2024

Color: Blue-Plastic Tips | Verified Purchase

Very useful

Report

Case 4:20-cv-03056 Document 1-1 Filed 02/05/26 Page 56 of 169 PageID #: 1315



Christine English

★★★☆☆ **Not impressed!**

Reviewed in Canada on February 27, 2024
Color: Pink-Metal Tips | Verified Purchase

It chipped as soon as I put a tip onto in, not impressed at all!



Report

─────────────────────────────

**See more reviews ›**

Sponsored ⓘ

## Best Sellers in Craft Supplies & Materials



| | | | | | |
|---|---|---|---|---|---|
| 15 offers from $8¹¹ | $7⁶⁴ ($0.25/Count) List: $25.29 | $9⁹⁹ ($3.33/Count) | $20⁷⁹ ($0.10/Count) | $13⁷⁹ List: $30.79 | $3⁹⁴ ($0.07/Foot) List: $6.69 |
| Rust-Oleum 334020 Painter's Touch 2X Ultra Cover Spray Paint, 12 oz, Flat Black | Elmer's Disappearing Purple School Glue Sticks, Washable, 7 Grams, 30 Count | Scissors, iBayam 8" All Purpose Scissors Bulk 3-Pack, Ultra Sharp 2.5mm Thick Blade Shears… | Amazon Basics Clear Thermal Laminating Plastic Paper Laminator Sheets - 9 x 11.5-Inch,… | Scotch Thermal Laminating Pouches, For Use With Thermal Laminators, 8.9 x 11.4 Inches, Letter Size Shee… | Duck 1265015 1.88" x 20 yd Winking Tape, Single Roll, White |
| ★★★★½ 71,797 | ★★★★★ 37,871 | ★★★★★ 80,339 | ★★★★★ 82,450 | ★★★★★ 73,170 | ★★★★½ 38,170 |
| #1 Best Seller in Spray Paint | #1 Best Seller in Glue Sticks | #1 Best Seller in Office Cutting Tools | #1 Best Seller in Office Laminating Supplies | | #1 Best Seller in Arts & Crafts Tape |
| | Get it as soon as **Sunday, Jun 30** | Get it as soon as **Sunday, Jun 30** | Get it as soon as **Sunday, Jun 30** | Get it as soon as **Sunday, Jun 30** | Get it as soon as **Sunday, Jun 30** |
| | FREE Shipping on orders over $35 shipped by Amazon | FREE Shipping on orders over $35 shipped by Amazon | FREE Shipping on orders over $35 shipped by Amazon | FREE Shipping on orders over $35 shipped by Amazon | FREE Shipping on orders over $35 shipped by Amazon |

After viewing product detail pages, look here to find an easy way to navigate back to pages you are interested in.

› View or edit your browsing history

Back to top

**Get to Know Us**
Careers
Amazon Newsletter
About Amazon
Accessibility
Sustainability
Press Center
Investor Relations
Amazon Devices
Amazon Science

**Make Money with Us**
Sell on Amazon
Sell apps on Amazon
Supply to Amazon
Protect & Build Your Brand
Become an Affiliate
Become a Delivery Driver
Start a Package Delivery Business
Advertise Your Products
Self-Publish with Us
Become an Amazon Hub Partner
› See More Ways to Make Money

**Amazon Payment Products**
Amazon Visa
Amazon Store Card
Amazon Secured Card
Amazon Business Card
Shop with Points
Credit Card Marketplace
Reload Your Balance
Gift Cards
Amazon Currency Converter

**Let Us Help You**
Your Account
Your Orders
Shipping Rates & Policies
Amazon Prime
Returns & Replacements
Manage Your Content and Devices
Recalls and Product Safety Alerts
Help

⬚ English    🇺🇸 United States

Amazon Music
Stream millions of songs

Amazon Ads
Reach customers wherever they spend their time

6pm
Score deals on fashion brands

AbeBooks
Books, art & collectibles

ACX
Audiobook Publishing Made Easy

Sell on Amazon
Start a Selling Account

Amazon Business
Everything For Your Business

Amazon Fresh
Groceries & More Right To Your Door

AmazonGlobal
Ship Orders Internationally

Home Services
Experienced Pros Happiness Guarantee

Amazon Web Services
Scalable Cloud Computing Services

Audible
Listen to Books & Original Audio Performances

Box Office Mojo
Find Movie Box Office Data

Goodreads
Book reviews & recommendations

IMDb
Movies, TV & Celebrities

IMDbPro
Get Info Entertainment Professionals Need

Kindle Direct Publishing
Indie Digital & Print Publishing Made Easy

Amazon Photos
Unlimited Photo Storage Free With Prime

Prime Video Direct
Video Distribution Made Easy

Shopbop
Designer Fashion Brands

Amazon Warehouse
Great Deals on Quality Used Products

Whole Foods Market
America's Healthiest Grocery Store

Woot!
Deals and Shenanigans

Zappos
Shoes & Clothing

Ring
Smart Home Security Systems

eero WiFi
Stream 4K Video in Every Room

Blink
Smart Security for Every Home

Neighbors App
Real-Time Crime & Safety Alerts

Amazon Subscription Boxes
Top subscription boxes – right to your door

PillPack
Pharmacy Simplified

Amazon Renewed
Like-new products you can trust

Conditions of Use    Privacy Notice    Consumer Health Data Privacy Disclosure    Your Ads Privacy Choices ☑▷

© 1996–2024, Amazon.com, Inc. or its affiliates

amazon

Deliver to
Chicago 60604

All

Search Amazon

EN

Hello, Joe
Account & Lists

Returns
& Orders

0
Cart

All   Same-Day Delivery   Customer Service   Medical Care   Amazon Basics   Keep Shopping For   Registry   Groceries   Pharmacy   Livestreams   Shop By Interest   Household, Health & Baby Care   Handmade

## beyonday

Visit the beyonday storefront

★★★★½ | **85% positive** in the last 12 months (48 ratings)

FOVIUPET 21pcs Diamond Painti...
$13⁹⁹

Add to Cart

### About Seller

beyonday is committed to providing each customer with the highest standard of customer service.

**Have a question for beyonday?**

Ask a question

### Reviews

★★★★½  4.5 out of  5
48 ratings

12 months

5 star  ████████ 79%
4 star  █ 6%
3 star  █ 6%
2 star  █ 2%
1 star  █ 6%

Learn more about how seller reviews work on Amazon

Share your thoughts with other customers

Leave seller feedback

**FILTER BY**

All stars

48 total ratings, 47 with feedback for 12 months ⓘ

★★★★★  " Quality product "

By Stephanie J on May 31, 2024.

★★★★★  " Love it. "

By Johnson on May 16, 2024.

★★★☆☆  " I only received 8 sheets of tabs. I ordered two sets because your number of sheets per package up says 5 sheets per package. I need those tabs as my order was f... "

Read more

By A. D. Grisham on May 11, 2024.

★★★★★  " Great shipping time, packaging was nice and secure. Highly recommend. "

By Melissa on May 5, 2024.

★★★★★  " Nice "bookish" pins which were used at my bookclubs luncheon's name places "

By Shirley S in WA on April 17, 2024.

Previous Next

### Return & Refund Policies

Please refer to the Amazon.com Return Policy .

### Detailed Seller Information

**Business Name:** shang hai hui ying wang luo ke ji you xian gong si
**Business Address:**
灵石路697号5号楼603室
上海市
静安区
上海市
200072
CN

### Shipping Policies

### Other Policies

### Help

### Products

See all products currently offered by the seller.

Leave seller feedback

Back to top

**Get to Know Us**
Careers
Amazon Newsletter
About Amazon
Accessibility
Sustainability
Press Center
Investor Relations
Amazon Devices

**Make Money with Us**
Sell on Amazon
Sell apps on Amazon
Supply to Amazon
Protect & Build Your Brand
Become an Affiliate
Become a Delivery Driver
Start a Package Delivery Business

**Amazon Payment Products**
Amazon Visa
Amazon Store Card
Amazon Secured Card
Amazon Business Card
Shop with Points
Credit Card Marketplace
Reload Your Balance
Gift Cards

**Let Us Help You**
Your Account
Your Orders
Shipping Rates & Policies
Amazon Prime
Returns & Replacements
Manage Your Content and Devices

11/6/25, 2:03 PM                Amazon.com: 30Pcs Diamond Art Pens Accessories Tools Set, Luminous 5D Diamond Art Painting Pen, Exquisite Stainless Steel …

Case: 1:26-cv-00358 Document #: 11-1 Filed: 02/05/26 Page 58 of 169 PageID #:1317

Say thanks with a gift card    Shop now

Arts, Crafts & Sewing › Crafting › Mosaic Making › Diamond Painting Kits & Accessories › Diamond Painting Kits

**30Pcs Diamond Art Pens Accessories Tools Set, Luminous 5D Diamond Art Painting Pen, Exquisite Stainless Steel Metal Tips, Ergonomic Art Drill and 20 Glue Clay +2 Tweezers for DIY Craft (Pink)**

Brand: Ismeally

$7.99

Get **Fast, Free Shipping** with **Amazon Prime**

Color: **Pink**

| | | | |
|---|---|---|---|
| $7.99 | $7.99 | $7.99 | $7.99 |

| | |
|---|---|
| **Brand** | Ismeally |
| **Age Range (Description)** | Adult |
| **Color** | Pink |
| **Theme** | Luminous |
| **Item dimensions L x W x H** | 8 x 1 x 1 inches |

## About this item

- This resin diamond art painting pens is handmade on a lathe and built in moon, star, and heart shaped glowing piece. After a few minutes under strong light, it can glow in the dark when the light is turned off. Glitter pens will add fun to your life.

- The diamond painting accessories pens offer a better experience than the standard slim diamond painting pen in most set, length 4.9" weighs 1.2 oz and has a smooth surface! The weight and length are ergonomically designed to be used for hours without hand fatigue.

- The metal tips are made of high quality stainless steel, smooth and durable, with good rust resistance, not easy to damage and deformation, can be used for a long time. The diamond art painting pen is made of resin with smooth surface and comfortable grip without hand fatigue, making your DIY process easy and comfortable.

- The 5D DIY diamond art painting pen metal tips surface has a very beautiful metallic luster, which is very attractive with any diamond art pen. Drill tips also have nice adhesive force, you can grasp diamonds easily and use them with the Glue wax, it is a nice tool to save your time and energy! Which will bring you a pleasant user experience, and save most time to make diamond paintings or other DIY projects.

- Package include: 1x Luminous 5D resin pen, 6x Metal Replacement Pen Heads（1*metal tip,1* elbow pen tip,1x3/6/9-drills bit, and 1x corrective pen tip）,20x Glue clay, 2x Tweezers, 1x drill tip storage box.

💬 Report an issue with this product or seller

---

**Prime**

Enjoy fast, free delivery, exclusive deals, and award-winning movies & TV shows.

Join Prime

$7.99

Get **Fast, Free Shipping** with **Amazon Prime**

FREE delivery **Tuesday, November 11** on orders shipped by Amazon over $35

Or fastest delivery **Sunday, November 9**. Order within **10 hrs 27 mins**

Deliver to Chicago 60604

**Only 5 left in stock - order soon.**

Quantity: 1

Add to Cart

Buy Now

| | |
|---|---|
| Ships from | Amazon |
| Sold by | Ceekeer |
| Returns | Returnable until Jan 31, 2026 |
| Payment | Secure transaction |

☐ Add a gift receipt for easy returns

Add to List

---

## Buy it with



**This item:** 30Pcs Diamond Art Pens Accessories Tools Set, Luminous 5D Diamond Art…
$7.99

ARTDOT Enduring Stickiness Putty Wax for Diamond Art Kits for Adults, Strong Stickiness Cl…
$6.99

Blulu 6 Pieces Diamond Art Painting Accessories Anti-Slip Tools Sticky Mat Diamond…
$5.99

Total price:  $20.97

Add all 3 to Cart

ℹ Some of these items ship sooner than the others. Show details

## Based on your recent shopping trends



**BENOSPACE 8PCs Stainless Steel Tips for Diamond Painting Pen, Diamond Art Drill Pen,Single Placers for…**

⭐⭐⭐⭐☆ 6

$8.99

Get it as soon as **Tuesday, Nov 11**

FREE Shipping on orders over $35 shipped by Amazon
Only 7 left in stock - order…



**Forever Diamond Painting Pen Tips 9PCs, Cateared Stainless Steel Single Placer for 5D…**

Amazon's Choice

⭐⭐⭐⭐½ 491

$13.99

Get it as soon as **Tuesday, Nov 11**

FREE Shipping on orders over $35 shipped by Amazon



**OIIKI 8 Pcs Stainless Steel Tips for Diamond Painting, Drill Pen Single Placers, Diamond Painting Tool Accessories**

⭐⭐⭐⭐½ 44

$13.49

Get it as soon as **Tuesday, Nov 11**

FREE Shipping on orders over $35 shipped by Amazon
Only 10 left in stock - order…



**LEIYULY 4PCS Diamond Art Pen Nibs, 1,3,6,9 Beads Stainless Steel Diamond Painting Art Pen Tips, Threaded Link…**

⭐⭐⭐⭐½ 12

$11.99

Get it as soon as **Tuesday, Nov 11**

FREE Shipping on orders over $35 shipped by Amazon

**BENOSPACE 6PCs Stainless Steel Tips for Diamond Painting Pen, Single Placers for Thicker Diamond Painting…**

⭐⭐⭐⭐½ 60

$7.99

Get it as soon as **Tuesday, Nov 11**

FREE Shipping on orders over $35 shipped by Amazon
Only 3 left in stock - order…

**BENOSPACE 3PCs Stainless Steel Tips for Diamond Painting Pen, Single Placers for Thicker Diamond Painting…**

⭐⭐⭐⭐½ 70

$5.99

Get it as soon as **Tuesday, Nov 11**

FREE Shipping on orders over $35 shipped by Amazon
Only 17 left in stock - order…

## Frequently purchased items with fast delivery

**Snewvie Diamond Painting Pen Accessories Tools Set,3PCS Glitter Diamond Art Pen and…**

⭐⭐⭐⭐½ 310

Amazon's Choice

$18.99

Get it as soon as **Tuesday, Nov 11**

FREE Shipping on orders over $35 shipped by Amazon

**Geyoga 22 Pcs Luminous 5D Diamond Painting Pen Kit DIY Art Accessories and Tools Diamond Painting Metal Pen Tips…**

⭐⭐⭐⭐½ 53

$24.99

Get it as soon as **Tuesday, Nov 11**

FREE Shipping on orders over $35 shipped by Amazon

**MuitoFeliz 24pcs Diamond Art Pen Set with Metal Tips, Diamond Painting Accessories and Tools Kit for Adults(Thr…**

⭐⭐⭐⭐½ 253

$16.90 ($1.13/count)

Get it as soon as **Tuesday, Nov 11**

FREE Shipping on orders over $35 shipped by Amazon



**DoreenBow 21Pcs Diamond Art Painting Tools Glitter Diamond Art Pen Stainless Screw Thread Tips Multi Place…**

⭐⭐⭐⭐½ 128

$18.99

Get it as soon as **Tuesday, Nov 11**

FREE Shipping on orders over $35 shipped by Amazon

**Diamond Painting Pen Accessories Tools Set,1PCS Diamond Art Pen and 12Pcs Colorful Metal Screw Thread Mu…**

⭐⭐⭐⭐½ 1,027

$11.99

Get it as soon as **Tuesday, Nov 11**

FREE Shipping on orders over $35 shipped by Amazon

**ZYNERY 40 PCS Diamond Painting Pens Kit, 13 PCS Stainless Steel Tips for Diamond Painting Accessories with 12 Cla…**

⭐⭐⭐⭐½ 1,775

$16.98

Get it as soon as **Tuesday, Nov 11**

FREE Shipping on orders over $35 shipped by Amazon

## Product information

| | |
|---|---|
| Brand | Ismeally |
| Age Range (Description) | Adult |
| Color | Pink |
| Theme | Luminous |
| Item dimensions L x W x H | 8 x 1 x 1 inches |
| Material | Metal, Stainless Steel |
| Seasons | All Seasons |
| Included Components | 1x Luminous 5D resin pen, 6x Metal Replacement Pen Heads (1*metal tip,1*elbow pen tip,1x3/6/9-drills bit, and 1x corrective pen tip), 20x Glue clay, 2x Tweezers, 1x drill tip storage box |
| Size | Pink |
| Number of Pieces | 30 |
| Style | Modern |
| Model Name | Diamond Art Pens |
| Art Craft Kit Type | diamond_painting |
| UPC | 762102358556 |
| Manufacturer | Ismeally |
| Product Dimensions | 8 x 1 x 1 inches |
| Item model number | CK-89CT6 |
| ASIN | B0CYMPC778 |
| Best Sellers Rank | #296,026 in Arts, Crafts & Sewing (See Top 100 in Arts, Crafts & Sewing)<br>#7,895 in Diamond Painting Kits |
| Item Weight | 9.6 ounces |
| Date First Available | March 20, 2024 |

### Warranty & Support

**Product Warranty:** For warranty information about this product, please click here

### Feedback

Would you like to **tell us about a lower price?** ⌄

## Product Description

This resin diamond art painting pens is handmade on a lathe and built in moon, star, and heart shaped glowing piece. After a few minutes under strong light, it can glow in the dark when the light is turned off. Glitter pens will add fun to your life.

Case: 1:26-cv-00358 Document #: 11-1 Filed: 02/05/26 Page 60 of 169 PageID #:1310

## What's in the box

- 1x Luminous 5D resin pen, 6x Metal Replacement Pen Heads (1*metal tip,1*elbow pen tip,1x3/6/9-drills bit, and 1x corrective pen tip), 20x Glue clay, 2x Tweezers, 1x drill tip storage box

## Videos

Help others learn more about this product by uploading a video!

Upload your video

## Customer reviews

| | | |
|---|---|---|
| 5 star | | 0% |
| 4 star | | 0% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | | 0% |

No customer reviews

How customer reviews and ratings work ⌄

## Review this product

Share your thoughts with other customers

Write a customer review



Back to top

**Get to Know Us**
Careers
Amazon Newsletter
About Amazon
Accessibility
Sustainability
Press Center
Investor Relations
Amazon Devices
Amazon Science

**Make Money with Us**
Sell on Amazon
Sell apps on Amazon
Supply to Amazon
Protect & Build Your Brand
Become an Affiliate
Become a Delivery Driver
Start a Package Delivery Business
Advertise Your Products
Self-Publish with Us
Become an Amazon Hub Partner
› See More Ways to Make Money

**Amazon Payment Products**
Amazon Visa
Amazon Store Card
Amazon Secured Card
Amazon Business Card
Shop with Points
Credit Card Marketplace
Reload Your Balance
Gift Cards
Amazon Currency Converter

**Let Us Help You**
Your Account
Your Orders
Shipping Rates & Policies
Amazon Prime
Returns & Replacements
Manage Your Content and Devices
Recalls and Product Safety Alerts
Registry & Gift List
Help

English

United States

| | | | | | |
|---|---|---|---|---|---|
| Amazon Music Stream millions of songs | Amazon Ads Reach customers wherever they spend their time | 6pm Score deals on fashion brands | AbeBooks Books, art & collectibles | ACX Audiobook Publishing Made Easy | Sell on Amazon Start a Selling Account |
| Amazon Business Everything For Your Business | Amazon Fresh Groceries & More Right To Your Door | AmazonGlobal Ship Orders Internationally | Home Services Experienced Pros Happiness Guarantee | Amazon Web Services Scalable Cloud Computing Services | Audible Listen to Books & Original Audio Performances |
| Goodreads Book reviews & recommendations | IMDb Movies, TV & Celebrities | IMDbPro Get Info Entertainment Professionals Need | Kindle Direct Publishing Indie Digital & Print Publishing Made Easy | Amazon Photos Unlimited Photo Storage Free With Prime | Prime Video Direct Video Distribution Made Easy |

Veeqo
Shipping Software
Inventory
Management

Box Office Mojo
Find Movie
Box Office Data

Shopbop
Designer
Fashion Brands

Case: 1:26-cv-00358 Document #: 11-1 Filed: 02/05/26 Page 61 of 169 PageID #:1320



# Ceekeer

**Visit the Ceekeer storefront**

★★★★★ | **83% positive** lifetime (24 total ratings)

**30Pcs Diamond Art Pens Accessor…**

$7⁹⁹

**Add to Cart**

Subtotal
**$9.99**

Go to Cart

$9.99

✓prime

1

## About Seller

Ceekeer is committed to providing each customer with the highest standard of customer service.

### Have a question for Ceekeer?

Ask a question

## Reviews

★★★★★   4.6 out of 5
24 ratings

Lifetime ⌄

| | | |
|---|---|---|
| 5 star | ████████ | 83% |
| 4 star | | 0% |
| 3 star | ██ | 13% |
| 2 star | | 0% |
| 1 star | ▎ | 4% |

Learn more about how seller reviews work on Amazon ⌄

### Share your thoughts with other customers

Leave seller feedback

### FILTER BY

All stars ⌄

24 total ratings, 24 with feedback for Lifetime ⓘ

★★★★★ "Basket clip on labels. Arrived roughly 12 days early! Can't wait to get my new pantry labeled. Thank you for your fast service, "
By Angel Enterprises on July 17, 2025.

★☆☆☆☆ "~~advertised as a 8 foot hose cover. was 78" ? did they sent a 6 ft.~~ "
By Amazon Customer on June 6, 2025.
**Message from Amazon:** This item was fulfilled by Amazon, and we take responsibility for this fulfillment experience.

★☆☆☆☆ "~~gift was broken when arrived~~ "
By Reader on June 5, 2025.
**Message from Amazon:** This item was fulfilled by Amazon, and we take responsibility for this fulfillment experience.

★★★★★ "good price ,good product and fast shipping "
By Amazon Customer on May 24, 2025.

★★★★★ "Fast service would buy from again. "
By Amazon Customer on April 11, 2025.

Previous Next

## Return & Refund Policies

Please refer to the Amazon.com Return Policy .

## Detailed Seller Information

**Business Name:** Henan Dajiebang Xinxi Keji Youxian Gongsi
**Business Address:**
管城回族区航海东路2号58号楼8层78号
郑州市
河南
450000
CN



Subtotal
**$9.99**

Go to Cart

$9.99
~~prime~~

1

Shipping Policies ⌄

Other Policies ⌄

Help ⌄

## Products

See all products currently offered by the seller.

Leave seller feedback

Back to top

### Get to Know Us

Careers

Amazon Newsletter

About Amazon

Accessibility

Sustainability

Press Center

Investor Relations

Amazon Devices

Amazon Science

### Make Money with Us

Sell on Amazon

Sell apps on Amazon

Supply to Amazon

Protect & Build Your Brand

Become an Affiliate

Become a Delivery Driver

Start a Package Delivery Business

Advertise Your Products

Self-Publish with Us

Become an Amazon Hub Partner

› See More Ways to Make Money

### Amazon Payment Products

Amazon Visa

Amazon Store Card

Amazon Secured Card

Amazon Business Card

Shop with Points

Credit Card Marketplace

Reload Your Balance

Gift Cards

Amazon Currency Converter

### Let Us Help You

Your Account

Your Orders

Shipping Rates & Policies

Amazon Prime

Returns & Replacements

Manage Your Content and Devices

Recalls and Product Safety Alerts

Registry & Gift List

Help

amazon

🌐 English ⇅

🇺🇸 United States

| | | | | | | |
|---|---|---|---|---|---|---|
| **Amazon Music** Stream millions of songs | **Amazon Ads** Reach customers wherever they spend their time | **6pm** Score deals on fashion brands | **AbeBooks** Books, art & collectibles | **ACX** Audiobook Publishing Made Easy | **Sell on Amazon** Start a Selling Account | **Veeqo** Shipping Software Inventory Management |
| **Amazon Business** Everything For Your Business | **Amazon Fresh** Groceries & More Right To Your Door | **AmazonGlobal** Ship Orders Internationally | **Home Services** Experienced Pros Happiness Guarantee | **Amazon Web Services** Scalable Cloud Computing Services | **Audible** Listen to Books & Original Audio Performances | **Box Office Mojo** Find Movie Box Office Data |
| **Goodreads** Book reviews & recommendations | **IMDb** Movies, TV & Celebrities | **IMDbPro** Get Info Entertainment Professionals Need | **Kindle Direct Publishing** Indie Digital & Print Publishing Made Easy | **Amazon Photos** Unlimited Photo Storage Free With Prime | **Prime Video Direct** Video Distribution Made Easy | **Shopbop** Designer Fashion Brands |
| **Amazon Resale** Great Deals on Quality Used Products | **Whole Foods Market** America's Healthiest Grocery Store | **Woot!** Deals and Shenanigans | **Zappos** Shoes & Clothing | **Ring** Smart Home Security Systems | **eero WiFi** Stream 4K Video in Every Room | **Blink** Smart Security for Every Home |

# amazon prime

## Secure checkout ⌄

**Delivering to** ▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮ IL, 60435, United States    Change

Add delivery instructions

FREE pickup available nearby ⌄

**Paying with Visa** ▮▮▮▮    Change

Use a gift card, voucher, or promo code

---

ⓘ **Want to save time on your next order and go directly to this step when checking out?**

☐ Default to this delivery address and payment method.

---

**Get a $125 Amazon Gift Card** upon approval for the Amazon Business Prime Card.
Terms apply.

Learn more

---

## Arriving Nov 15, 2025
If you order in the next 13 hours and 9 minutes

**30Pcs Diamond Art Pens Accessories Tools Set, Luminous 5D Diamond Art Painting Pen, Exquisite Stainless Steel Metal Tips, Ergonomic Art Drill and 20 Glue Clay +2 Tweezers for DIY Craft (Purple)**
$7.99
✓prime
Ships from Amazon.com
Sold by Ceekeer

🗑 1 +

Add gift options

◉ **Fastest** Saturday, Nov 15    FREE

○ **Amazon Day** Monday, Nov 17    FREE
  ♻ Lower carbon delivery ⌄

---

Place your order

By placing your order, you agree to Amazon's privacy notice and conditions of use.

Items:    $7.99
Shipping & handling:    $0.00
Estimated tax to be collected:    $0.70

**Order total:**    **$8.69**

---

Place your order

**Order total: $8.69**
By placing your order, you agree to Amazon's privacy notice and conditions of use.

---

Why has sales tax been applied? See tax and seller information.

Do you need help? Explore our Help pages or contact us

# amazon prime

## Secure checkout ∨

🛒

**Delivering to** ███████████
███████████████████ IL, 60435, United States

Change

---

**Required Pickup Information**

Legal Name: ██████

Change

---

**Paying with** ████████████

Change

Use a gift card, voucher, or promo code

---

ℹ️ **You must provide your pickup code to collect your package(s)**

Recipient for Pick-Up ██████ | Change

---

**Get a $125 Amazon Gift Card** upon approval for the Amazon Business Prime Card.
Terms apply.

Learn more

---

**Place your order**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

| | |
|---|---|
| Items: | $7.99 |
| Shipping & handling: | $0.00 |
| Estimated tax to be collected: | $0.70 |
| **Order total:** | **$8.69** |

---

**Arriving Nov 19, 2025**

If you order in the next 2 hours and 14 minutes

30Pcs Diamond Art Pens Accessories Tools Set, Luminous 5D Diamond Art Painting Pen, Exquisite Stainless Steel Metal Tips, Ergonomic Art Drill and 20 Glue Clay +2 Tweezers for DIY Craft (Purple)
**$7.99**
Ships from Amazon.com
Sold by Ceekeer

🗑 1 +

Add gift options

⦿ **Pickup** Wednesday, Nov 19   FREE

---

**Place your order**

**Order total: $8.69**
By placing your order, you agree to Amazon's privacy notice and conditions of use.

---

Why has sales tax been applied? See tax and seller information.

Do you need help? Explore our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Colorado Purchasers: Important information regarding sales tax you may owe in your State

Most new, unused items sold by Amazon, or millions of third-party sellers are eligible for Free Returns, within 30 days of delivery. For the 2025 holiday season, most items purchased between November 1 and December 31, 2025 can be returned through January 31, 2026. Apple-branded products purchased between November 1 and December 31, 2025 can be returned through January 15, 2026. For exceptions see Amazon.com's Returns Policy

Back to cart



Back to top

amazon    🌐 English ⇕    🇺🇸 United States    Help

Conditions of Use    Privacy Notice    Consumer Health Data Privacy Disclosure    Your Ads Privacy Choices
© 1996–2025, Amazon.com, Inc. or its affiliates



amazon prime

All ▾    Search Amazon    🔍    🇺🇸 EN ▾    Hello, Wacky Account & Lists ▾    Returns & Orders    🛒 0

☰ All   ✦ Rufus   **Holiday Deals**   Same-Day Delivery   Amazon Haul   Medical Care ▾   Luxury   Amazon Basics   Groceries ▾   Buy Again



✓ **Order placed, thanks!**

Confirmation will be sent to your email.

**Pickup location:** ████████████████████ IL, 60435, United States

**Wednesday, Nov. 19**
Estimated delivery



You saved **$6.99** in shipping fees on this order with Prime. Learn more

**Review or edit your recent orders ›**

amazon pharmacy

**Your medications made easy**

Learn more

---

Get a **Get a $125 Amazon Gift Card** upon approval for the Amazon Business Prime Card. Terms apply.

Learn more

## Books you may like ⋮



**Escaped Daughter (Morrigan University Book 1)**
› Erin R Flynn
★★★★½ 3,697
Kindle Edition
$0⁹⁹
3 pts

**Fire's Resonance: A Paranormal Dragon Romance (Hearts on Fir...**
› Milly Taiden
★★★★½ 119
Kindle Edition
$2⁹⁹
9 pts

**Fourth Wing (The Empyrean Book 1)**
› Rebecca Yarros
★★★★★ 453,487
Kindle Edition
#1 Best Seller
$14⁹⁹
45 pts

## Books you may like in Kindle Unlimited ⋮

Case: 1:26-cv-00358 Document #: 11-1 Filed: 02/05/26 Page 67 of 169 PageID #:1326



fade, which can be applied for a long time, ideal supplies for your painting works

- Exquisite design: these diamond brush metal nibs are designed with ideal size and shape, so they featured with nice adhesion, you can grab the diamond with ease, and without your hand getting fatigued, helping to save your time and energy

- Convenient to assemble and use: these metal nib is easy to use and assemble, just gently connect it to the diamond brush, easy for installation, which will bring you a pleasant using experience, and save a lot of time to make rhinestone paintings or other DIY projects

- Widely applicable: these 5D rhinestone painting accessories can be applied to various styles of painting pens, can handle different diamond, such as round diamond, square diamond, crystal diamond and so on, suitable for art paintings, cross stitch, embroidery and mosaic making

› See more product details

▭ Report an issue with this product or seller



Subtotal
**$7.99**

Go to Cart

**$7.99**
✓prime
Only 2 left in stock - order soon.

1

## Bundle these items



+ + 

Total price: $31.97

Add all 3 to Cart

ⓘ Some of these items ship sooner than the others.
Show details

**This item:** Moxweyeni 11 Pieces Diamond Brush Metal Nibs Kit DIY Diamond Painting Metal…
4.4 ★★★★⯪ 231
$9⁹⁹

Sponsored ⓘ
Praise V Do Thin Version Stainless Steel Diamond Painting Art Drilling Pen Kit…
4.3 ★★★★⯪ 7
$14⁹⁹
✓prime

Sponsored ⓘ
Purple Anti-Slip Tools Sticky Mat for Diamond Painting,Diamond Embroider…
4.6 ★★★★⯪ 3
$6⁹⁹
✓prime

## Customers who viewed this item also viewed



Thin Version Stainless Steel Diamond Painting Art Drilling Tips Nibs Placers Tool Accessories All 9 Beads
★★★★⯪ 71
-5% $37⁹⁹
List: $39.99
✓prime FREE Delivery Saturday, Nov 15

LEIYULY 12PCS Diamond Art Pen Nibs, 1~10 Beads Stainless Steel Diamond Painting Art Pen Tips, Threaded Link,…
★★★★⯪ 14
$12⁹⁹
✓prime FREE One-Day Get it Tomorrow, Nov 14

ZYNERY 30 PCS Diamond Painting Pens Kit, 13 PCS Stainless Steel Tip for Diamond Painting Accessories with 12 Cla…
★★★★⯪ 1,775
$12⁹⁹
✓prime FREE One-Day Get it Tomorrow, Nov 14

LEIYULY 13PCS Diamond Art Pen, with 1,3,6,9 Stainless Steel Nibs, Ergonomic Diamond Art Pen, 5D Diamond…
★★★★⯪ 122
$12⁹⁹
✓prime FREE One-Day Get it Tomorrow, Nov 14

Heyseri 14PCS Diamond Painting Pen Accessories Tools Set Ergonomic Diamond Art Pen Exquisite Stainless Stee.
★★★★⯪ 2,878
-5% $11⁶⁹
Typical: $12.34
✓prime FREE One-Day Get i Tomorrow, Nov 14

Foreveryoung Minigem Small Diamond          Fuyoooo 12 Pcs Mandala Diamond

Subtotal
**$7.99**

Go to Cart

$7.99
✔prime
Only 2 left in
stock - order
soon.

1

## Customer reviews

★★★★☆ 4.4 out of 5

231 global ratings

| | |
|---|---|
| 5 star | 72% |
| 4 star | 10% |
| 3 star | 13% |
| 2 star | 2% |
| 1 star | 3% |

How customer reviews and ratings work ⌄

## Customers say

Customers find the diamond brush metal nibs to be of great quality and say they work well. However, the fit receives mixed feedback, with some saying they fit their pens great while others report issues. Additionally, wax retention is also mixed, with one customer noting that the wax sticks perfectly fine while another mentions it falls out when getting wax.

ai Generated from the text of customer reviews

**Select to learn more**

✓ Quality    ✓ Functionality    — Fit    — Wax retention

## Reviews with images

See all photos ›

## Top reviews from the United States

**Vanessa holden**

★★★★★ **Great product.**

Reviewed in the United States on September 23, 2025

Color: Silver    **Verified Purchase**

Great product at a great price (bought for 9.99). Made of metal, not cheap tin and comes with extra o-rings. The case is handy too so the heads don't wander around your diamonds dot box.

Helpful    Report

**stacey**

★★★★★ **Love it!**

Reviewed in the United States on October 5, 2025

Color: Silver    **Verified Purchase**

They're very nicely made.

Helpful    Report

**Kimberlee Box**

★★★★★ **Great deal!**

Reviewed in the United States on September 4, 2025

Color: Silver    **Verified Purchase**

Such a wonderful variety of sizes. Great value! Easy to use, and good quality. Very functional.

Helpful    Report

**B3**

★★★☆☆ **Falls out of pen**

Reviewed in the United States on March 15, 2024

Color: Silver    **Verified Purchase**

These don't set it pens very well. In the 6-10 placers I have to hold the pen and hold the diamond holder
To get wax.
I've tried replacing the seals with the bands they sent but it's not making it better, they still fall out when getting wax.

One person found this helpful

Helpful    Report

Case: 1:26-cv-00358 Document #: 11-1 Filed: 02/05/26 Page 70 of 169 PageID #:1329



Case: 1:26-cv-00358 Document #: 11-1 Filed: 02/05/26 Page 71 of 169 PageID #:1330

大乐社区服务中心长江西路687号
拓基城市广场金座B幢1028
合肥市
高新区
安徽省
230000
CN

Subtotal
**$7.99**

Go to Cart



**$7.99**

prime

Only 2 left in stock - order soon.

1

### Shipping Policies ⌄

### Other Policies ⌄

### Help ⌄

## Products

See all products currently offered by the seller.

Leave seller feedback

Back to top

## Get to Know Us

Careers

Amazon Newsletter

About Amazon

Accessibility

Sustainability

Press Center

Investor Relations

Amazon Devices

Amazon Science

## Make Money with Us

Sell on Amazon

Sell apps on Amazon

Supply to Amazon

Protect & Build Your Brand

Become an Affiliate

Become a Delivery Driver

Start a Package Delivery Business

Advertise Your Products

Self-Publish with Us

Become an Amazon Hub Partner

› See More Ways to Make Money

## Amazon Payment Products

Amazon Visa

Amazon Store Card

Amazon Secured Card

Amazon Business Card

Shop with Points

Credit Card Marketplace

Reload Your Balance

Gift Cards

Amazon Currency Converter

## Let Us Help You

Your Account

Your Orders

Shipping Rates & Policies

Amazon Prime

Returns & Replacements

Manage Your Content and Devices

Recalls and Product Safety Alerts

Registry & Gift List

Help

amazon

🌐 English ⇕

🇺🇸 United States

**Amazon Music**
Stream millions of songs

**Amazon Ads**
Reach customers wherever they spend their time

**6pm**
Score deals on fashion brands

**AbeBooks**
Books, art & collectibles

**ACX**
Audiobook Publishing Made Easy

**Sell on Amazon**
Start a Selling Account

**Veeqo**
Shipping Software Inventory Management

**Amazon Business**
Everything For Your Business

**Amazon Fresh**
Groceries & More Right To Your Door

**AmazonGlobal**
Ship Orders Internationally

**Home Services**
Experienced Pros Happiness Guarantee

**Amazon Web Services**
Scalable Cloud Computing Services

**Audible**
Listen to Books & Original Audio Performances

**Box Office Mojo**
Find Movie Box Office Data

**Goodreads**
Book reviews & recommendations

**IMDb**
Movies, TV & Celebrities

**IMDbPro**
Get Info Entertainment Professionals Need

**Kindle Direct Publishing**
Indie Digital & Print Publishing Made Easy

**Amazon Photos**
Unlimited Photo Storage Free With Prime

**Prime Video Direct**
Video Distribution Made Easy

**Shopbop**
Designer Fashion Brands



For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Colorado Purchasers: Important information regarding sales tax you may owe in your State

Most new, unused items sold by Amazon, or millions of third-party sellers are eligible for Free Returns, within 30 days of delivery. For the 2025 holiday season, most items purchased between November 1 and December 31, 2025 can be returned through January 31, 2026. Apple-branded products purchased between November 1 and December 31, 2025 can be returned through January 15, 2026. For exceptions see Amazon.com's Returns Policy

Back to cart



Conditions of Use    Privacy Notice    Consumer Health Data Privacy Disclosure    Your Ads Privacy Choices

© 1996–2025, Amazon.com, Inc. or its affiliates

Case: 1:26-cv-00358 Document #: 11-1 Filed: 02/05/26 Page 74 of 169 PageID #:1333



**Order placed, thanks!**

Confirmation will be sent to your email.

**Pickup location** ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ IL, 60435,
United States

**Monday, Nov. 17**
Estimated delivery

**Review or edit your recent orders** ›

**Follow the brand**

Get deals, new products updates, and more.

**Moxweyeni**

Follow



Get a **Get a $125 Amazon Gift Card** upon approval for the Amazon Business Prime Card.
Terms apply.

Learn more



## Books you may like

⋮

### Escaped Daughter (Morrigan University Book 1)
› Erin R Flynn
★★★★½ 3,697
Kindle Edition
$0⁹⁹
3 pts

### Fire's Resonance: A Paranormal Dragon Romance (Hearts on Fir...
› Milly Taiden
★★★★½ 119
Kindle Edition
$2⁹⁹
9 pts

### Fourth Wing (The Empyrean Book 1)
› Rebecca Yarros
★★★★★ 453,487
Kindle Edition
#1 Best Seller
$14⁹⁹
45 pts

## Books you may like in Kindle Unlimited

⋮

Case: 1:26-cv-00358 Document #: 11-1 Filed: 02/05/26 Page 75 of 169 PageID #:1334



Case: 1:26-cv-00358 Document #: 11-1 Filed: 02/05/26 Page 76 of 169 PageID #:1335

to pull out the tips to replace a new pen head.

› See more product details

☐ Report an issue with this product or seller

**Similar item with fast delivery**

Amazon's Choice



Outus 31 Pcs DIY Diamond Art Tools Kit with Handmade Resin Painting Pens, Anti-Slip Mats, Plastic Diamond Trays, Clay Boxes, and Drill Point Accessories for Adults and Kids Craft 5d
★★★★☆ (504)
$9.99 ✓prime

**Subtotal**
**$7.99**

Go to Cart

$7.99
✓prime
Only 2 left in stock - order soon.

1

**Bundle these items**

 +

Total price: $23.97

Add both to Cart

ⓘ One of these items ships sooner than the other.
Show details

**This item:** FineGood 31 Pcs Diamond Art Paintings Kit Tools, Diamond Art Painting Pen...
4.4 ★★★★☆ 107
$14⁹⁸

Sponsored ⓘ
KTCLCATF 46PCS DIY Diamond Painting Tools and Accessories Kits Multiple Sizes Painting Pen...
4.6 ★★★★☆ 1,117
$8⁹⁹
✓prime

**Based on your recent views** Sponsored ⓘ



vhbw Diamond Painting Storage Case with Electric Diamond Painting Pen,60 Slots
$35⁹⁹
✓prime



ZYNERY 27-Piece Diamond Painting Pen Kit, 45° Ergonomic Stainless Steel Metal
★★★★☆ 70
$15⁹⁸
✓prime



Snewvie Diamond Painting Pen Accessories Tools Set,3PCS Glitter Diamond Art Pen and...
★★★★☆ 316
-5% $17⁹⁹
Typical: $18.99
✓prime



Avimegii 19PCS Diamond Art Pens Luminous 5D Diamond Painting Pen, 40%
★★★★☆ 393
-5% $15¹⁹
Typical: $15.99
✓prime



Fuutreo 23 Pcs Diamond Painting Pen Accessories 5D Metal Tips Diamond Painting Kit ...
★★★★☆ 149
$18⁹⁹
✓prime

**Customers who viewed this item also viewed**                                        ⋮

Case: 1:26-cv-00358 Document #: 11-1 Filed: 02/05/26 Page 77 of 169 PageID #:1336

## Product Description

Features:
Multiple stainless steel replacement pen heads, comfort grip and fast drilling. Portable diamond art painting accessories, easy to carry.

Specification of Diamond Art Kits:
Materials: resin(pen), stainless steel, plastic
Size: as picture shown

Package List:
2 x Diamond Art Pen
2 x Anti-slip Sticky Mat
4 x Diamond Holder
12 x Glue Clay
12 x Diamond Pen Tip

## What's in the box

- 2 diamond art pens, 2 anti-slip sticky mats, 4 diamond holders, 12 glue clays, 12 diamond pen tips

## Related products with free delivery Sponsored ⓘ

    

| Tavolozza Fine Arts Diamond Painting Storage Containers, 120 Slots Diamond Painting... | XEUZK All-Inclusive Diamond Art Accessories Kit with A4 Diamond Painting Light Pad ... | 2 Pcs Stainless Steel Diamond Painting Ruler for Square and Round Drill, Diamond Ar... | NIBESSER 21Pcs Diamond Art Painting Pen Kit 3pcs Diamond Art Pens 12 Pcs Metal | vhbw Diamond Painting Storage Case with Electric Diamond Painting Pen,60 Slots |
|---|---|---|---|---|
| ★★★★★ 470 | ★★★★☆ 114 | ★★★★☆ 3 | ★★★★☆ 117 | $35⁹⁹ |
| -15% $27⁹⁹ | Amazon's Choice | $8⁵⁹ | $17⁹⁹ | ✓prime |
| List: $32.99 | $26⁹⁹ | ✓prime | ✓prime | |
| ✓prime | ✓prime | | | |
| | You pay $23.75 with coupon | | | |

## Similar brands on Amazon

Sponsored ⓘ



Silky Diamond Painting Tray with Lid, Diamond Painting Accessories, Diamon...
4.6 ★★★★☆ 499
$11.99 List: $15.99



Caydo Cordless Electric Diamond Painting Pen, E-Painter for Diamond...
3.9 ★★★★☆ 302
$25.99 Typical: $29.99



## Customer reviews

★★★★☆ 4.4 out of 5

107 global ratings

| 5 star | | 73% |
|---|---|---|

Case: 1:26-cv-00358 Document #: 11-1 Filed: 02/05/26 Page 78 of 169 PageID #:1337

| | |
|---|---|
| 4 star | 12% |
| 3 star | 8% |
| 2 star | 2% |
| 1 star | 5% |

How customer reviews and ratings work ∨



Subtotal
**$7.99**

Go to Cart



**$7.99**
✓prime
Only 2 left in
stock - order
soon.

1

## Top reviews from the United States

Pen Name

★★★★★ **Great value**

Reviewed in the United States on June 15, 2024

**Verified Purchase**

Ergonomically designed for ease of use , good quality and overall great value for the money.

One person found this helpful

Helpful    Report

Rosemary

★★★★★ **Love**

Reviewed in the United States on February 7, 2024

**Verified Purchase**

I got both green and blue love that it's thicker them my others

One person found this helpful

Helpful    Report

VERNA TILMAN

★★★★☆ **Great add**

Reviewed in the United States on July 10, 2024

**Verified Purchase**

Great addition to my supply of my diamond art .

Helpful    Report

kacee snyder

★★★★★ **Better then the little pink ones in the kits**

Reviewed in the United States on May 27, 2025

**Verified Purchase**

These are amazing better then the ones that come in the kits.

Helpful    Report

**See more reviews** ›

## Top reviews from other countries

Translate all reviews to English

glynis matheson

★★★★★ **Use**

Reviewed in Canada on January 11, 2025

**Verified Purchase**

Case: 1:26-cv-00358 Document #: 1-1 Filed: 02/05/26 Page 79 of 169 PageID #:1338

Nice and easy to use

Report



Subtotal
**$7.99**

Go to Cart

**$7.99**

✓prime
Only 2 left in
stock - order
soon.

1

Renata Contessi

★★★★★ **Daimond painting**
Reviewed in Italy on April 24, 2025
**Verified Purchase**
Ottimo

Report

Translate review to English

cristina

★★★★☆ **Un poco caro**
Reviewed in Spain on September 16, 2024
**Verified Purchase**
Set completo y de buena calidad, aunque otros son mas baratos e igual de buenos. Las puntas
son fáciles de poner y quitar aunque se mueven un poco. también sirven para los bolis básicos
que vienen en los kits.La arcilla también muy buena. No uso las alfombrillas porque son
pegajosas, pero para quien las use es un plus.

Report

Translate review to English

Gail

★★★★★ **Good buy**
Reviewed in the United Kingdom on March 20, 2025
**Verified Purchase**
Love it. Pens are great as I find gripping things difficult.An excellent set

Report

Jan

★★★★★ **32 Diamond painting kit tools**
Reviewed in Australia on November 2, 2024
**Verified Purchase**
Received exactly what I ordered. Very happy, good product

Report

See more reviews ›

Back to top

**amazon** prime

**Secure checkout** ∨

**Delivering to** ⬛⬛⬛⬛⬛
⬛⬛⬛⬛⬛⬛ IL, 60435, United States                    Change

Add delivery instructions

FREE pickup available nearby ∨

**Paying with** ⬛⬛⬛⬛                               Change

Use a gift card, voucher, or promo code

ⓘ **Want to save time on your next order and go directly to this step when checking out?**

☐ Default to this delivery address and payment method.

**Get a $125 Amazon Gift Card** upon approval for the Amazon Business Prime Card.
Terms apply.                                    ( Learn more )

**Arriving Nov 15, 2025**
If you order in the next 12 hours and 54 minutes

FineGood 31 Pcs Diamond Art Paintings Kit Tools, Diamond Art Painting Pen Accessories Ergonomic 5D Diamond Art Pens with Stainless Pen Tips for DIY Craft
**$14.98**
✓prime & FREE Returns ∨
Ships from Amazon.com
Sold by FIGSUN

🗑 1 +

Add gift options

◉ **Fastest** Saturday, Nov 15    FREE

○ **Amazon Day** Sunday, Nov 16    FREE
  🍃 Lower carbon delivery ∨

---

**Place your order**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

Items:                                  $14.98
Shipping & handling:                     $0.00
Estimated tax to be collected:           $1.31
**Order total:**                       **$16.29**

---

**Place your order**  **Order total: $16.29**
By placing your order, you agree to Amazon's privacy notice and conditions of use.

Why has sales tax been applied? See tax and seller information.

Do you need help? Explore our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until



# amazon prime

## Secure checkout ⌄

**Delivering to** ▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮ IL, 60435, United States

Change

**Required Pickup Information**
Legal Name: ▮▮▮▮▮

Change

**Paying with** ▮▮▮▮▮▮▮▮▮

Change

Use a gift card, voucher, or promo code

> ⓘ **You must provide your pickup code to collect your package(s)**
>
> Recipient for Pick-Up ▮▮▮▮▮ Change

**Get a $125 Amazon Gift Card** upon approval for the Amazon Business Prime Card.
Terms apply.

Learn more

**Arriving Nov 20, 2025**

◉ **Pickup** Thursday, Nov 20 FREE

FineGood 31 Pcs Diamond Art Paintings Kit Tools, Diamond Art Painting Pen Accessories Ergonomic 5D Diamond Art Pens with Stainless Pen Tips for DIY Craft
**$14.98**
& FREE Returns ⌄
Ships from Amazon.com
Sold by FIGSUN

🗑 1 ＋

Add gift options

---

**Place your order**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

Items: $14.98
Shipping & handling: $0.00
Estimated tax to be collected: $1.31
**Order total:** **$16.29**

---

**Place your order** **Order total: $16.29**
By placing your order, you agree to Amazon's privacy notice and conditions of use.

Why has sales tax been applied? See tax and seller information.

Do you need help? Explore our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until





## ✓ Order placed, thanks!

Confirmation will be sent to your email.

**Pickup location:** ████████████ IL, 60435, United States

**Thursday, Nov. 20**
Estimated delivery



Review or edit your recent orders ›

Get a **Get a $125 Amazon Gift Card** upon approval for the Amazon Business Prime Card. Terms apply.

Learn more

## Books you may like





**Escaped Daughter (Morrigan University Book 1)**
› Erin R Flynn
★★★★½ 3,697
Kindle Edition
$0⁹⁹
3 pts

**Fire's Resonance: A Paranormal Dragon Romance (Hearts on Fir...**
› Milly Taiden
★★★★½ 119
Kindle Edition
$2⁹⁹
9 pts

**Fourth Wing (The Empyrean Book 1)**
› Rebecca Yarros
★★★★★ 453,487
Kindle Edition
#1 Best Seller
$14⁹⁹
45 pts

## Based on your reading

Case: 1:26-cv-00358 Document #: 11-1 Filed: 02/05/26 Page 83 of 169 PageID #:1342



Case: 1:26-cv-00358 Document #: 11-1 Filed: 02/05/26 Page 84 of 169 PageID #:1343



Case: 1:26-cv-00358 Document #: 11-1 Filed: 02/05/26 Page 85 of 169 PageID #:1344



# foshanshiyuanhengdianzikejiyouxiangongsi

Visit the foshanshiyuanhengdianzikejiyouxiangongsi storefront

Just launched | No feedback yet

**YuRui TENG Multipurpose Gemst...**
$25³⁹

**Add to Cart**

## About Seller

foshanshiyuanhengdianzikejiyouxiangongsi is committed to providing each customer with the highest standard of customer service.

**Have a question for foshanshiyuanhengdianzikejiyouxiangongsi?**

**Ask a question**

## Return & Refund Policies

To get information about the Return and Refund policies that may apply, please refer to Amazon's Return and Refund policy.

To initiate a return, visit Amazon's Online Return Center to request a return authorization from the seller.

For any issues with your return, if the product was shipped by the seller, you can get help here.

## Amazon's A-to-z Guarantee

The Amazon A-to-z Guarantee protects you when you purchase items sold and fulfilled by a third party seller. Our guarantee covers both the timely delivery and the condition of your items. If either are unsatisfactory, you can report the problem to us and our team will determine if you are eligible for a refund.

See full details

## Detailed Seller Information

**Business Name:** foshanshiyuanhengdianzikejiyouxiangongsi
**Business Address:**
　禅城区
　石湾镇街道魁奇西路宝利莱装饰材料城B座二楼G059房(住所申报)
　佛山市
　广东
　528000
　CN

## Shipping Policies ⌄

## Other Policies ⌄

## Help ⌄

## Products

See all products currently offered by the seller.

Leave seller feedback

# amazon prime

## Secure checkout ⌄

🛒

**Delivering to** ▓▓▓▓▓▓
▓▓▓▓▓▓▓▓▓▓▓ IL, 60435, United States     Change

Add delivery instructions

**Paying with** ▓▓▓▓     Change

Use a gift card, voucher, or promo code

---

ℹ️ **Want to save time on your next order and go directly to this step when checking out?**

☐ Default to this delivery address and payment method.

---

**Get a $125 Amazon Gift Card** upon approval for the Amazon Business Prime Card.
Terms apply.

Learn more

---

### Arriving Dec 8, 2025 – Dec 16, 2025

YuRui TENG Multipurpose Gemstone Painting Pen Set, 6pcs Metal Tips, Blue DIY 5D Gemstone Painting Tool, for Beginners and Skilled Crafters, with Various Pen Tips for Different Needs

**$25.39**

Ships from foshanshiyuanhengdianzikejiyouxiangongsi

Sold by foshanshiyuanhengdianzikejiyouxiangongsi

🗑 1 +

Gift options not available

⦿ **Monday, Dec 8 – Tuesday, Dec 16**     FREE

---

**Order total: $27.61**

Place your order

By placing your order, you agree to Amazon's privacy notice and conditions of use.

---

**Place your order**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

| Items: | $25.39 |
|---|---|
| Shipping & handling: | $0.00 |
| Estimated tax to be collected:* | $2.22 |
| **Order total:** | **$27.61** |

---

Why has sales tax been applied? See tax and seller information.

Do you need help? Explore our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

amazon prime

**Secure checkout** ⌄

🛒

**Delivering to** ████████████████
████████████████ IL, 60435, United States

Add delivery instructions

Change

**Paying with** ████████████

Change

Use a gift card, voucher, or promo code

**Place your order**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

| | |
|---|---|
| Items: | $25.39 |
| Shipping & handling: | $0.00 |
| Estimated tax to be collected:* | $2.22 |
| **Order total:** | **$27.61** |

> ℹ️ **Want to save time on your next order and go directly to this step when checking out?**
> ☐ Default to this delivery address and payment method.

### Arriving Dec 8, 2025 – Dec 16, 2025



YuRui TENG Multipurpose Gemstone Painting Pen Set, 6pcs Metal Tips, Blue DIY 5D Gemstone Painting Tool, for Beginners and Skilled Crafters, with Various Pen Tips for Different Needs
**$25.39**
Ships from foshanshiyuanhengdianzikejiyouxiangongsi
Sold by foshanshiyuanhengdianzikejiyouxiangongsi

🔘 **Monday, Dec 8 – Tuesday, Dec 16**    FREE

 1 +

Gift options not available

**Place your order**

**Order total: $27.61**
By placing your order, you agree to Amazon's privacy notice and conditions of use.

Why has sales tax been applied? See tax and seller information.

Do you need help? Explore our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Colorado Purchasers: Important information regarding sales tax you may owe in your State

Most new, unused items sold by Amazon, or millions of third-party sellers are eligible for Free Returns, within 30 days of delivery. For the 2025 holiday season, most items purchased between November 1 and December 31, 2025 can be returned through January 31, 2026. Apple-branded products purchased between November 1 and December 31, 2025 can be returned through January 15, 2026. For exceptions see Amazon.com's Returns Policy

Back to cart



amazon prime

All ▾ | Search Amazon | 🔍

🇺🇸 EN ▾ | Hello, Wacky Account & Lists ▾ | Returns & Orders | 🛒 0

☰ All | 🔵 Rufus | Holiday Deals | Same-Day Delivery | Amazon Haul | Medical Care ▾ | Luxury | Amazon Basics | Groceries ▾ | Buy Again



✅ **Order placed, thanks!**

Confirmation will be sent to your email.

**Shipping to** ███████████████ IL, 60435, United States

**Dec. 8 – Dec. 16**
Estimated delivery

Review or edit your recent orders ›

amazon pharmacy

**Your medications made easy**

Learn more

Get a **Get a $125 Amazon Gift Card** upon approval for the Amazon Business Prime Card.
Terms apply.

Learn more

## Pick up where you left off See more ⋮



**Fully Assembled Mini 3D Printer for Kids and Beginners - Complete Starter Kit with Auto...**
★★★★½ 418
Amazon's Choice
$239⁹⁹
✓prime FREE Delivery
**Saturday, Nov 15**

**Upgraded Tina2S 3D Printer, HEPHI3D 3D Printers WiFi Cloud Printing Auto Bed Leveling, Fully Assembl...**
★★★★½ 261
-15% $195⁹⁹
List: $229.99
✓prime FREE One-Day Get it
**Tomorrow, Nov 14**

**Tina2S 3D Printer, HEPHI3D 3D Printers W Cloud Printing Auto Be Leveling, Fully Assemb Mini 3D Printer for...**
★★★★☆ 31
$229⁹⁹
✓prime FREE Delivery
**Saturday, Nov 15**

## Inspired by your Lists ⋮

Case: 1:26-cv-00358 Document #: 11-1 Filed: 02/05/26 Page 89 of 169 PageID #:1348



## Product information

| Item details ⌄ | Style ⌄ |
|---|---|
| Features & Specs ⌄ | Measurements ⌄ |

Warranty & Support

Product Warranty: For warranty information about this product, please click here

| | Materials & Care ⌄ |

Feedback

Would you like to **tell us about a lower price?** ⌄

## What's in the box

- 1 * Double-ended pen, 1 * Multi-function diamond tray, 6 * Bottle cap, 6 * Metal nibs (1 single nib, 1 curved nib, 1 correction nib, 1 3/6/9 drill), 6 * Painter's chalk, 1 * Plastic correction spatula, 1 * Small spoon, 1 * Small brush, 2 * Finger protectors, 1 * Small storage box, 6 x diamond art pens replacemen, 6 x painting glue clay

## Related products with free delivery Sponsored ⓘ



| CATEARED Trabricks 2-in-1 Stackable Diamond Art Trays With Lids, Diamond Art Storag… | Roucerlin 8 Pieces Diamond Painting Storage Trays with Lids & Brush and Spoon, | TDFERAN Diamond Painting Pen Organizer 13x11cm Multi-Functional Pencil Holder | 4 Pcs Diamond Art Tray with Lids, FineGood Diamond Art Storage Kits for Adults Diam… | ARTDOT 10-Piece Interlocking Diamond Art Trays Kits for Adults, Stackable Diamond P… | LEIYULY 30PCS Diamond Art Tr Storage with Li Diamond Paint |
|---|---|---|---|---|---|
| ★★★★½ 511 | ★★★★½ | | ★★★☆☆ 7 | ★★★★½ 1,749 | ★★★★½ 2: |
| $32⁹⁰ | $15⁴⁹ | $15⁹⁹ | $10⁵⁹ | Amazon's Choice | $17⁹⁹ |
| ✓prime | ✓prime | ✓prime | ✓prime | −38% $7⁹⁹ List Price: $12.99 ✓prime | ✓prime |

## Brands in this category on Amazon

Sponsored ⓘ



TEMLUM



Zythron

## Customer reviews

No customer reviews

| 5 star | | 0% |
|---|---|---|
| 4 star | | 0% |
| 3 star | | 0% |
| 2 star | | 0% |

# Gartwan

Visit the Gartwan storefront

★★★★☆ | **69% positive** in the last 12 months (16 ratings)



**Qivine Diamond Painting Tray Kit...**

$20⁵⁹

[ Add to Cart ]

---

## About Seller

Gartwan is committed to providing each customer with the highest standard of customer service.

### Have a question for Gartwan?

[ Ask a question ]

---

## Reviews

★★★★☆ 3.8 out of 5
16 ratings

[ 12 months ⌄ ]

| | | |
|---|---|---|
| 5 star | ████████████░░░░ | 69% |
| 4 star | ░░░░░░░░░░░░░░░░ | 0% |
| 3 star | ░░░░░░░░░░░░░░░░ | 0% |
| 2 star | █░░░░░░░░░░░░░░░ | 6% |
| 1 star | ████░░░░░░░░░░░░ | 25% |

Learn more about how seller reviews work on Amazon ⌄

### Share your thoughts with other customers

[ Leave seller feedback ]

**FILTER BY**

[ All stars ⌄ ]

16 total ratings, 16 with feedback for 12 months ⓘ

★★★★★ "Perfectl"

By Sandie on November 12, 2025.

★★★★★ "exactly what I was looking for"

By Chandra on November 5, 2025.

★☆☆☆☆ "I never received item although it says delivered on my account."

By Erin on August 27, 2025.

★★☆☆☆ "I cannot send this back because the return label is printed in an Asian language. Do you want me to just keep it?"

By Vicki Hollenbeck on August 7, 2025.

★☆☆☆☆ "~~When will I receive my dresses~~"

By Shahina Farooqi on August 2, 2025.

**Message from Amazon:** This item was fulfilled by Amazon, and we take responsibility for this fulfillment experience.

Previous Next

---

## Return & Refund Policies

To get information about the Return and Refund policies that may apply, please refer to Amazon's Return and Refund policy.

To initiate a return, visit Amazon's Online Return Center to request a return authorization from the seller.

For any issues with your return, if the product was shipped by the seller, you can get help here.

---

## Amazon's A-to-z Guarantee

The Amazon A-to-z Guarantee protects you when you purchase items sold and fulfilled by a third party seller. Our guarantee covers both the

Case: 1:26-cv-00358 Document #: 11-1 Filed: 02/05/26 Page 92 of 169 PageID #:1351

timely delivery and the condition of your items. If either are unsatisfactory, you can report the problem to us and our team will determine if you are eligible for a refund.

See full details

## Detailed Seller Information

**Business Name:** shen zhen shi an pu guang ke ji you xian gong si
**Business Address:**
龙华区龙华街道和联社区
锦华发工业园3栋硅谷大院T1栋A225
深圳市
广东
518110
CN

## Shipping Policies ⌄

## Other Policies ⌄

## Help ⌄

## Products

See all products currently offered by the seller.

Leave seller feedback

Back to top

### Get to Know Us

Careers

Amazon Newsletter

About Amazon

Accessibility

Sustainability

Press Center

Investor Relations

Amazon Devices

Amazon Science

### Make Money with Us

Sell on Amazon

Sell apps on Amazon

Supply to Amazon

Protect & Build Your Brand

Become an Affiliate

Become a Delivery Driver

Start a Package Delivery Business

Advertise Your Products

Self-Publish with Us

Become an Amazon Hub Partner

› See More Ways to Make Money

### Amazon Payment Products

Amazon Visa

Amazon Store Card

Amazon Secured Card

Amazon Business Card

Shop with Points

Credit Card Marketplace

Reload Your Balance

Gift Cards

Amazon Currency Converter

### Let Us Help You

Your Account

Your Orders

Shipping Rates & Policies

Amazon Prime

Returns & Replacements

Manage Your Content and Devices

Recalls and Product Safety Alerts

Registry & Gift List

Help

amazon

🌐 English ⇅     🇺🇸 United States

 **amazon** prime — Secure checkout ⌄

**Delivering to** ████████████████
████████████████ IL, 60435, United States    Change

Add delivery instructions

**Paying with** ████████    Change

Use a gift card, voucher, or promo code

ⓘ **Want to save time on your next order and go directly to this step when checking out?**
☐ Default to this delivery address and payment method.

 **Get a $125 Amazon Gift Card** upon approval for the Amazon Business Prime Card.
Terms apply.    Learn more

**Arriving Nov 26, 2025 - Dec 8, 2025**


Qivine Diamond Painting Tray Kit, 6 Grids Diamond Art Accessories and Tools, Beads Rhinestone Tray Sorter, Diamond Painting Tray Organizer with 6 Styles Diamond Pens for DIY Art Craft Supplies
$20.59
Ships from Gartwan
Sold by Gartwan

⊖ 1 +

◉ **Wednesday, Nov 26 – Monday, Dec 8**    $4.99

Gift options not available

**Place your order**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

| Items: | $20.59 |
| Shipping & handling: | $4.99 |
| Estimated tax to be collected:* | $1.80 |
| **Order total:** | **$27.38** |

**Place your order**  **Order total: $27.38**
By placing your order, you agree to Amazon's privacy notice and conditions of use.

Why has sales tax been applied? See tax and seller information.

Do you need help? Explore our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Colorado Purchasers: Important information regarding sales tax you may owe in your State





## Books you may like



Escaped Daughter (Morrigan University Book 1)
> Erin R Flynn
★★★★½ 3,697
Kindle Edition
$0⁹⁹
3 pts

Fire's Resonance: A Paranormal Dragon Romance (Hearts on Fir...
> Milly Taiden
★★★★½ 119
Kindle Edition
$2⁹⁹
9 pts

Fourth Wing (The Empyrean Book 1)
> Rebecca Yarros
★★★★★ 453,487
Kindle Edition
#1 Best Seller
$14⁹⁹
45 pts

## Books you may like in Kindle Unlimited

**amazon** prime

Deliver to Feiyang
Joliet 60435

All ▾ | Search Amazon | 🔍

EN ▾ | Hello, Wacky
Account & Lists ▾ | Returns
& Orders | 🛒 0

☰ All | 🔹 Rufus | **Holiday Deals** | Same-Day Delivery | Amazon Haul | Medical Care ▾ | Luxury | Amazon Basics | Groceries ▾ | Buy Again

Your Account › Your Orders › Order Details

# Order Details

Order placed November 13, 2025 | Order # 114-8407804-2237814

View invoice

**Ship to**

███████
██████
█████ IL 60435
United States

Change shipping address

████████████
██████████████

View related transactions

**Order Summary**

| | |
|---|---|
| Item(s) Subtotal: | $20.59 |
| Shipping & Handling: | $4.99 |
| Total before tax: | $25.58 |
| Estimated tax to be collected: | $1.80 |
| **Grand Total:** | **$27.38** |

## Arriving November 26 – December 8

Qivine Diamond Painting Tray Kit, 6 Grids Diamond Art Accessories and Tools, Beads Rhinestone Tray Sorter, Diamond Painting Tray Organizer with 6 Styles Diamond Pens for DIY Art Craft Supplies
Sold by: Gartwan
Supplied by: Other
$20.59

🔄 Buy it again

Track package

Cancel items

Write a product review

Change Payment Method

## Based on your reading

Page 1 of 11 ⋮

< 



kindleunlimited

**Beasts and Baubles (Trixie Towers Book 4)**
› Scarlett Dawn
★★★★½ 719
Kindle Edition
$5⁹⁹
18 pts



**The Internal Family Systems Workbook: A Guide to Discover Your...**
› Richard C. Schwartz
★★★★½ 381
Kindle Edition
-43% $12⁹⁹
Print List Price: $22.99
39 pts



kindleunlimited

**Patricia Briggs' Mercy Thompson: Moon Called Vol. 2**
Patricia Briggs
★★★★½ 394
Kindle Edition
$7⁹⁹
24 pts



kindleunlimited

**Winners, Losers, and Champagne Kisses (New Eden Asylum Book 3)**
› JB Trepagnier
★★★★½ 132
Kindle Edition
$4⁹⁹
15 pts

>

## Works with your Echo Device



Subtotal
**$20.59**

Go to Cart



**$20.59**
Only 20 left in
stock - order
soon.

1

1. Excellent Material: The drill bit pen is very light and will not feel tired if you hold it for a long time. With the stainless steel pen tip, it will never bend!

2. Easy to Use: Just paste the clay on the pen, then use the drill pen to paste the diamond to the desired location; the size is right, the drill speed is faster.

3. A Variety of Pen Tips: Different sizes of pen tips are very useful, you can choose different pen tips according to your preferences, as far as possible to meet your various needs.

4. Applicability: Diamond painting accessory tools are suitable for beginners and skilled people in diamond painting.

5. Multipurpose: Not only used for diamond painting, but also used as nail diamond pasting tools, mobile phones, laptop computers, hairpin decoration paste tools and other craft needs.

Spec:

Item Type: Diamond Painting Pen

Material: Plastic, Alloy

Purpose: Multi Type Point Drilling Method to Increase the Speed of Diamond Drawing Point Drilling

packing list:

1 x Multi Link Point Drill Pen

6 x Metal Head

# Product information

| | |
|---|---|
| Package Dimensions | 1.18 x 1.18 x 1.18 inches |
| Item Weight | 10.6 ounces |
| ASIN | B09R1JYN5F |
| Customer Reviews | 5.0 ★★★★★ ✓ (1)  5.0 out of 5 stars |
| Specific instructions for use | Other |
| Number of pieces | 6 |
| Batteries required | No |

## Warranty & Support

**Product Warranty:** For warranty information about this product, please click here

## Feedback

Would you like to tell us about a lower price? ⌄

# Videos

Help others learn more about this product by uploading a video!

Case: 1:26-cv-00358 Document #: 1-1 Filed: 02/05/26 Page 98 of 169 PageID #:1357



# Geiyuar

Visit the Geiyuar storefront

★★★☆☆ | **50% positive** in the last 12 months (24 ratings)

## About Seller

Geiyuar is committed to providing each customer with the highest standard of customer service.

**Have a question for Geiyuar?**

Ask a question

## Reviews

★★★☆☆ 3 out of 5
24 ratings

12 months ⌄

| | | |
|---|---|---|
| 5 star | ███████░░░ | 50% |
| 4 star | ░░░░░░░░░░ | 0% |
| 3 star | ░░░░░░░░░░ | 0% |
| 2 star | █░░░░░░░░░ | 4% |
| 1 star | █████░░░░░ | 46% |

Learn more about how seller reviews work on Amazon ⌄

**Share your thoughts with other customers**

Leave seller feedback

**FILTER BY**

All stars ⌄

24 total ratings, 24 with feedback for 12 months ⓘ

★★★★★ "Quality construction, easy and quick assembly. This looks better than expected once mounted my cookware. Very pleased, this compliments my kitchen. It's somehow…"

Read more

By richard mull on November 13, 2025.

★★★★★ "Seller shipped and delivered a week before promise date. Items packed appropriately and arrived without any damage."

By Lorna on November 5, 2025.

★☆☆☆☆ "~~i don't have my oder~~"

By Linh nguyen on October 31, 2025.

**Message from Amazon:** This item was fulfilled by Amazon, and we take responsibility for this fulfillment experience.

★☆☆☆☆ "Never received item"

By Timothy Wooten on September 27, 2025.

★☆☆☆☆ "~~Nolo recibi~~"

By Amazon Customer on September 11, 2025.

**Message from Amazon:** This item was fulfilled by Amazon, and we take responsibility for this fulfillment experience.

Previous Next

## Return & Refund Policies

To get information about the Return and Refund policies that may apply, please refer to Amazon's Return and Refund policy.

To initiate a return, visit Amazon's Online Return Center to request a return authorization from the seller.

For any issues with your return, if the product was shipped by the seller, you can get help here.

Case: 1:26-cv-00358 Document #: 11-1 Filed: 02/05/26 Page 100 of 169 PageID #:1359

## Amazon's A-to-z Guarantee

The Amazon A-to-z Guarantee protects you when you purchase items sold and fulfilled by a third party seller. Our guarantee covers both the timely delivery and the condition of your items. If either are unsatisfactory, you can report the problem to us and our team will determine if you are eligible for a refund.

See full details

## Detailed Seller Information

**Business Name:** shen zhen shi ge zhi yuan ke ji you xian gong si
**Business Address:**
罗湖区南湖街道新南社区深南东路2001号
鸿昌广场四十四层4403M5
深圳市
广东
518000
CN

Shipping Policies ⌄

Other Policies ⌄

Help ⌄

## Products

See all products currently offered by the seller.

Leave seller feedback

Back to top

**Get to Know Us**

Careers
Amazon Newsletter
About Amazon
Accessibility
Sustainability
Press Center
Investor Relations
Amazon Devices
Amazon Science

**Make Money with Us**

Sell on Amazon
Sell apps on Amazon
Supply to Amazon
Protect & Build Your Brand
Become an Affiliate
Become a Delivery Driver
Start a Package Delivery Business
Advertise Your Products
Self-Publish with Us
Become an Amazon Hub Partner
› See More Ways to Make Money

**Amazon Payment Products**

Amazon Visa
Amazon Store Card
Amazon Secured Card
Amazon Business Card
Shop with Points
Credit Card Marketplace
Reload Your Balance
Gift Cards
Amazon Currency Converter

**Let Us Help You**

Your Account
Your Orders
Shipping Rates & Policies
Amazon Prime
Returns & Replacements
Manage Your Content and Devices
Recalls and Product Safety Alerts
Registry & Gift List
Help

Case: 1:26-cv-00358 Document #: 11-1 Filed: 02/05/26 Page 101 of 169 PageID #:1360



**amazon** prime                    Secure checkout ⌄                    🛒

**Delivering to** ▓▓▓▓▓▓▓                                    Change
▓▓▓▓▓▓▓▓▓▓ IL, 60435, United States

Add delivery instructions

**Paying with** ▓▓▓▓▓                                         Change

Use a gift card, voucher, or promo code

ℹ **Want to save time on your next order and go directly to this step when checking out?**

☐ Default to this delivery address and payment method.

 **Get a $125 Amazon Gift Card** upon approval for the Amazon Business Prime Card.
Terms apply.                                                 Learn more

**Arriving Nov 25, 2025 - Dec 5, 2025**

 Pen Set with 6pcs Metal Tips Blue DIY Multi Point 5D Tool Art Accessories for DIY Embroidery
**$11.64**
Ships from Geiyuar
Sold by Geiyuar

◉ **Tuesday, Nov 25 - Friday, Dec 5**      FREE

🗑 1 +

Gift options not available

---

**Place your order**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

Items:                              $11.64
Shipping & handling:                 $0.00
Estimated tax to be collected:*      $1.02
**Order total:**                    **$12.66**

---

**Place your order**      **Order total: $12.66**
By placing your order, you agree to Amazon's privacy notice and conditions of use.

Why has sales tax been applied? See tax and seller information.

Do you need help? Explore our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Colorado Purchasers: Important information regarding sales tax you may owe in your State

Most new, unused items sold by Amazon, or millions of third-party sellers are eligible for Free Returns, within 30 days of delivery. For the 2025 holiday season, most items purchased between November 1 and December 31, 2025 can be returned through January 31, 2026. Apple-branded products purchased between November 1 and December 31, 2025 can be returned through January 15, 2026. For exceptions see Amazon.com's Returns Policy

Case: 1:26-cv-00358 Document #: 11-1 Filed: 02/05/26 Page 102 of 169 PageID #:1361



**amazon** prime

**Secure checkout** ⌄

**Delivering to** ▪▪▪▪▪▪▪
▪▪▪▪▪▪▪ IL, 60435, United States

Add delivery instructions

Change

**Paying with** ▪▪▪▪▪▪▪

Use a gift card, voucher, or promo code

Change

ⓘ **Want to save time on your next order and go directly to this step when checking out?**

☐ Default to this delivery address and payment method.

**Get a $125 Amazon Gift Card** upon approval for the Amazon Business Prime Card.
Terms apply.

Learn more

**Arriving Nov 25, 2025 - Dec 5, 2025**

Pen Set with 6pcs Metal Tips Blue DIY Multi Point 5D Tool Art Accessories for DIY Embroidery
**$11.64**
Ships from Geiyuar
Sold by Geiyuar

🗑 1 +

Gift options not available

◉ **Tuesday, Nov 25 - Friday, Dec 5**     FREE

**Place your order**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

Items:                                    $11.64
Shipping & handling:               $0.00
Estimated tax to be collected:*   $1.02
**Order total:**                      **$12.66**

**Place your order**

**Order total: $12.66**
By placing your order, you agree to Amazon's privacy notice and conditions of use.

Why has sales tax been applied? See tax and seller information.

Do you need help? Explore our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Colorado Purchasers: Important information regarding sales tax you may owe in your State

Most new, unused items sold by Amazon, or millions of third-party sellers are eligible for Free Returns, within 30 days of delivery. For the 2025 holiday season, most items purchased between November 1 and December 31, 2025 can be returned through January 31, 2026. Apple-branded products purchased between November 1 and December 31, 2025 can be returned through January 15, 2026. For exceptions see Amazon.com's Returns Policy





## ✅ Order placed, thanks!

Confirmation will be sent to your email.

**Shipping to** ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉ IL, 60435, United States

**Nov. 25 – Dec. 5**
Estimated delivery

Review or edit your recent orders ›

### Follow the brand

Get deals, new products updates, and more.

**Pssopp**

Follow



Get a **Get a $125 Amazon Gift Card** upon approval for the Amazon Business Prime Card.
Terms apply.

Learn more

## Pick up where you left off  See more



**Fully Assembled Mini 3D Printer for Kids and Beginners – Complete Starter Kit with Auto...**
★★★★½ 418
`Amazon's Choice`
$239⁹⁹
✓prime FREE Delivery
**Saturday, Nov 15**

**Upgraded Tina2S 3D Printer, HEPHI3D 3D Printers WiFi Cloud Printing Auto Bed Leveling, Fully Assembl...**
★★★★½ 261
-15% $195⁹⁹
List: $229.99
✓prime FREE One-Day Get it
**Tomorrow, Nov 14**

**Tina2S 3D Printer, HEPHI3D 3D Printers W Cloud Printing Auto Be Leveling, Fully Assemb Mini 3D Printer for...**
★★★★☆ 31
$229⁹⁹
✓prime FREE Delivery
**Saturday, Nov 15**

## Based on your reading

Page 1 of 4 ⋮

<       >

11/13/25, 11:36 AM — Amazon.com: Multipurpose Gemstone Painting Pen Set, 6pcs Metal Tips, Blue 10-I 5D Tool for Beginners Skilled, Lightweight Pla…

Case: 1:26-cv-00358 Document #: 11-1 Filed: 02/05/26 Page 104 of 169 PageID #:1363



- **Suitable for All Levels:** Whether you're a beginner or a skilled Gemstone painter, this set of accessory tools is suited to meet your requirements, making art of Gemstone painting accessible to everyone.
- **Variety of Pen Tips:** Comes with 6 different metal tips, allowing you to choose size for your and preference, ensuring accurate and efficiency in your Gemstone painting .
- **to Use:** Simply apply clay to pen and use drill pen to effortlessly place in desired locations. pen's lightweight and stainless steel tips ensure a comfortable grip and durability.
- **Excellent Material:** Made from a combination of plastic and alloy, this Gemstone painting pen is lightweight, reducing hand fatigue during extended use. stainless steel tips maintain their shape, ensuring accurate and .

Report an issue with this product or seller

**Pay-per-visit telehealth**
Start a virtual visit 24/7 for common concerns like acne, allergies, hair loss,

11/13/25, 11:36 AM — Amazon.com: Multipurpose Gemstone Painting Pen Set, 6pcs Metal Tips, Blue DIY 5D Tool for Beginners Skilled, Lightweight Pla…

Case: 1:26-cv-00358 Document #: 11-1 Filed: 02/05/26 Page 105 of 169 PageID #:1364

and more through One
Medical Pay-per-visit
(formerly Amazon Clinic).

Get treatment now >

Subtotal
$19.59

Go to Cart



$19.59

1

## Bundle these items

 +  +

Total price: $31.92

**Add all 3 to Cart**

ⓘ These items are shipped from and sold by different sellers.
Show details

**This item:** Multipurpose Gemstone Painting Pen Set, 6pcs Metal Tips, Blue DIY 5D…
$19⁵⁹ ($19.59/count)

Sponsored ⓘ
Dual Heads Diamond Painting Pen Dotting Wax Pen Rhinestones Gem Picker Pen…
★★★★★ 1
$6²⁴

Sponsored ⓘ
PAMINGONO 4pcs Diamond Pen Diamond Dotting Tools Rhinestone Applicator Nail Ar…
$6⁰⁹ ($6.09/count)

## Based on your recent views Sponsored ⓘ

    

Avimegii 19PCS Diamond Art Pens Luminous 5D Diamond Painting Pen, 40%
★★★★½ 393
-5% $15¹⁹
Typical: $15.99
✓prime

Caydo Cordless Electric Diamond Painting Pen, E-Painter for Diamond Painting - Diam…
★★★★☆ 302
-13% $25⁹⁹
Typical: $29.99
✓prime

Automatic Refillable Wax Pen, 2025 New Upgrade Diamond Art Pen with 30Pcs Wax Diamo…
★★★★★ 2
$12⁹⁹

Snewvie Diamond Painting Pen Accessories Tools Set,3PCS Glitter Diamond Art Pen and…
★★★★½ 316
-5% $17⁹⁹
Typical: $18.99
✓prime

Electric Wirless Diamond Painting Pen,Vacuum Diamond Art Pen with Charging Base, 6 …
★★★★½ 34
$39⁹⁹
✓prime
You pay $33.99 with coupon

## Product Description

Item Type: Painting Pen
Material: Plastic, Alloy
Purpose: Multi Type Point Drilling Method to Increase the Speed of Drawing Point Drilling

Package List:
1 x Multi Link Point Drill Pen
6 x Metal Head

## Product details

**Package Dimensions** : 4.72 x 4.72 x 0.39 inches; 2.01 ounces
**Item model number** : ZKEOOIVA6svgrakn5i
**Manufacturer** : ZKEOOIVA
**ASIN** : B0FC511F4L

## Videos

Help others learn more about this product by uploading a video!

Upload your video

## Similar brands on Amazon

11/13/25, 11:36 AM    Amazon.com: Multipurpose Gemstone Painting Pen Set, 6pcs Metal Tips, glue 10/5 Diffor for Beginners Skilled, Lightweight Pla…

Case: 1:26-cv-00358 Document #: 11-1 Filed: 02/05/26 Page 106 of 169 PageID #:1365

Sponsored ⓘ

Subtotal
**$19.59**

Go to Cart

$19.59

1

Diamond Grinding Burr Bit Set, 20Pcs
Rotary Tool Accessories Stone Carving...
4.4 ★★★★☆ 1,189
$13.99

Stone Carving Set Diamond Burr Bits
Compatible with Dremel, Rotary Tools...
4.6 ★★★★★ 12
$13.97

## Looking for specific info?

Ask Rufus or search reviews and Q&A →

Can it be used on different surfaces?    Does it come with instructions?    Is it easy to switch between tips?

What types of crafts is it good for?    Is this pen set good for detailed work?

## Customer reviews

| | | |
|---|---|---|
| 5 star | | 0% |
| 4 star | | 0% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | | 0% |

No customer reviews

How customer reviews and ratings work ⌄

## Brand in this category on Amazon



HARDELL

Engraving Pen for Metal, Wood, Glass, Plastic
Shop HARDELL ›



Engraver Pen,
HARDELL
★★★★☆ 244
✓prime

Electric Engraving
Pen, HARDELL
★★★★☆ 244
✓prime

HARDELL
Engraving Pen 6
★★★★☆ 244
✓prime

Sponsored ⓘ

## Customers also viewed these products

⋮

Case: 1:26-cv-00358 Document #: 11-1 Filed: 02/05/26 Page 107 of 169 PageID #:1366



# GGadget Grove

Visit the GGadget Grove storefront

Just launched | No feedback yet

**Multipurpose Gemstone Painting...**
$19⁵⁹ ($ 19.59 / count)

Add to Cart

## About Seller

GGadget Grove is committed to providing each customer with the highest standard of customer service.

**Have a question for GGadget Grove?**

Ask a question

## Return & Refund Policies

To get information about the Return and Refund policies that may apply, please refer to Amazon's Return and Refund policy.

To initiate a return, visit Amazon's Online Return Center to request a return authorization from the seller.

For any issues with your return, if the product was shipped by the seller, you can get help here.

## Amazon's A-to-z Guarantee

The Amazon A-to-z Guarantee protects you when you purchase items sold and fulfilled by a third party seller. Our guarantee covers both the timely delivery and the condition of your items. If either are unsatisfactory, you can report the problem to us and our team will determine if you are eligible for a refund.

See full details

## Detailed Seller Information

**Business Name:** shenzhenshi yilan maoyi youxian gongsi
**Business Address:**
马田街道石家社区峰荟时代科技中心B座201
光明区
深圳市
广东
518107
CN

## Shipping Policies ⌄

## Other Policies ⌄

## Help ⌄

## Products

See all products currently offered by the seller.

Leave seller feedback

 

## Secure checkout ⌄

**Delivering to** ▓▓▓▓▓▓
▓▓▓▓▓▓▓▓▓▓▓ IL, 60435, United States   Change

Add delivery instructions

**Paying with** ▓▓▓▓▓   Change

Use a gift card, voucher, or promo code

> ⓘ **Want to save time on your next order and go directly to this step when checking out?**
>
> ☐ Default to this delivery address and payment method.

 **Get a $125 Amazon Gift Card** upon approval for the Amazon Business Prime Card.
Terms apply.

( Learn more )

### Arriving Dec 8, 2025 – Dec 16, 2025

 Multipurpose Gemstone Painting Pen Set, 6pcs Metal Tips, Blue DIY 5D Tool for Beginners Skilled, Lightweight Plastic Alloy Material, Increase Speed of Gemstone Drawing
**$19.59 ($19.59 / count)**
Ships from GGadget Grove
Sold by GGadget Grove

[🗑 1 +]

Gift options not available

◉ **Monday, Dec 8 – Tuesday, Dec 16**   FREE

**Place your order**

**Order total: $21.30**
By placing your order, you agree to Amazon's privacy notice and conditions of use.

---

**Place your order**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

| Items: | $19.59 |
|---|---|
| Shipping & handling: | $0.00 |
| Estimated tax to be collected:* | $1.71 |
| **Order total:** | **$21.30** |

---

Why has sales tax been applied? See tax and seller information.

Do you need help? Explore our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Colorado Purchasers: Important information regarding sales tax you may owe in your State

Most new, unused items sold by Amazon, or millions of third-party sellers are eligible for Free Returns, within 30 days of delivery. For the 2025 holiday season, most items purchased between November 1 and December

Sponsored ⓘ

Tools & Home Improvement › Power & Hand Tools › Power Tool Parts & Accessories › Screwdriver Accessories › Screwdriver Bits › Extension Bits



Roll over image to zoom in

# Pen Nibs 13pcs/Set Stainless Steel Brush Tips for Painting Tools Crafts Accessories

Brand: Ruluti

$17$^03

Get $10 off instantly: Pay $7.03 $17.03 upon approval for the Amazon Store Card. No annual fee.

| Brand | Ruluti |
|---|---|
| Color | Silver |
| Size | one size |
| Product Dimensions | 5"D x 5"W x 5"H |
| Item Weight | 65 Grams |
| Manufacturer | Ruluti |

## About this item

- Package content: you will receive 13 pieces of different pen tips, including round drill bit, drill bit, 2 drills bit, 3 drills bit, 4 drills bit, 5 drills bit, 6 drills bit, 7 drills bit, 8 drills bit, 9 drills bit, 10 drills bit, elbow drill pen tip, and corrective pen tip, each style has 1 piece, rich styles and sufficient quantity for your use and replacement.
- Convenient to assemble and use: these pen tips are easy to use and assemble, just gently connect it to the brush, easy for installation, which will bring you a pleasant using experience, and save a lot of time to make paintings or other DIY projects.
- Reliable material: these replacement pen are made of stainless steel material, safe, sturdy, , and not easy to break, rust and fade, which can be applied for a long time, ideal supplies for your painting works.
- Exquisite design: these pen tips are designed with ideal size and shape, so they featured with nice adhesion, you can grab the with ease, and without your hand getting fatigued, helping to save your time and energy.
- Widely applicable: these pen tips can be applied to various styles of pens, can handle different , such as round , , crystal and so on, suitable for art paintings, cross stitch, embroidery and mosaic making.

Report an issue with this product or seller

Sponsored ⓘ

$17$^03

FREE delivery **November 5 - 27**. Details

Deliver to Chicago 60604

**In Stock**

Quantity: 1

Add to Cart

Buy Now

Ships from    guixiulindianzi
Sold by    guixiulindianzi
Returns    30-day refund/replacement
Payment    Secure transaction

Add to List

Sponsored ⓘ





# Videos

Help others learn more about this product by uploading a video!

Upload your video

# Looking for specific info?

Search in reviews, Q&A…

# Product information

| Measurements | ⌄ |
|---|---|

| Style | ⌄ |
|---|---|
| **Item details** | ⌄ |

### Warranty & Support

**Product Warranty:** For warranty information about this product, please click here

### Feedback

Would you like to **tell us about a lower price?** ⌄

## Product Description

Specifications:
Material: Stainless Steel
Package includes:
13pcs/set * Pen Nibs

Warm Notice:
1 inch=2.54cm/1cm=10mm=0.39inch
2. Please allow slight size error due to manual measurement.
3. Please allow slight color difference due to different monitor.

# Customer reviews

5 star  0%
4 star  0%
3 star  0%
2 star  0%
1 star  0%

⌄ How customer reviews and ratings work

## Review this product

Share your thoughts with other customers

Write a customer review

No customer reviews

Sponsored ⓘ

## See personalized recommendations

Sign in

New customer? Start here.



Back to top

| Get to Know Us | Make Money with Us | Amazon Payment Products | Let Us Help You |
| --- | --- | --- | --- |
| Careers | Sell on Amazon | Amazon Visa | Your Account |
| Amazon Newsletter | Sell apps on Amazon | Amazon Store Card | Your Orders |
| About Amazon | Supply to Amazon | Amazon Secured Card | Shipping Rates & Policies |
| Accessibility | Protect & Build Your Brand | Amazon Business Card | Amazon Prime |
| Sustainability | Become an Affiliate | Shop with Points | Returns & Replacements |
| Press Center | Become a Delivery Driver | Credit Card Marketplace | Manage Your Content and Devices |
| Investor Relations | Start a Package Delivery Business | Reload Your Balance | Recalls and Product Safety Alerts |
| Amazon Devices | Advertise Your Products | Gift Cards | Registry & Gift List |
| Amazon Science | Self-Publish with Us | Amazon Currency Converter | Help |
|  | Become an Amazon Hub Partner |  |  |
|  | › See More Ways to Make Money |  |  |

English    United States

| Amazon Music Stream millions of songs | Amazon Ads Reach customers wherever they spend their time | 6pm Score deals on fashion brands | AbeBooks Books, art & collectibles | ACX Audiobook Publishing Made Easy | Sell on Amazon Start a Selling Account | Veeqo Shipping Software Inventory Management |
| Amazon Business Everything For Your Business | Amazon Fresh Groceries & More Right To Your Door | AmazonGlobal Ship Orders Internationally | Home Services Experienced Pros Happiness Guarantee | Amazon Web Services Scalable Cloud Computing Services | Audible Listen to Books & Original Audio Performances | Box Office Mojo Find Movie Box Office Data |
| Goodreads Book reviews & recommendations | IMDb Movies, TV & Celebrities | IMDbPro Get Info Entertainment Professionals Need | Kindle Direct Publishing Indie Digital & Print Publishing Made Easy | Amazon Photos Unlimited Photo Storage Free With Prime | Prime Video Direct Video Distribution Made Easy | Shopbop Designer Fashion Brands |
| Amazon Resale Great Deals on Quality Used Products | Whole Foods Market America's Healthiest Grocery Store | Woot! Deals and Shenanigans | Zappos Shoes & Clothing | Ring Smart Home Security Systems | eero WiFi Stream 4K Video in Every Room | Blink Smart Security for Every Home |
| Neighbors App Real-Time Crime & Safety Alerts | Amazon Subscription Boxes Top subscription boxes – right to your door | PillPack Pharmacy Simplified | Amazon Renewed Like-new products you can trust |  |  |  |

Conditions of Use    Privacy Notice    Consumer Health Data Privacy Disclosure    Your Ads Privacy Choices

© 1996–2024, Amazon.com, Inc. or its affiliates



1/2



Roll over image to zoom in

# Diamond Painting Pen Set Metal Tips Blue DIY Diamond Painting Tool for Craft Decoration

Brand: SWEETBLOOM

Search this page

$11.49

- [EXCELLENT MATERIAL]: The drill bit pen is lightweight and won't cause fatigue even after prolonged use. The stainless steel pen tip ensures durability and stability.
- [EASY TO USE]: Simply apply clay on the pen and use it to place diamonds on the desired spot. The size and speed make the drilling process efficient.
- [VARIETY OF PEN TIPS]: With different sizes of pen tips available, you can customize your diamond painting experience to suit your preferences and needs.
- [APPLICABILITY]: Ideal for both beginners and experienced diamond painters, this accessory tool is versatile and user-friendly.
- [MULTIPURPOSE]: Beyond diamond painting, this tool can also be used for nail art, phone decoration, laptop embellishments, hairpin crafts, and more.

💬 Report an issue with this product or seller

$11.49

FREE delivery **November 22 - December 6**. Details

📍 Deliver to Chicago 60604

**Only 10 left in stock - order soon.**

Quantity: 1 ▾

Add to Cart

Buy Now

| Ships from | haerbinkufengkaishangma |
|---|---|
| Sold by | haerbinkufengkaishangma |
| Returns | Returnable until Jan 31, 20 |
| Payment | Secure transaction |

Add to List

## Product information

| | |
|---|---|
| Package Dimensions | 4.72 x 4.72 x 0.39 inches |
| Item model number | SWEETBLOOM2ypaodq06x |
| ASIN | B0DM1FV9TJ |
| Item Weight | 2.01 ounces |
| Manufacturer | SWEETBLOOM |
| Date First Available | November 5, 2024 |

### Warranty & Support

**Product Warranty:** For warranty information about this product, please **click here**

### Feedback

Would you like to **tell us about a lower price?** ⌄

## Product Description

[EXCELLENT MATERIAL]: The drill bit pen is lightweight and won't cause fatigue even after prolonged use. The stainless steel pen tip ensures durability and stability.
[EASY TO USE]: Simply apply clay on the pen and use it to place diamonds on the desired spot. The size and speed make the drilling process efficient.
[VARIETY OF PEN TIPS]: With different sizes of pen tips available, you can customize your diamond painting experience to suit your preferences and needs.
[APPLICABILITY]: Ideal for both beginners and experienced diamond painters, this accessory tool is versatile and user-friendly.
[MULTIPURPOSE]: Beyond diamond painting, this tool can also be used for nail art, phone decoration, laptop embellishments, hairpin crafts, and more.

Spec:
Item Type: Diamond Painting Pen
Material: Plastic, Alloy
Purpose: Multi Type Point Drilling Method to Increase the Speed of Diamond Drawing Point Drilling

Package List：
1 x Multi Link Point Drill Pen
6 x Metal Head

Note：

## Videos

Help others learn more about this product by uploading a video!

Upload your video

## Looking for specific info?

🔍 Search in reviews, Q&A...

## Customer reviews

No customer reviews

| | | |
|---|---|---|
| 5 star | | 0% |
| 4 star | | 0% |
| 3 star | | 0% |
| 2 star | | 0% |

1 star | | 0%

How customer reviews and ratings work

## Review this product

Share your thoughts with other customers

Write a customer review

---

## See personalized recommendations

Sign in

New customer? Start here.

---

Back to top

| Get to Know Us | Make Money with Us | Amazon Payment Products | Let Us Help You |
| --- | --- | --- | --- |
| Careers | Sell on Amazon | Amazon Visa | Your Account |
| Amazon Newsletter | Sell apps on Amazon | Amazon Store Card | Your Orders |
| About Amazon | Supply to Amazon | Amazon Secured Card | Shipping Rates & Policies |
| Accessibility | Protect & Build Your Brand | Amazon Business Card | Amazon Prime |
| Sustainability | Become an Affiliate | Shop with Points | Returns & Replacements |
| Press Center | Become a Delivery Driver | Credit Card Marketplace | Manage Your Content and Devices |
| Investor Relations | Start a Package Delivery Business | Reload Your Balance | Recalls and Product Safety Alerts |
| Amazon Devices | Advertise Your Products | Gift Cards | Registry & Gift List |
| Amazon Science | Self-Publish with Us | Amazon Currency Converter | Help |
| | Become an Amazon Hub Partner | | |
| | › See More Ways to Make Money | | |

---

English    United States

| Amazon Music | Amazon Ads | 6pm | AbeBooks | ACX | Sell on Amazon | Veeqo |
| --- | --- | --- | --- | --- | --- | --- |
| Stream millions of songs | Reach customers wherever they spend their time | Score deals on fashion brands | Books, art & collectibles | Audiobook Publishing Made Easy | Start a Selling Account | Shipping Software Inventory Management |
| Amazon Business | Amazon Fresh | AmazonGlobal | Home Services | Amazon Web Services | Audible | Box Office Mojo |
| Everything For Your Business | Groceries & More Right To Your Door | Ship Orders Internationally | Experienced Pros Happiness Guarantee | Scalable Cloud Computing Services | Listen to Books & Original Audio Performances | Find Movie Box Office Data |
| Goodreads | IMDb | IMDbPro | Kindle Direct Publishing | Amazon Photos | Prime Video Direct | Shopbop |
| Book reviews & recommendations | Movies, TV & Celebrities | Get Info Entertainment Professionals Need | Indie Digital & Print Publishing Made Easy | Unlimited Photo Storage Free With Prime | Video Distribution Made Easy | Designer Fashion Brands |
| Amazon Resale | Whole Foods Market | Woot! | Zappos | Ring | eero WiFi | Blink |
| Great Deals on Quality Used Products | America's Healthiest Grocery Store | Deals and Shenanigans | Shoes & Clothing | Smart Home Security Systems | Stream 4K Video in Every Room | Smart Security for Every Home |
| | Neighbors App | Amazon Subscription Boxes | PillPack | Amazon Renewed | | |
| | Real-Time Crime & Safety Alerts | Top subscription boxes – right to your door | Pharmacy Simplified | Like-new products you can trust | | |

Conditions of Use    Privacy Notice    Consumer Health Data Privacy Disclosure    Your Ads Privacy Choices

© 1996-2024, Amazon.com, Inc. or its affiliates

Case: 1:26-cv-00358 Document #: 12-1 Filed: 02/05/26 Page 114 of 169 PageID #:1373



# haerbinkufengkaishangmaoyouxiangongsi

Visit the haerbinkufengkaishangmaoyouxiangongsi storefront

Just launched  |  No feedback yet

**Diamond Painting Pen Set Metal ...**
$11⁴⁹

Add to Cart

🎗 **Protected by A-to-z Guarantee** The Amazon A-to-z Guarantee protects you when you purchase items sold and fulfilled by a third party seller. Read more

## About Seller

haerbinkufengkaishangmaoyouxiangongsi is committed to providing each customer with the highest standard of customer service.

**Have a question for haerbinkufengkaishangmaoyouxiangongsi?**

Ask a question

## Return & Refund Policies

To get information about the Return and Refund policies that may apply, please refer to Amazon's Return and Refund policy.

To initiate a return, visit Amazon's Online Return Center to request a return authorization from the seller.

For any issues with your return, if the product was shipped by the seller, you can get help here.

## Amazon's A-to-z Guarantee

The Amazon A-to-z Guarantee protects you when you purchase items sold and fulfilled by a third party seller. Our guarantee covers both the timely delivery and the condition of your items. If either are unsatisfactory, you can report the problem to us and our team will determine if you are eligible for a refund.

See full details

## Detailed Seller Information

**Business Name:** haerbinkufengkaishangmaoyouxiangongsi
**Business Address:**
  43号楼
  甘井子区前关益丰乾城小区
  大连市
  辽宁
  116000
  CN

## Shipping Policies ⌄

## Other Policies ⌄

## Help ⌄

## Products

See all products currently offered by the seller.

Leave seller feedback

### See personalized recommendations

Sign in

New customer? Start here.

Back to top

| Get to Know Us | Make Money with Us | Amazon Payment Products | Let Us Help You |
| --- | --- | --- | --- |
| Careers | Sell on Amazon | Amazon Visa | Your Account |
| Amazon Newsletter | Sell apps on Amazon | Amazon Store Card | Your Orders |
| About Amazon | Supply to Amazon | Amazon Secured Card | Shipping Rates & Policies |
| Accessibility | Protect & Build Your Brand | Amazon Business Card | Amazon Prime |
| Sustainability | Become an Affiliate | Shop with Points | Returns & Replacements |
| Press Center | Become a Delivery Driver | Credit Card Marketplace | Manage Your Content and Devices |
| Investor Relations | Start a Package Delivery Business | Reload Your Balance | Recalls and Product Safety Alerts |
| Amazon Devices | Advertise Your Products | Gift Cards | Registry & Gift List |
| Amazon Science | Self-Publish with Us | Amazon Currency Converter | Help |
| | Become an Amazon Hub Partner | | |
| | › See More Ways to Make Money | | |

amazon.com

amazon

Deliver to
Chicago 60604

haerbinkufengkaishangmaoyouxiangongsi

Search Amazon

EN

Hello, sign in
Account & Lists

Returns
& Orders

0
Cart

All | Holiday Deals | Medical Care | Best Sellers | Prime | Amazon Basics | Today's Deals | New Releases | Groceries | Music | Customer Service | Amazon Home | Registry | Pharmacy | Gift Cards | Books

1-16 of 147 results

Sort by: Featured

**Department**
Arts, Crafts & Sewing
Automotive
Beauty & Personal Care
Electronics
Health & Household
Home & Kitchen
Industrial & Scientific
Office Products
Patio, Lawn & Garden
Tools & Home Improvement

**Condition**
New

**Availability**
☐ Include Out of Stock

## Results

Check each product page for other buying options. Price and other details may vary based on product size and color.



### Multifunctional Watch Press Set & Watch Case Closer - Watch Back Case Opener Tool
$309⁵⁹
FREE delivery **Nov 22 - Dec 6**
Only 10 left in stock - order soon.
Add to cart



### 4 in 1 Makeup Bags Portable & Multifunctional Cosmetic Storage for Travel
$7³⁹
FREE delivery **Nov 22 - Dec 6**
Only 10 left in stock - order soon.
Add to cart



### PETG Foaming Pump Mousse Bubble Bottle for Hand Washing Cosmetics Subpackage 300ml (Translucent green flower sparkling bottle)
$10⁹⁹ ($10.99/Count)
FREE delivery **Nov 22 - Dec 6**
Only 10 left in stock - order soon.
Add to cart



### Mesh Makeup Brush Pouch Bag Translucent Breathable Multipurpose Zipper Closure Organizer Bag for Travel and Daily Use
$8²⁹ ($8.29/Count)
FREE delivery **Nov 22 - Dec 6**
Only 10 left in stock - order soon.
Add to cart



### Watch Winder Display Storage Box 4 Watches Microfiber Leather Fingerprint Unlock Quiet USB Powered Home Organization
$455⁰⁹
FREE delivery **Nov 22 - Dec 6**
Only 10 left in stock - order soon.
Add to cart



### Large Capacity Black Makeup Brush Storage Bag Portable Silicone Travel Holder Home
$9⁷⁹
FREE delivery **Nov 22 - Dec 6**
Only 10 left in stock - order soon.
Add to cart



### Clear Cosmetic Bags Transparent Large Capacity Water Resistant Travel Makeup Wash Bag
$8⁵⁹
FREE delivery **Nov 22 - Dec 6**
Only 10 left in stock - order soon.
Add to cart



### Compact RS485 5-in-1 Weather Environment Sensor - Measure Wind Speed, Direction, Temp, Humidity, Pressure - Ideal for Environmental Monitoring
$139⁵⁹
FREE delivery **Nov 22 - Dec 6**
Only 10 left in stock - order soon.
Add to cart



### LED Coffee Table with 4 Drawers White Living Room Furniture Modern Stylish Home Decor Accent Piece
$144¹⁴
FREE delivery **Nov 22 - Dec 6**

## Amazon

## Checkout (1 item)

🔒

**1  Shipping address**                                    Change

IL 60604-3606

Add delivery instructions

**2  Payment method**                                      Change

**Paying with Visa** ▮▮▮▮

⌄ Add a gift card or promotion code or voucher

[ Enter code ]  [ Apply ]

**3  Offers**                                              Change

**4  Review items and shipping**

> ⓘ **Want to save time on your next order and go directly to this step when checking out?**
> ☐ Default to this delivery address and payment method.

**FREE TRIAL**

**Lisa, we're giving you 30 days of Prime benefits for FREE**          [ Try Prime FREE for 30 days › ]

**Arriving Nov 22, 2024 - Dec 6, 2024**
Items shipped from haerbinkufengkaishangmaoyouxiangongsi



**Diamond Painting Pen Set Metal Tips Blue DIY Diamond Painting Tool for Craft Decoration**
**$11.49**
Qty: 1 ⌄
Sold by:
haerbinkufengkaishangmaoyouxiangongsi

Gift options not available

**Choose a delivery option:**
◉ **Friday, Nov 22 - Friday, Dec 6**
FREE Delivery

[ Place Your Order and Pay ]     **Order total: $12.67**

You'll be securely redirected to Visa to complete this transaction.

By placing your order, you agree to Amazon's privacy notice and conditions of use.

---

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

---

### Right sidebar

**Lisa, get in on the perks. We're giving you 30 days of Prime benefits for FREE.**

[ Try Prime FREE ]

[ **Place Your Order and Pay** ]

You'll be securely redirected to Visa to complete this transaction.

By placing your order, you agree to Amazon's privacy notice and conditions of use.

## Order Summary

| | |
|---|---|
| Items: | $11.49 |
| Shipping & handling: | $0.00 |
| Total before tax: | $11.49 |
| Estimated tax to be collected:* | $1.18 |
| **Order total:** | **$12.67** |

How are shipping costs calculated?

amazon

Deliver to Chicago 60604

Beauty & Personal Care

Search Amazon

EN

Hello, Lisa Account & Lists

Returns & Orders

0 Cart

All    Rufus    Digital Gifts    Same-Day Delivery    Gift Cards    Medical Care    Amazon Basics    New Releases    Shop By Interest    Amazon Home    Pharmacy

THURSDAY NIGHT FOOTBALL    18 : 17 : 33

All Beauty    Premium Beauty    Makeup    Skin Care    Hair Care    Fragrance    Tools & Accessories    Personal Care    Oral Care    Men's Grooming    Professional Beauty    Best Sellers    New Arrivals    FSA Eligible Items

amazon one medical    Up to 50% off anti-aging skin care treatment
Limited-time offer, terms apply

Arts, Crafts & Sewing › Crafting › Mosaic Making › Diamond Painting Kits & Accessories › Tools & Accessories

## Rhinestone Painting Pen,Painting Drill Pen Assorted Alloy Heads Ergonomic Handle Point Drill Pen for Handicraft DIY Painting Nail Art Cross Stitch Decoration (Green)

Brand: HISEEINLABEL

Search this page

$11.49 ($11.49 / Count)

**Color: Green**

$11.49 ($11.49 / Count)    $11.59 ($11.59 / Count)

- Material: This point drill pen is made from premium colophony material, strong, smoothing and not easy to break.nice adhesive force allows you to grasp rhinestones easily fits hand perfectly, great to work on drill painting
- Ergonomic Handle: The handle of this rhinestone drill pen is so light that you won't get tired when holding features ergonomic design which ensures comfortable grip
- Beautiful Luster: This rhinestone painting pen presents vibrant and beautiful luster, which will bring you a pleasant user experience
- 6 Metal Heads: This painting drill pen comes with 6 metal drill pen heads can be freely replaced to meet daily use needs,can meet your different needs in the process of DIY
- Easy Assembly: This rhinestone art drill pen is easy to use and assemble, suitable for beginners and skillful players,can also be applied to nail art, cross-stitch, embroidery, mosaic making, etc. ideal choice as a present for yourself

💬 Report an issue with this product or seller

**Pay-per-visit telehealth**
Start a virtual visit 24/7 for common concerns like acne, allergies, hair loss, and more through One Medical Pay-per-visit (formerly Amazon Clinic). Get treatment now >

Roll over image to zoom in

$11.49 ($11.49 / Count)

FREE delivery **January 16 - 28**.
Details

Deliver to Chicago 60604

**In Stock**

Quantity: 1

Add to Cart

Buy Now

Ships from    hiseein
Sold by    hiseein
Returns    Returnable until Jan 31, 2025
Payment    Secure transaction

See more

Add to List

Sponsored ⓘ

🔆 **Looking for specific info?**

Ask Rufus or search customer feedback

Does handle allow comfortable grip?    Are replacement heads easy to install?    Is it suitable for beginners?

Does it work well for nail art?    Are tips durable and long lasting?

## Customer reviews

5 star �······················· 0%
4 star ▯···················· 0%
3 star ▯···················· 0%
2 star ▯···················· 0%
1 star ▯···················· 0%

⌄ How customer reviews and ratings work

No customer reviews

## Review this product

Share your thoughts with other customers

Write a customer review

After viewing product detail pages, look here to find an easy way to navigate back to pages you are interested in.    › View or edit your browsing history

Back to top

**Get to Know Us**    **Make Money with Us**    **Amazon Payment Products**    **Let Us Help You**
Careers    Sell on Amazon    Amazon Visa    Your Account





amazon

## Secure checkout ⌄

🛒 Cart

**Delivering to Lisa Wisman**    Change

███████████████████████ IL, 60604-3606, United States

Add delivery instructions

**Paying with Visa** ████    Change

Use a gift card, voucher, or promo code

**Place your order**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

Items:                              $11.49
Shipping & handling:                $0.00
Estimated tax to be collected:*     $1.18
**Order total:                     $12.67**



**Special Offer**

prime

**Lisa, we're giving you a 30-day FREE Trial of Prime**

✓ Fast, FREE Delivery
✓ Exclusive deals and discounts
✓ Endless entertainment and so much more!

Try Prime FREE for 30 days  ›

No commitments. Cancel anytime.

Are you a student? Get 50% off Prime!

**Arriving Jan 16, 2025 - Jan 28, 2025**

Rhinestone Painting Pen,Painting Drill Pen Assorted Alloy Heads Ergonomic Handle Point Drill Pen for Handicraft DIY Painting Nail Art Cross Stitch Decoration (Green)
**$11.49 ($11.49 / Count)**
Ships from hiseein
Sold by hiseein

**Quantity:** 1 Change

Gift options not available

⦿ **Thursday, Jan 16 - Tuesday, Jan 28**
FREE Delivery

**Place your order**    **Order total: $12.67**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

Why has sales tax been applied? See tax and seller information.

Do you need help? Explore our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Colorado Purchasers: Important information regarding sales tax you may owe in your State

Within 30 days of delivery, you may return new, unopened merchandise in its original condition. Exceptions and restrictions apply. For the 2024 holiday season, most items purchased between November 1 and December 31, 2024 can be returned through January 31, 2025. Apple brand products purchased between November 1 and December 31, 2024 can be returned through January 15, 2025. See Amazon.com's Returns Policy

Back to cart

Back to top

amazon    🌐 English ⇅    🇺🇸 United States    Help

Conditions of Use    Privacy Notice    Consumer Health Data Privacy Disclosure    Your Ads Privacy Choices ☑✗
© 1996-2024, Amazon.com, Inc. or its affiliates

Amazon.com: HYEIUIRADiamond Painting Pen Set with 6pcs Metal Tips Blue DIY Diamond Painting Multi Point 5D Diamond Painting Tool : Arts, Crafts & Sewing

amazon | Deliver to Chicago 60604

All | Diamond Painting Tool

EN | Hello, sign in Account & Lists | Returns & Orders | 0 Cart

Holiday Deals | Medical Care | Best Sellers | Prime | Amazon Basics | Today's Deals | New Releases | Groceries | Music | Customer Service | Amazon Home | Registry | Pharmacy | Gift Cards | Books | Smart Home | Fashion | Find a Gift | Black Friday Football: LV vs KC 11/29

Arts, Crafts & Sewing | Best Sellers | Projects & Inspiration | Fabric | Art Supplies | Sewing | Scrapbooking | Craft Supplies | Knitting & Crochet | Jewelry-Making | Storage & Organization

Arts, Crafts & Sewing › Crafting › Mosaic Making › Diamond Painting Kits & Accessories › Tools & Accessories

## HYEIUIRADiamond Painting Pen Set with 6pcs Metal Tips Blue DIY Diamond Painting Multi Point 5D Diamond Painting Tool

Brand: HYEIUIRA

Search this page

$13.19

- Excellent Material: The drill bit pen is very light and will not feel tired if you hold it for a long time. With the stainless steel pen tip, it will never bend!
- Easy to Use: Just paste the clay on the pen, then use the drill pen to paste the diamond to the desired location; the size is right, the drill speed is faster.
- A Variety of Pen Tips: Different sizes of pen tips are very useful, you can choose different pen tips according to your preferences, as far as possible to meet your various needs.
- Applicability: Diamond painting accessory tools are suitable for beginners and skilled people in diamond painting.
- Multipurpose: Not only used for diamond painting, but also used as nail diamond pasting tools, mobile phones, laptop computers, hairpin decoration paste tools and other craft needs.

Report an issue with this product or seller

$13.19

FREE delivery November 21 - December 3. Details

Deliver to Chicago 60604

In Stock

Quantity: 1

Add to Cart

Buy Now

Ships from HYRD-01
Sold by HYRD-01
Returns Returnable until Jan 31, 2025
Payment Secure transaction

Add to List

Roll over image to zoom in

### 4 stars and above
Page 1 of 44

Sponsored

Volitaous 14 PCS Metal Thread Tips Diamond Art pens, Diamond Painting Pen Kits Upgr... 852 $14.99 prime Save 5% with coupon

14PCS Diamond Painting Pen Accessories Tools Set, Exquisite Stainless Steel Metal P... 323 $9.99 prime

Heyseri 16 Pieces Diamond Painting Pen Accessories Tools, Red Roller Easy to use 45... 844 $12.99 prime

29pcs 5D Diamond Painting Pens Kit, 13 PCS Metal Screw Thread Tips for Diamond Pain... 88 $21.99 prime Save $5.00 with coupon

DoreenBow 13Pcs Diamond Art Painting Metal Tips Screw Thread Tips Luminous... 576 $14.99 prime

DoreenBow 21Pcs Diamond Art Painting Pen Kit 12 Pieces 45°Stainless Steel... 104 $19.99 prime Save 5% with coupon

11 Pieces Diamond Brush Metal Nibs DIY Diamond Painting Metal Pen Tips 11 Styles of... 189 $13.99 prime

### Products related to this item
Page 1 of 35

Sponsored

prime | ★★★★ & Above | Below $20

Ergonomic Diamond Painting Art Pen Accessories Kits with 6 Metal Tips, 6 Painting... $13.99 prime

Volitaous 14 PCS Metal Thread Tips Diamond Art pens, Diamond Painting Pen Kits Upgr... 852 $14.99 prime Save 5% with coupon

14PCS Diamond Painting Pen Accessories Tools Set, Exquisite Stainless Steel Metal P... 323 $9.99 prime

33Pcs Diamond Paintings Tools Kit - Diamond Paintings Pens, 12Pcs Metal and Plastic... $9.69 prime Save 5% with coupon

29pcs 5D Diamond Painting Pens Kit, 13 PCS Metal Screw Thread Tips for Diamond Pain... 88 $21.99 prime Save $5.00 with coupon

AUEAR, 12 Pack 5D Diamond Embroidery Painting Pen Cross Stitch Tools Drill Pen for... 261 $6.09 ($0.51/Count) prime

VILLCASE Diamond Art Pens Tools Set, Diamond Art Painting Drill Pen with 6 Style Sc... 1 $7.09 prime

### Product information

| Package Dimensions | 4.72 x 4.72 x 0.39 inches |
|---|---|
| Item model number | HYEIUIRAxprv438zdf |
| ASIN | B0DDSPBT4R |
| Item Weight | 2.01 ounces |
| Manufacturer | HYEIUIRA |
| Date First Available | August 21, 2024 |

### Warranty & Support

Product Warranty: For warranty information about this product, please click here

### Feedback

Would you like to tell us about a lower price?

### Product Description

Item Type: Diamond Painting Pen
Material: Plastic, Alloy
Purpose: Multi Type Point Drilling Method to Increase the Speed of Diamond Drawing Point Drilling

Package List:
1 x Multi Link Point Drill Pen
6 x Metal Head

### Products related to this item
Page 1 of 20

Sponsored











Ergonomic Diamond Painting Art Pen Accessories Kits with 6 Metal Tips, 6 Painting... $13.99 prime

Volitaous 14 PCS Metal Thread Tips Diamond Art pens, Diamond Painting Pen Kits Upgr... 852 $14.99 prime Save 5% with coupon

14PCS Diamond Painting Pen Accessories Tools Set, Exquisite Stainless Steel Metal P... 323 $9.99 prime

Josongslax Diamond Art Kits for Adults Clearance, 4 Pack 5D DIY Four Seasons Diamon... $26.99 prime Save 20% with coupon

Diamond Painting Accessories Art Tool-42 Diamond Painting Glue Clay-DIY Embroidery... 17 $4.99 prime

DoreenBow 14Pcs Diamond Art Painting Pen Kit Angled Screw Thread Tips Metal... 104 $15.99 prime

TXIN 8 Pcs Diamond Art Painting Magnet Cover Minder, Paw Shape Diamond Picture Magn... 23 $11.99 prime

### Videos

Help others learn more about this product by uploading a video!

Upload your video



# amazon

## Checkout (1 item)

🔒

**1 Shipping address**                                    Change

██████████
██████████
C██████, IL 60604-3606

Add delivery instructions

**2 Payment method**            Paying with Visa ████        Change

██████████████████████

∧ Add a gift card or promotion code or voucher

[ Enter code ]   Apply

**3 Offers**                                                Change

**4 Review items and shipping**

> ⓘ **Want to save time on your next order and go directly to this step when checking out?**
> ☐ Default to this delivery address and payment method.



**FREE TRIAL**

**Lisa, we're giving you 30 days of Prime benefits for FREE**      [ Try Prime FREE for 30 days ＞ ]

**Arriving Nov 21, 2024 - Dec 3, 2024**
Items shipped from HYRD-01

**HYEIUIRADiamond Painting Pen Set with 6pcs Metal Tips Blue DIY Diamond Painting Multi Point 5D Diamond Painting Tool**
**$13.19**
Qty: 1 ⌄
Sold by: HYRD-01

**Choose a delivery option:**
◉ **Thursday, Nov 21 - Tuesday, Dec 3**
FREE Delivery

Gift options not available

[ Place Your Order and Pay ]

You'll be securely redirected to Visa to complete this transaction.

**Order total: $14.54**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

---

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

---

### Sidebar

**Lisa, get in on the perks. We're giving you 30 days of Prime benefits for FREE.**

[ Try Prime FREE ]

[ **Place Your Order and Pay** ]

You'll be securely redirected to Visa to complete this transaction.

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Order Summary**

| | |
|---|---|
| Items: | $13.19 |
| Shipping & handling: | $0.00 |
| Total before tax: | $13.19 |
| Estimated tax to be collected:* | $1.35 |
| **Order total:** | **$14.54** |

How are shipping costs calculated?

Amazon

Deliver to Chicago 60604

All | Diamond Drawing Pen Tips

EN

Hello, sign in
Account & Lists

Returns & Orders

0 Cart

Medical Care | Best Sellers | Amazon Basics | Prime | Today's Deals | New Releases | Music | Groceries | Customer Service | Amazon Home | Registry | Gift Cards | Pharmacy | Smart Home | Books | Fashion | Toys & Games | Sell

THURSDAY NIGHT FOOTBALL 33:01:28

Arts, Crafts & Sewing | Best Sellers | Projects & Inspiration | Fabric | Art Supplies | Sewing | Scrapbooking | Craft Supplies | Knitting & Crochet | Jewelry-Making | Storage & Organization

LUXY | #1-rated DIY clip-in hair extensions in the world | Shop now

Arts, Crafts & Sewing › Crafting › Mosaic Making › Diamond Painting Kits & Accessories › Tools & Accessories

## Painting Pen Set, 6pcs Metal Tips, Blue DIY 5D Tool, Multi Point Drilling for Faster Crafting

Brand: Multizenic

Search this page

$14⁴⁹

- Multipurpose Crafting Tool: Ideal for diamond painting, nail art, decorating phones, laptops, and more.
- Suitable for All Levels: outstanding for beginners and experts in painting, meeting various craft needs.
- Variety of Pen Tips: Comes with 6 metal tips of different sizes, offering flexibility for precise placement.
- Easy to Use: Simply apply clay to the pen and use the drill pen to quickly and accurately place .
- Excellent Material: Lightweight plastic body with sturdy stainless steel tips for comfortable, long-lasting use.

⚠ Report an issue with this product or seller

Roll over image to zoom in

$14⁴⁹

FREE delivery **November 21 - December 13**. Details

📍 Deliver to Chicago 60604

**In Stock**

Quantity: 1

Add to Cart

Buy Now

Ships from | Iproperty
Sold by | Iproperty
Returns | 30-day refund/replacement
Payment | Secure transaction

Add to List

Sponsored ⓘ

Sponsored ⓘ

### Products related to this item
Page 1 of 41

Sponsored ⓘ

Ergonomic Diamond Art Pen Kit with 3 Metal Tips, Diamond Art Accessories with Glue ...
⭐ 108
$11⁹⁹
✓prime
Save 8% with coupon

Krylon K01305 Gallery Series Artist and Clear Coatings Aerosol, 11-Ounce, UV-Resist...
⭐ 25,986
$11³⁵ ($1.03/Ounce)
✓prime

Prismacolor Premier Colored Pencils, Soft Core, 150 Count, Lightfast, Ultra...
⭐ 57,725
$139⁹⁹ ($0.93/Count)
✓prime

Theshai 4 Pcs Diamond Art Pen Accessories Tools Set, Diamond Art pens, Diamond Art ...
⭐ 35
$12⁸⁹
✓prime

Ergonomic Diamond Painting Art Pen Accessories Kits with 6 Metal Tips, 6 Painting...
⭐ 13⁹⁹
✓prime

Coloring Markers Set for Adults with Standing Base, 168 Colors Dual Tip Permanent A...
⭐ 163
$36⁹⁹
✓prime
Save 5% with coupon

### 4 stars and above
Page 1 of 25

Sponsored ⓘ

Ergonomic Diamond Art Pen Kit with 3 Metal Tips, Diamond Art Accessories with Glue ...
⭐ 108
$11⁹⁹
✓prime
Save 8% with coupon

KINGART Fine Line Painting Pen 0.5mm Fine Line Brass Tips. Fluid Writer Paint Appli...
⭐ 1,041
$10²⁹
✓prime

Calsoling 4 Pieces No Wax Needed Diamond Painting Tools Self-Stick Drill Pens, Doub...
⭐ 724
$9⁹⁹
✓prime

U.S. Art Supply 143-Piece Mega Wood Box Art Painting, Sketching and Drawing Set in ...
⭐ 1,630
$29⁹⁹
✓prime

17pcs Silver Metal Tips Diamond Painting Pen Kits, 6pcs Stainless Steel Tips,1 Pen ...
⭐ 999
$13⁹⁹
✓prime

16 Paint Pens Acrylic Markers Paint Markers For Metal-Fabric Paint Pens, Art Suppli...
⭐ 4,368
$19⁹⁸ ($1.25/Count)
✓prime

Set of 12 Diamond Painting Pen with 3 Drill Size 5D Diamond Embroidery Pen...
⭐ 173
$5⁹⁹
✓prime
Save 5% with coupon

### Product information

| | |
|---|---|
| Package Dimensions | 4.72 x 4.72 x 0.39 inches |
| Item model number | Multizenicms5kipg236 |
| ASIN | B0DKVMNFG7 |
| Item Weight | 2.01 ounces |
| Manufacturer | Multizenic |
| Date First Available | October 24, 2024 |

### Warranty & Support

**Product Warranty:** For warranty information about this product, please click here

### Feedback

Would you like to tell us about a lower price? ⌄

### Product Description

Item Type: Diamond Painting Pen
Material: Plastic, Alloy
Purpose: Multi Type Point Drilling Method to Increase the Speed of Diamond Drawing Point Drilling

Package List:
1 x Multi Link Point Drill Pen
6 x Metal Head

### Products related to this item
Page 1 of 20

Sponsored ⓘ



Krylon K01305 Gallery Series Artist and Clear Coatings Aerosol, 11-Ounce, UV-Resist...
⭐ 25,986
$11³⁵ ($1.03/Ounce)
✓prime

Ergonomic Diamond Art Pen Kit with 3 Metal Tips, Diamond Art Accessories with Glue ...
⭐ 108
$11⁹⁹
✓prime
Save 8% with coupon

5 Pcs Pattern Tracing Stylus, Ball Embossing Stylus for Transfer Paper, Tracing Too...
⭐ 4,967
$5⁹⁹
#1 Best Seller

Prismacolor Premier Colored Pencils, Soft Core, 150 Count, Lightfast, Ultra...
⭐ 57,725
$139⁹⁹ ($0.93/Count)
✓prime

LOONENG Ruling Pen for Masking Fluid, Perfect Fine Line Drawing, Technical...
⭐ 2,048
$7⁹⁹
✓prime

Dyvicl Metallic Markers Pens - Silver and Gold Paint Pens for Black Paper, Glass, R...
⭐ 3,719
$6⁹⁸ ($1.75/Count)
✓prime

Shuttle Art 120 Unique Colors (No Duplicates) Gel Pens Gel Pen Set for Adult Colori...
⭐ 19,138
$19⁹⁹ ($0.17/Count)
✓prime

### Videos

Help others learn more about this product by uploading a video!

Upload your video

### Similar brands on Amazon
Page 1 of 2



https://www.amazon.com/sp?ie=UTF8&seller=A65ZEB8YEOXJ9&asin=B0DKVMNFG7&ref_=dp_merchant_link

12/26/24, 1:17 PM
Amazon.com: Diamond Painting Pen Kit, 6 Painting Drill Pen Tips for Diamond Painting Accessories with Plastic Rings, Resin Ergonomic Rhinestone Art Painting Tools for Beginners (Green)
Case 1:26-cv-00358 Document #: 11 Filed: 02/05/26 Page 125 of 169 PageID #:1384

amazon

Deliver to
Chicago 60604

Arts, Crafts & Sewing ▾

Search Amazon

EN ▾

Hello, Lisa
Account & Lists ▾

Returns
& Orders

0 Cart

☰ All   • Rufus   Digital Gifts   Same-Day Delivery   Gift Cards ▾   Medical Care ▾   Amazon Basics   New Releases   Shop By Interest   Amazon Home   Pharmacy

prime THURSDAY NIGHT FOOTBALL

18 : 42 : 00

Arts, Crafts & Sewing   Best Sellers   Projects & Inspiration   Fabric   Art Supplies ▾   Sewing ▾   Scrapbooking ▾   Craft Supplies ▾   Knitting & Crochet ▾   Jewelry-Making ▾   Storage & Organization ▾

amazon pharmacy   Get a $15 gift card with first order   Limited-time offer, terms apply

## Diamond Painting Pen Kit, 6 Painting Drill Pen Tips for Diamond Painting Accessories with Plastic Rings, Resin Ergonomic Rhinestone Art Painting Tools for Beginners (Green)

Brand: XMEYE

Search this page

$11⁵⁹

Color: **Green**

🖊 $11.59       🖊 **$11.59**

| Brand | XMEYE |
|---|---|
| Color | Green |
| Model Name | XMEYEwqbi39tcx7-11 |
| Manufacturer | XMEYE |

### About this item

- DIY EXPERIENCE: Diamond Painting Pen allows users to create one-of-a-kind diamond paintings by hand by pasting sparkling man-made crystal diamonds onto a canvas with a specific pattern, bringing a strong sense of DIY fulfillment and fun.
- Beautiful Luster: This rhinestone painting pen presents vibrant and beautiful luster, which will bring you a pleasant user experience.
- 6 Metal Heads: This painting drill pen comes with 6 metal drill pen heads that can meet your different needs in the process of DIY.
- Resisent Material: This point drill pen is made from premium resin material, strong, smoothing and not easy to break. Nice adhesive force allows you to grasp rhinestones easily.
- Easy Assembly: This rhinestone art drill pen is easy to use and assemble, suitable for beginners and skillful players, ideal choice as a gift for yourself.

› See more product details

🗨 Report an issue with this product or seller

Roll over image to zoom in

$11⁵⁹

FREE delivery **January 16 - 28**.
Details

📍 Deliver to Chicago 60604

**In Stock**

Quantity: 1 ▾

**Add to Cart**

**Buy Now**

| Ships from | JHS-Tech |
|---|---|
| Sold by | JHS-Tech |
| Returns | Returnable until Jan 31, 2025 |
| Payment | Secure transaction |

▾ See more

Add to List

Sponsored ⓘ

## Customers also viewed these products

Page 1 of 7



Diamond Painting Pen,Diamond Art Pen,Resin 5D Diamond Painting Pen Kit Tool Accessories Stylus Drill...
★★★★☆ 3,083
$5⁹⁹
Get it as soon as **Monday, Dec 30**
FREE Shipping on orders over $35 shipped by Amazon



14PCS Diamond Painting Pen Accessories Tools Set, Exquisite Stainless Steel Metal Pen Tips,Ergonomic Diamond Art Drill Pen...
★★★★☆ 2,540
$12⁹⁹
Get it as soon as **Monday, Dec 30**
FREE Shipping on orders over $35 shipped by Amazon



Benote Diamond Art Painting Pen Refillable Wax, Diamond Paint Accessories Refillable Wax Pen Self-Stick Drill Pen...
★★★★☆ 792
$13⁹⁸
Get it as soon as **Monday, Dec 30**
FREE Shipping on orders over $35 shipped by Amazon

Praise V Do Ergonomic Diamond Painting Art Drill Pen Kit with Screw Stainless Steel Silver Metal Tip Nibs Placers...
★★★★☆ 520
$12⁹⁹
Get it as soon as **Monday, Dec 30**
FREE Shipping on orders over $35 shipped by Amazon

Diamond Painting Pen Accessories Tools Set,1PCS Diamond Art Pen and 12Pcs Rosegold Metal Screw Thread Mu...
★★★★☆ 709
$12⁷⁴
Get it as soon as **Monday, Dec 30**
FREE Shipping on orders over $35 shipped by Amazon



Praise V Do Diamond Painting Art Bead Gem Dotting Drill Pen Stylus Kit Accessories for Adult, Rhinestone Picker Tool...
★★★★☆ 578
$9⁹⁹
Get it as soon as **Monday, Dec 30**
FREE Shipping on orders over $35 shipped by Amazon



14PCS Diamond Painting Pen Accessories Tools Set, Exquisite Stainless Steel Metal Pen Tips,Ergonomic Diamond Art Drill Pen...
★★★★☆ 377
$11⁹⁹
Get it as soon as **Monday, Dec 30**
FREE Shipping on orders over $35 shipped by Amazon

## Product information

Collapse All   Expand All

### Item details

| Manufacturer | XMEYE |
|---|---|
| Model Name | XMEYEwqbi39tcx7-11 |
| ASIN | B0D9YJC33V |
| Brand Name | XMEYE |

### Style

| Color | Green |
|---|---|

### Warranty & Support

Product Warranty: For warranty information about this product, please click here

### Feedback

Would you like to **tell us about a lower price?** ▾

### Product Description

Item Type: Rhinestone Painting Pen
Material: Resin

# JHS-Tech

Visit the JHS-Tech storefront

★★★★½ | **93% positive** lifetime (329 total ratings)

**Diamond Painting Pen Kit, 6 Pain...**
$11⁵⁹

[ Add to Cart ]

🎖 **Protected by A-to-z Guarantee** The Amazon A-to-z Guarantee protects you when you purchase items sold and fulfilled by a third party seller. Read more

## About Seller

JHS-Tech is committed to providing each customer with the highest standard of customer service.

**Have a question for JHS-Tech?**

[ Ask a question ]

## Reviews

★★★★½ 4.7 out of 5
329 ratings

[ Lifetime ▾ ]

| | |
|---|---|
| 5 star | 84% |
| 4 star | 9% |
| 3 star | 2% |
| 2 star | 1% |
| 1 star | 4% |

⌄ Learn more about how seller reviews work on Amazon

**Share your thoughts with other customers**

[ Leave seller feedback ]

**FILTER BY**

[ All stars ▾ ]

329 total ratings, 329 with feedback for Lifetime ⓘ

★☆☆☆☆ "My pail came cracked and packaging was open. And full of rainwater due to the rain we had."
By Amazon Customer on August 9, 2024.

★☆☆☆☆ "This is a flimsy piece of folder plastic looks nothing like pictures save your money and don't buy this garbg"
By Joe on April 6, 2024.

★★★★☆ "too small for my needs"
By Rick on June 21, 2023.

★★★★★ "Perfect! Great price! Love that it has 2 led strips unlike others that only have one! 😊"
By David on March 27, 2023.

★☆☆☆☆ "I'm being charged for this item and I didn't even receive it. The seller isn't helping"
By Arianny A. on February 24, 2023.

Previous Next

## Return & Refund Policies

To get information about the Return and Refund policies that may apply, please refer to Amazon's Return and Refund policy.

To initiate a return, visit Amazon's Online Return Center to request a return authorization from the seller.

For any issues with your return, if the product was shipped by the seller, you can get help here.

## Amazon's A-to-z Guarantee

The Amazon A-to-z Guarantee protects you when you purchase items sold and fulfilled by a third party seller. Our guarantee covers both the timely delivery and the condition of your items. If either are unsatisfactory, you can report the problem to us and our team will determine if you are eligible for a refund.

See full details

## Detailed Seller Information

**Business Name:** Shenzhen JiaHaoShun Industrial Co., Ltd
**Business Address:**
  彩田路3028号春晖苑乙单元707
  深圳市
  福田区
  广东
  518000
  CN

## Shipping Policies ⌄

## Other Policies ⌄

## Help ⌄

## Products

See all products currently offered by the seller.

Leave seller feedback

After viewing product detail pages, look here to find an easy way to navigate back to pages you are interested in.

› View or edit your browsing history

 amazon | Secure checkout ˅ | 🛒 Cart

**Delivering to Lisa Wisman**          Change

███████████████████████, IL, 60604-3606, United States

Add delivery instructions

**Paying with Visa** ████          Change

Use a gift card, voucher, or promo code

**Place your order**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

Items: $11.59
Shipping & handling: $0.00
Estimated tax to be collected:* $1.19
**Order total:** **$12.78**

Special Offer  prime

**Lisa, we're giving you a 30-day FREE Trial of Prime**

✓ Fast, FREE Delivery
✓ Exclusive deals and discounts
✓ Endless entertainment and so much more!

Try Prime FREE for 30 days ›

No commitments. Cancel anytime.

Are you a student? Get 50% off Prime!

**Arriving Jan 16, 2025 - Jan 28, 2025**



Diamond Painting Pen Kit, 6 Painting Drill Pen Tips for Diamond Painting Accessories with Plastic Rings, Resin Ergonomic Rhinestone Art Painting Tools for Beginners (Green)
**$11.59**
Ships from JHS-Tech
Sold by JHS-Tech

**Quantity:** 1 Change

Gift options not available

◉ **Thursday, Jan 16 - Tuesday, Jan 28**
FREE Delivery

**Place your order**

**Order total: $12.78**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

Why has sales tax been applied? See tax and seller information.

Do you need help? Explore our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Colorado Purchasers: Important information regarding sales tax you may owe in your State

Within 30 days of delivery, you may return new, unopened merchandise in its original condition. Exceptions and restrictions apply. For the 2024 holiday season, most items purchased between November 1 and December 31, 2024 can be returned through January 31, 2025. Apple brand products purchased between November 1 and December 31, 2024 can be returned through January 15, 2025. See Amazon.com's Returns Policy

Back to cart

Back to top

amazon | 🌐 English ⇕ | 🇺🇸 United States | Help

Conditions of Use    Privacy Notice    Consumer Health Data Privacy Disclosure    Your Ads Privacy Choices ☑✕
© 1996-2024, Amazon.com, Inc. or its affiliates

11/6/25, 10:58 AM    Amazon.com: SENHAI 45 Pcs Diamond Art Painting Pen Kits, Diamond Art Pens Stainless & Plastic Steel Tips Personalized 5D D…



11/6/25, 10:58 AM    Amazon.com: SENHAI 45 Pcs Diamond Art Painting Pen Kits, Diamond Art Pens Stainless Steel Plastic Steel Tips Personalized 5D D…

Case: 1:26-cv-00358 Document #: 11-1 Filed: 02/05/26 Page 129 of 169 PageID #:1388

## Customer reviews

★★★★½  4.6 out of 5

1,065 global ratings

| | | |
|---|---|---|
| 5 star | | 80% |
| 4 star | | 10% |
| 3 star | | 7% |
| 2 star | | 2% |
| 1 star | | 1% |

How customer reviews and ratings work ⌄

## Customers say

Customers find the diamond art pens easy to use, with one mentioning they pick up gems with ease. Moreover, the product receives positive feedback for its quality, durability, and value for money. However, the fit and sturdiness receive mixed reviews.

ai  Generated from the text of customer reviews

**Select to learn more**

✓ Ease of use    ✓ Quality    ✓ Durability    ✓ Value for money    Fit    Sturdiness

## Top reviews from the United States

**Amazon Customer**

★★★★★  **5 stars**

Reviewed in the United States on December 9, 2024

Verified Purchase

Very nice set picks up gems with ease fitd in hand nice, tools feel very durable, great value for the money, tools get the job done, I recommend 👍

Helpful | Report

**Amazon Customer**

★★★★★  **Very nice - easy to use**

Reviewed in the United States on April 2, 2024

Verified Purchase

These tools are very nice and easy to use. My daughter has enjoyed them so far and says they hold up. However, we accidentally threw away the clear tips so we don't know how they would work. We didn't realize it until it was too late to retrieve it from the garbage. Talk about disappointed.

One person found this helpful

Helpful | Report

**Ashlyn**

★★★★★  **Good!!!!!**

Reviewed in the United States on July 8, 2024

Verified Purchase

I'm still new to diamond art but this has changed the game for me! The three handles that come with it are adorable and great quality. They have a unique shape to them that's comfortable in the hand and makes it easy to use. Comes with everything you need!!

Helpful | Report

**Amie Plank**

★★★★★  **Diamond Art Pen**

Reviewed in the United States on August 27, 2025

Verified Purchase

Highly recommend this set to anyone who wants to explore the art of Diamond painting. The glue that comes is very sticky and holds in place and the fit to your hand is more ergonomically and easier to use. The color of the tubes/pen piece is really pretty. High quality and thickness makes for ease to use.

Helpful | Report

Love these tops. I am a big girl. Only the navy blue comes in my size. I wish some of the other colors did. I would buy every color.

★★★★☆  **Love the plastic tips**

Reviewed in the United States on May 7, 2023

Verified Purchase

Great set. The plastic tips work work great. I kept the set because I like the plastic tips and the set. The metal tip are very loose. Yes, they had the rubber bands on them and they were new. Plus the tips weren't the right size to pick up the dimonds.

Helpful | Report

**amy**

★★★★★  **great product and price**

Reviewed in the United States on September 21, 2023

Verified Purchase

I love these diamond art pens. so much easier to hold than the plastic one.

Helpful | Report

**Kim lewis**

★★★★★  **What a difference**

Reviewed in the United States on October 3, 2023

Verified Purchase

I will admit I am stubborn and I always thought how much of a difference could these truly.make from the plastic pens. Well smack my mouth with a fly swatter because I will never go back. Speaks things up. More steady. Secure. If anything wish they held tighter but they don't fall out or anything (attachments) just at times twist. But that's just me being picky right

2 people found this helpful

Helpful | Report

**Amazon Customer**

★★★★★  **Still need to work to keep straight**

Reviewed in the United States on September 24, 2024

Verified Purchase

It is still a challenge to keep rows straight. It seems when you get to the higher number of beads the more difficult to use . Uses 5 or 6 bead holder seems the best.

Helpful | Report

See more reviews ›

**Top reviews from other countries**

Translate all reviews to English

Seb1971

★★★★★ **Utilisation de cet article qui me satisfait énormément**

Reviewed in France on May 13, 2025

Verified Purchase

Les stylés sont tous très beau que j'adore, pratiques et bonne prise en mains même pour un(e) débutant(e).
Les pièces sont très belles et bien présentées dans leurs petites boîtes.
Je recommande vivement cet article.
Je suis très contente de cet achat que je ne regrette pas.

Report

Translate review to English

Eryn

★★★★★ **LOVE this set!**

Reviewed in Canada on September 3, 2024

Verified Purchase

This set is great to replace the plastic pens that are included in the diamond painting sets. The metal tips feel nice, weighted and the pens sit in your hand nicely. This is definitely a need when getting into diamond painting!!

Report

あらん

★★★★★ **めっちゃ良い！**

Reviewed in Japan on March 3, 2025

Verified Purchase

めっちゃ柄も可愛くて使いやすくて良い商品でした！凄く便利で気に入ってます✨

Report

Translate review to English

Mohammed

**خيارات متعددة في الاستخدام** ★★★★★

Reviewed in Saudi Arabia on July 12, 2023

Verified Purchase

انبسطوا منها البنات لأنها تساعدهم في استخدام الكرستالات بسرعة وبكمية أكبر.

Report

Translate review to English

Cliente Amazon1

★★★★★ **Esta bien**

Reviewed in Spain on January 3, 2025

Verified Purchase

Fue un regalo y gusto

Report

Translate review to English

See more reviews ›



Back to top

**Get to Know Us**
Careers
Amazon Newsletter
About Amazon
Accessibility
Sustainability
Press Center
Investor Relations
Amazon Devices
Amazon Science

**Make Money with Us**
Sell on Amazon
Sell apps on Amazon
Supply to Amazon
Protect & Build Your Brand
Become an Affiliate
Become a Delivery Driver
Start a Package Delivery Business
Advertise Your Products
Self-Publish with Us
Become an Amazon Hub Partner
› See More Ways to Make Money

**Amazon Payment Products**
Amazon Visa
Amazon Store Card
Amazon Secured Card
Amazon Business Card
Shop with Points
Credit Card Marketplace
Reload Your Balance
Gift Cards
Amazon Currency Converter

**Let Us Help You**
Your Account
Your Orders
Shipping Rates & Policies
Amazon Prime
Returns & Replacements
Manage Your Content and Devices
Recalls and Product Safety Alerts
Registry & Gift List
Help

amazon

English        United States

Amazon Music
Stream millions
of songs

Amazon Ads
Reach customers
wherever they
spend their time

6pm
Score deals
on fashion brands

AbeBooks
Books, art
& collectibles

ACX
Audiobook
Publishing
Made Easy

Sell on Amazon
Start a Selling
Account

Veeqo
Shipping Software
Inventory
Management

Case: 1:26-cv-00358 Document #: 11-1 Filed: 02/05/26 Page 131 of 169 PageID #:1390



# JiaLe

Visit the JiaLe storefront

★★★★★ | **100% positive** in the last 12 months (48 ratings)

**SENHAI 35 Pcs Diamond Art Pain...**
$12³⁵

Add to Cart

## About Seller

Email: jialeus@163.com

**Have a question for JiaLe?**

Ask a question

## Reviews

★★★★★ **4.9 out of 5**
48 ratings

12 months ▾

| | | |
|---|---|---|
| 5 star | ████████████ | 90% |
| 4 star | ██ | 10% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | | 0% |

Learn more about how seller reviews work on Amazon ▾

**Share your thoughts with other customers**

Leave seller feedback

**FILTER BY**

All stars

48 total ratings, 48 with feedback for 12 months ⓘ

★★★★★ "Again, these dies are very thin and have not used them. Hoping they will cut cardstock nicely. "
By Judy on November 2, 2025.

★★★★★ "Great product and shipping time was great as well. "
By Amazon Customer on October 5, 2025.

★★★★★ "I'm looking forward to using these dies. Thank you! "
By miss k on September 30, 2025.

★★★★★ "No problem whatsoever "
By Amazon Customer on September 18, 2025.

★★★★★ "Just what I needed! "
By R L B on September 15, 2025.

Previous Next

## Return & Refund Policies

Please refer to the Amazon.com Return Policy .

## Detailed Seller Information

**Business Name:** Wen Jia Luo
**Business Address:**
  布龙路335号
  龙景科技园D栋6楼627室
  深圳市
  龙岗区
  广东省



广东省
518000
CN

## Shipping Policies ⌄

## Other Policies ⌄

## Help ⌄

## Products

See all products currently offered by the seller.

Leave seller feedback

---

Back to top

### Get to Know Us
Careers
Amazon Newsletter
About Amazon
Accessibility
Sustainability
Press Center
Investor Relations
Amazon Devices
Amazon Science

### Make Money with Us
Sell on Amazon
Sell apps on Amazon
Supply to Amazon
Protect & Build Your Brand
Become an Affiliate
Become a Delivery Driver
Start a Package Delivery Business
Advertise Your Products
Self-Publish with Us
Become an Amazon Hub Partner
› See More Ways to Make Money

### Amazon Payment Products
Amazon Visa
Amazon Store Card
Amazon Secured Card
Amazon Business Card
Shop with Points
Credit Card Marketplace
Reload Your Balance
Gift Cards
Amazon Currency Converter

### Let Us Help You
Your Account
Your Orders
Shipping Rates & Policies
Amazon Prime
Returns & Replacements
Manage Your Content and Devices
Recalls and Product Safety Alerts
Registry & Gift List
Help

---

amazon   🌐 English ⇕   🇺🇸 United States

---

**Amazon Music**
Stream millions of songs

**Amazon Business**
Everything For Your Business

**Goodreads**

**Amazon Ads**
Reach customers wherever they spend their time

**Amazon Fresh**
Groceries & More Right To Your Door

**IMDb**
Movies, TV & Celebrities

**6pm**
Score deals on fashion brands

**AmazonGlobal**
Ship Orders Internationally

**IMDbPro**

**AbeBooks**
Books, art & collectibles

**Home Services**
Experienced Pros Happiness Guarantee

**Kindle Direct Publishing**

**ACX**
Audiobook Publishing Made Easy

**Amazon Web Services**
Scalable Cloud Computing Services

**Amazon Photos**

**Sell on Amazon**
Start a Selling Account

**Audible**
Listen to Books & Original Audio Performances

**Prime Video Direct**
Video Distribution Made Easy

**Veeqo**
Shipping Software Inventory Management

**Box Office Mojo**
Find Movie Box Office Data

**Shopbop**
Designer Fashion Brands



Case 1:26-cv-00058 Document #: 1-1 Filed: 02/05/26 Page 134 of 169 PageID #:133



Case 1:26-cv-00258 Document #: 1-1 Filed: 02/05/26 Page 135 of 169 PageID #:1334

| Theme | Stitch |
|---|---|
| Cartoon Character | Andy |
| Item dimensions L x W x H | 5.31 x 0.39 x 0.39 inches |
| Material | Glass, Plastic, Crystal |
| Seasons | All Seasons |
| Included Components | Diamond |
| Size | Onesize |
| Number of Pieces | 1 |
| Style | Round |
| Model Name | Diamond Painting Pen |
| Special Feature | Glitter Diamond Drill Dot Pen Kits Set |
| Art Craft Kit Type | Diamond Painting |
| UPC | 608242945990 |
| Manufacturer | Andy's Orchids |
| Product Dimensions | 5.31 x 0.39 x 0.39 inches |
| Item model number | BNH547 |
| ASIN | B0C3VCGHG3 |
| Customer Reviews | 4.5 ★★★★★ ∨    2 ratings<br>4.5 out of 5 stars |
| Best Sellers Rank | #533,853 in Arts, Crafts & Sewing (See Top 100 in Arts, Crafts & Sewing)<br>#758 in Diamond Painting Tools & Accessories |
| Item Weight | 2.08 ounces |
| Country of Origin | China |
| Date First Available | April 28, 2023 |

## Feedback

Would you like to tell us about a lower price? ∨

## Product Description

Brand New and High Quality

Name:Point Drill Pens

Type: Diamond Painting Cross Stitch

Material: Plastic+Diamond

Size:13.5cm/5.31inch

Color:As the picture shows

Use:Diamond Painting Pen,Point Drill Pens,Nail Art Pen

Package Include:

1set Diamond Painting Pen

## 4 stars and above

Sponsored ⓘ

      

Snewvie Diamond Painting Pen Accessories Tools Set,3PCS Glitter Diamond Art Pen and... 4.4 ★★★★ 73 $18⁹⁹ ✓prime

Diamond Painting Pen Accessories Tools Set,1PCS Glitter Diamond Art Pen and... 4.5 ★★★★ 114 $8⁹⁹ ($8.99/Count) ✓prime

BENOSPACE 3PCS Stainless Steel Tips for Diamond Painting Pen, Single Placers for Th... 4.2 ★★★★ 50 $6⁹⁹ Save 5% with coupon

DIAMOND ART CLUB Premium Drill Pen, Comfortable Diamond Painting Pen, Diamond... 4.7 ★★★★ 70 $24⁹⁹ ($12.50/Count) ✓prime

14PCS Diamond Painting Pen Accessories Tools Set, Exquisite Stainless Steel Metal P... 4.7 ★★★★ 218 $14⁹⁹ ($1.00/Count) ✓prime Save 5% with coupon

Diamond Painting Pen, Handmade Resin Diamond Painting Pens with Glue Clay and... 4.6 ★★★★ 4,422 $4⁹⁵ ✓prime

NIBESSER 21Pcs Diamond Art Painting Pen Kit 3pcs Diamond Art Pens 12 Pcs Metal... 4.6 ★★★★ 52 $19⁹⁹ ✓prime Save 15% with coupon

14pcs Diamond Art P... Diamond Art Accesso... and Tools Exquisite Metal Diamond Pa... 4.4 ★★★★ 366 $13⁹⁹ ✓prime Save 11% with coupon

## What's in the box

- Diamond

## Products related to this item

Sponsored ⓘ     Page 1 of 20

       

Snewvie Diamond Painting Pen Accessories Tools Set,1PCS Beige Diamond Art Pen and 3... $7⁹⁹ ✓prime

PATIKIL Diamond Art Pen with Wax, Diamond Art Accessories Refillable Wax Pen with 2... 3.4 ★★★ 6 $7⁹⁹ ✓prime

Accfore 22 Pcs Diamond Paint Pen Kits,5D Diamond Painting Accessories, Diamond... 4.5 ★★★★ 2 $10⁹⁹ ✓prime

Diamond Art Painting Pen Accessories Tools Set,1Pcs Ergonomic Resin Diamond Drill P... 4.7 ★★★★ 13 $9⁹⁹ ✓prime Save 5% with coupon

PATIKIL M5 x 0.8mm Wax Tip Drill Pen, 16 Pack Diamond Paint Accessories Drill Pen W... $12⁴⁹ ✓prime

Jutom 2 Pcs Diamond Painting Pen with 40 Pcs Diamond Painting Wax Diamond Painting ... 3.5 ★★★ 206 $15⁹⁹ ✓prime

Blue Diamond Painting Pen Flower Pot Shape 5D Diamond Painting Point Drill Pen DIY ... $7⁹⁹ ✓prime

## Videos

Help others learn more about this product by uploading a video!

Upload your video

## Similar brands on Amazon

Sponsored ⓘ     Page 1 of 2

sevgili
Shop the Store on Amazon ›



sevgili Diamond Painting Sealer Kits 240ML with Brushes, Diamond Art Seale... ★★★★ (3,198) $12.88 List: $20.99

Faburo
Shop the Store on Amazon ›



Faburo 2-Pack Diamond Painting Protectant Sealer Brightener(120ml*2),... ★★★★ (485) $9.88

benote
Shop the Store on Amazon ›



benote Original Diamond Art Painting Pen Lighted Drill Pen 2.0 Metal Sticky Pen... ★★★★ (269) $13.99 List: $16.99

6/24/24, 9:16 PM    Amazon.com: Andy's Orchids Diamond Painting Pens for Diamond Art, 1Pack Ergonomic Diamond Painting Tools for Craft Nail Art Diamond Painting Accessories : Arts, Crafts & Sewing

Case 1:26-cv-00858 Document 1-1 Filed 02/05/26 Page 136 of 169 PageID #: 1395



Save 5% more  with Subscribe & Save

Shop now

Sponsored ⓘ

## Looking for specific info?

Ask about this product

## Customer reviews

★★★★☆  4.5 out of 5 ⓘ

2 global ratings

5 star ▮▮▮▮▮ 50%
4 star ▮▮▮▮▮ 50%
3 star 0%
2 star 0%
1 star 0%

⌄ Zero tolerance for fake reviews

## Review this product

Share your thoughts with other customers

Write a customer review



Top reviews

### Top review from the United States

Bre

★★★★☆ **Works**

Reviewed in the United States on September 14, 2023

Verified Purchase

Works very well the only thing it needs to make sure the clear holders don't pop off once it's pull out of port

Helpful  |  Report

See more reviews ›

30pcs 10ml Needles Precision Tip Applicat...
1,760
$10.55   Shop now
Sponsored ⓘ


SPECTRUM INTERNET $29.99 /mo. for 2 years  2-YEAR PRICE GUARANTEE  Michelle Monaghan Actress & Spectrum Customer
Sponsored ⓘ

### Best Sellers in Arts, Crafts & Sewing    Page 1 of 7



$0.58 ($0.29/Fl Oz) Apple Barrel Acrylic Paint in Assorted Colors (2 Ounce), 20503 White  35,706  #1 Best Seller in Arts, Crafts & Sewing  Get it as soon as Sunday, Jun 30  FREE Shipping on orders over $35 shipped by Amazon

$7.64 ($0.25/Count) List: $25.29 Elmer's Disappearing Purple School Glue Sticks, Washable, 7 Grams, 30 Count  37,871  #1 Best Seller in Glue Sticks  Get it as soon as Sunday, Jun 30  FREE Shipping on orders over $35 shipped by Amazon

$9.99 ($3.33/Count) Scissors, iBayam 8" All Purpose Scissors Bulk 3-Pack, Ultra Sharp 2.5mm Thick Blade Shears...  80,339  #1 Best Seller in Office Cutting Tools  Get it as soon as Sunday, Jun 30  FREE Shipping on orders over $35 shipped by Amazon

$3.59 GDMINLO Soft Tape Measure Double Scale Body Sewing Flexible Ruler for Weight Loss...  61,646  #1 Best Seller in Sewing Tape Measures  Get it as soon as Sunday, Jun 30  FREE Shipping on orders over $35 shipped by Amazon

$3.94 ($0.07/Foot) List: $6.69 Duck 1265015 1.88" x 20 yd Winking Tape, Single Roll, White  38,170  #1 Best Seller in Arts & Crafts Tape  Get it as soon as Sunday, Jun 30  FREE Shipping on orders over $35 shipped by Amazon

$9.99 List: $29.99 Gionlion 6000 Clay Beads Bracelet Making Kit, 24 Colors Flat Preppy Beads for Friendship Bracelets...  10,771  #1 Best Seller in Beads & Bead Assortments  Get it as soon as Sunday, Jun 30  FREE Shipping on orders over $35 shipped by Amazon

$6.99 ($0.02/Foot) Paxcoo 1mm Elastic Bracelet String Cord Stretch Bead Cord for Jewelry Making and...  26,389  #1 Best Seller in Beading Cords & Threads  Get it as soon as Sunday, Jun 30  FREE Shipping on orders over $35 shipped by Amazon

After viewing product detail pages, look here to find an easy way to navigate back to pages you are interested in.

› View or edit your browsing history

Back to top

### Get to Know Us
Careers
Amazon Newsletter
About Amazon
Accessibility
Sustainability
Press Center
Investor Relations
Amazon Devices
Amazon Science

### Make Money with Us
Sell on Amazon
Sell apps on Amazon
Supply to Amazon
Protect & Build Your Brand
Become an Affiliate
Become a Delivery Driver
Start a Package Delivery Business
Advertise Your Products
Self-Publish with Us
Become an Amazon Hub Partner
› See More Ways to Make Money

### Amazon Payment Products
Amazon Visa
Amazon Store Card
Amazon Secured Card
Amazon Business Card
Shop with Points
Credit Card Marketplace
Reload Your Balance
Gift Cards
Amazon Currency Converter

### Let Us Help You
Your Account
Your Orders
Shipping Rates & Policies
Amazon Prime
Returns & Replacements
Manage Your Content and Devices
Recalls and Product Safety Alerts
Help

amazon    English    United States

Amazon Music Stream millions of songs  | Amazon Ads Reach customers wherever they spend their time | 6pm Score deals on fashion brands | AbeBooks Books, art & collectibles | ACX Audiobook Publishing Made Easy | Sell on Amazon Start a Selling Account | Amazon Business Everything For Your Business

Amazon Fresh Groceries & More Right To Your Door | AmazonGlobal Ship Orders Internationally | Home Services Experienced Pros Happiness Guarantee | Amazon Web Services Scalable Cloud Computing Services | Audible Listen to Books & Original Audio Performances | Box Office Mojo Find Movie Box Office Data | Goodreads Book reviews & recommendations

amazon

Deliver to
Chicago 60604

All ⌄    Search Amazon    🔍

🇺🇸 EN ⌄   Hello, Joe
Account & Lists ⌄   Returns & Orders   🛒 0 Cart

☰ All   Same-Day Delivery   Customer Service   Medical Care ⌄   Amazon Basics   Keep Shopping For   Registry   Groceries ⌄   Pharmacy   Livestreams   Shop By Interest   Household, Health & Baby Care   Handmade

# jingtingxx

**Visit the jingtingxx storefront**

★★★★☆ | **76% positive** in the last 12 months (119 ratings)



Andy's Orchids Diamond Painting...
$7⁹⁹

**Add to Cart**

## About Seller

jingtingxx is committed to providing each customer with the highest standard of customer service.

**Have a question for jingtingxx?**

Ask a question

## Reviews

★★★★☆  4.1 out of 5
119 ratings

[ 12 months ⌄ ]

5 star �▬▬▬▬ 66%
4 star ▬ 9%
3 star ▬ 7%
2 star ▬ 4%
1 star ▬ 13%

⌄ Learn more about how seller reviews work on Amazon

**Share your thoughts with other customers**

Leave seller feedback

**FILTER BY**

[ All stars ⌄ ]

119 total ratings, 118 with feedback for 12 months ⓘ

★★★★★  "The pictures advertising are exactly what you get, and these are SO COMFY. Very lightweight, stylish, and the colors give a wide range to matching your sleeves... "
Read more
By Jamie Kelly on June 20, 2024.

★★★★☆  "Works "
By Frances on June 18, 2024.

★☆☆☆☆  "This item is listed as one size but that is not the case. The bralette runs VERY small. "
By Meghan Kirkpatrick on June 14, 2024.

★★★☆☆  "The product was shipped in a small package and very difficult to put into shape as pictured in the article... "
By C.D. Chapman Jr. on June 9, 2024.

★★★★★  "good buy "
By pete on June 6, 2024.

Previous Next

## Return & Refund Policies

Please refer to the Amazon.com Return Policy .

## Detailed Seller Information

**Business Name:** Shang Hai Jing Ting Xin Xi Ji Shu You Xian Gong Si
**Business Address:**
灵石路697号6号楼906室
上海市
静安区
上海市
200072
CN

## Shipping Policies  ⌄

## Other Policies  ⌄

## Help  ⌄

## Products

See all products currently offered by the seller.

Leave seller feedback

**Get to Know Us**
Careers
Amazon Newsletter
About Amazon
Accessibility
Sustainability
Press Center
Investor Relations
Amazon Devices

**Make Money with Us**
Sell on Amazon
Sell apps on Amazon
Supply to Amazon
Protect & Build Your Brand
Become an Affiliate
Become a Delivery Driver
Start a Package Delivery Business

**Amazon Payment Products**
Amazon Visa
Amazon Store Card
Amazon Secured Card
Amazon Business Card
Shop with Points
Credit Card Marketplace
Reload Your Balance
Gift Cards

**Let Us Help You**
Your Account
Your Orders
Shipping Rates & Policies
Amazon Prime
Returns & Replacements
Manage Your Content and Devices

Case: 1:26-cv-00358 Document #: 11-1 Filed: 02/05/26 Page 138 of 169 PageID #:1397





# Dam Skerisi Multipurpose Gemstone Painting Pen Set, 6pcs Metal Tips, Blue DIY 5D Tool for Beginners Skilled, Lightweight Plastic Alloy Material, Increase Speed of Gemstone Drawing

Brand: Dam Skerisi

Search this page

$22⁶⁹

Up to 7% off if you qualify

Shop items ›

With **Amazon Business**, you would have **saved $83.58** in the last year. Create a free account and **save up to 11%** today.

| | |
|---|---|
| **Brand** | Dam Skerisi |
| **Color** | #111 |
| **Item dimensions L x W x H** | 4.72 x 4.72 x 0.39 inches |
| **Model Name** | Dam Skerisiyu35k0feh4 |
| **Manufacturer** | Dam Skerisi |

## About this item

- Multipurpose Use: This Gemstone painting pen set is not only ideal for Gemstone painting but also serves as a versatile tool for nail art, decorating mobile phones, laptops, and hairpins, catering to a wide range of craft needs.
- Suitable for All Levels: Whether you're a beginner or a skilled Gemstone painter, this set of accessory tools is suited to meet your requirements, making art of Gemstone painting accessible to everyone.

**Ask Rufus**

Can it be used on different surfaces?

Does it come with instructions?

Is it easy to switch between tips?

Ask something else

Click to see full view

$22⁶⁹

FREE delivery **November 26 - December 8**. Details

Deliver to Feiyang – Joliet 60435

**In Stock**

Quantity: 1

**Add to Cart**

**Buy Now**

Shipper / Seller  kelida

Returns  Returnable until Jan 31, 2026

Payment  Secure transaction

See more

Add to List

**amazon business**

**Buying for Work?**
Save up to 11% with business only pricing.

View Amazon Business Pricing

- Variety of Pen Tips: Comes with 6 different metal tips, allowing you to choose size for your and preference, ensuring accurate and efficiency in your Gemstone painting .

- to Use: Simply apply clay to pen and use drill pen to effortlessly place in desired locations. pen's lightweight and stainless steel tips ensure a comfortable grip and durability.

- Excellent Material: Made from a combination of plastic and alloy, this Gemstone painting pen is lightweight, reducing hand fatigue during extended use. stainless steel tips maintain their shape, ensuring accurate and .

› See more product details

☰ Report an issue with this product or seller

**Pay-per-visit telehealth**
Start a virtual visit 24/7 for common concerns like acne, allergies, hair loss, and more through One Medical Pay-per-visit (formerly Amazon Clinic).
Get treatment now >

## Buy it with



+



Total price: $36.67

**Add both to Cart**

ℹ These items are shipped from and sold by different sellers.
Show details

**This item:** Dam Skerisi Multipurpose Gemstone Painting Pen Set, 6pcs Metal Tips, Blue …
$22⁶⁹

Benote Diamond Art Painting Pen Refillable Wax, Diamond Paint Accessories Refillable Wax Pen…
$13⁹⁸ ✓prime

## Based on your recent views Sponsored ℹ

Case: 1:26-cv-00358 Document #: 11-1 Filed: 02/05/26 Page 140 of 169 PageID #:1399

## Item details ⌃

| Brand Name | Dam Skerisi |
|---|---|
| Model Name | Dam Skerisiyu35k0feh4 |
| Manufacturer | Dam Skerisi |
| ASIN | B0F9B1T6NQ |
| Item Type Name | Tools & Accessories |
| Item Height | 1 centimeters |
| Warranty Description | Manufacturer warranty for 90 day |

**Warranty & Support**

**Product Warranty:** For warranty information about this product, please click here

**Feedback**

Would you like to **tell us about a lower price?** ⌄

## Style ⌃

| Color | #111 |
|---|---|

## Measurements ⌃

| Item Dimensions | 4.72 x 4.72 x 0.39 inches |
|---|---|

## Product Description

Item Type: Painting Pen
Material: Plastic, Alloy
Purpose: Multi Type Point Drilling Method to Increase the Speed of Drawing Point Drilling

Package List:
1 x Multi Link Point Drill Pen
6 x Metal Head

## Products related to this item Sponsored ⓘ



Anneome Catalpa Wood Chinese Calligraphy Paperweight Natural Texture for Painting W...
$14⁵⁹



Leapiture Marker Set Fabric Markers Writing Painting Bright Color Marker Pen Set 20...
$16⁰⁷



EVTSCAN 90 Colors Watercolor Paint Set with Water Color Pen Vivid Colors Lasting So...
$30²⁹

## Customer reviews

No customer reviews

| 5 star | | 0% |
|---|---|---|
| 4 star | | 0% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | | 0% |

How customer reviews and ratings work ⌄

Case: 1:26-cv-00358 Document #: 11-1 Filed: 02/05/26 Page 141 of 169 PageID #:1400



# kelida

Visit the kelida storefront

Just launched | No feedback yet

**Dam Skerisi Multipurpose Gemst...**
$22⁶⁹

Add to Cart

## About Seller

kelida is committed to providing each customer with the highest standard of customer service.

**Have a question for kelida?**

Ask a question

## Return & Refund Policies

To get information about the Return and Refund policies that may apply, please refer to Amazon's Return and Refund policy.

To initiate a return, visit Amazon's Online Return Center to request a return authorization from the seller.

For any issues with your return, if the product was shipped by the seller, you can get help here.

## Amazon's A-to-z Guarantee

The Amazon A-to-z Guarantee protects you when you purchase items sold and fulfilled by a third party seller. Our guarantee covers both the timely delivery and the condition of your items. If either are unsatisfactory, you can report the problem to us and our team will determine if you are eligible for a refund.

See full details

## Detailed Seller Information

**Business Name:** zhuhaishidoumenqukelidashangmaoyouxiangongsi
**Business Address:**
   斗门区井岸镇
   美湾西二区42号501房
   珠海市
   广东
   519100
   CN

## Shipping Policies ⌄

## Other Policies ⌄

## Help ⌄

## Products

See all products currently offered by the seller.

Leave seller feedback



amazon prime

All ▾   Search Amazon   🔍

🇺🇸 EN   Hello, Wacky Account & Lists ▾   Returns & Orders   🛒 0

☰ All   Rufus   Holiday Deals   Same-Day Delivery   Amazon Haul   Medical Care ▾   Luxury   Amazon Basics   Groceries ▾   Buy Again

✅ **Order placed, thanks!**

Confirmation will be sent to your email.

**Shipping to** ████████████████ IL, 60435, United States

**Nov. 26 – Dec. 8**
Estimated delivery



Review or edit your recent orders ›



**amazon pharmacy**

**Your medications made easy**

Learn more

Get a **Get a $125 Amazon Gift Card** upon approval for the Amazon Business Prime Card. Terms apply.

Learn more

## Books you may like



**Escaped Daughter (Morrigan University Book 1)**
› Erin R Flynn
★★★★½ 3,697
Kindle Edition
$0⁹⁹
3 pts



**Fire's Resonance: A Paranormal Dragon Romance (Hearts on Fir...**
› Milly Taiden
★★★★½ 119
Kindle Edition
$2⁹⁹
9 pts

**Fourth Wing (The Empyrean Book 1)**
› Rebecca Yarros
★★★★★ 453,487
Kindle Edition
#1 Best Seller
$14⁹⁹
45 pts

## Recommendations for you in Arts, Crafts & Sewing

# amazon prime

## Secure checkout ˅

**Delivering to** ▇▇▇▇▇
▇▇▇▇▇▇▇▇▇▇ IL, 60435, United States

Change

Add delivery instructions

**Paying with** ▇▇▇▇▇▇▇▇

Change

Use a gift card, voucher, or promo code

> ℹ **Want to save time on your next order and go directly to this step when checking out?**
> ☐ Default to this delivery address and payment method.



**Get a $125 Amazon Gift Card** upon approval for the Amazon Business Prime Card.
Terms apply.

Learn more

### Arriving Nov 26, 2025 - Dec 8, 2025

Dam Skerisi Multipurpose Gemstone Painting Pen Set, 6pcs Metal Tips, Blue DIY 5D Tool for Beginners Skilled, Lightweight Plastic Alloy Material, Increase Speed of Gemstone Drawing
**$22.69**
Ships from kelida
Sold by kelida

⦿ **Wednesday, Nov 26 – Monday, Dec 8**    FREE

🗑 1 +

Gift options not available

---

### Place your order

By placing your order, you agree to Amazon's privacy notice and conditions of use.

Items:                          $22.69
Shipping & handling:            $0.00
Estimated tax to be collected:* $1.99
**Order total:**               **$24.68**

---

**Place your order**

**Order total: $24.68**
By placing your order, you agree to Amazon's privacy notice and conditions of use.

Why has sales tax been applied? See tax and seller information.

Do you need help? Explore our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Colorado Purchasers: Important information regarding sales tax you may owe in your State

Case: 1:26-cv-00358 Document #: 11-1 Filed: 02/05/26 Page 144 of 169 PageID #:1402

Amazon | Deliver to Chicago 60604 | All ▾ | Search Amazon | 🔍 | EN ▾ | Hello, sign in Account & Lists ▾ | Returns & Orders | 🛒 0 Cart

☰ All | Holiday Deals | Amazon Haul | Medical Care ▾ | Best Sellers | Amazon Basics | New Releases | Registry | Today's Deals | Prime ▾ | Gift Cards ▾ | Groceries ▾ | Smart Home | prime THURSDAY NIGHT FOOTBALL | 20 : 40 : 24

Give them a gift card they'll love  Shop now

Arts, Crafts & Sewing › Crafting › Mosaic Making › Diamond Painting Kits & Accessories › Tools & Accessories

### 17pcs Rose Metal Tips Diamond Painting Pen Kits, 6pcs Stainless Steel Tips,1 Pen holder, 6 Clays, 2 Finger Sleeves, 5D Diamond Painting Accessories Tools for DIY Craft, Comfort Grip, Faster Drilling

Visit the LIBIFUN Store

4.4 ★★★★½ ▾    1,269 ratings

**Amazon's Choice**

$13.99

Get **Fast, Free Shipping** with **Amazon Prime**

FREE Returns ▾

Color: **17pcs rose tips**

| $8.88 | $12.99 | $14.99 ($0.88 / count) | $13.99 | $13.99 |

| Brand | LIBIFUN |
|---|---|
| Writing Instrument Form | Multifunction Writing Instruments |
| Color | 17pcs rose tips |
| Ink Color | Blue |
| Age Range (Description) | Adult |

### About this item

- ALL YOU NEED INCLUDED : You will receive 6 * replacement metal pen (1*metal tip, 1*elbow pen tip, 1*corrective pen tip, 1*3/6/9-drills bit ) heads, 1*exquisite diamond painting pens,1*pen holder, 6*glue clay, a pack of replacement rubber rings, 2*Finger Sleeves Protectors, a storage box. Different tip models can drill different numbers of diamonds, convenient and efficient, which can easily meet your DIY needs.
- PREMIUM QUALITY: Our metal tips are made of high-quality stainless steel, smooth and durable, not easy to break/rust /fade, which can be applied for a long time, the diamond painting pen is made of 100% handmade resin, the pen body is 30% thicker than usual drill pens for diamond paintings, making it easier and more comfortable to grip.
- EASY TO USE: These metal tips are easy to use and assemble, just insert the tip into the head of the diamond painting pen. Comes with a replacement rubber ring, so that the tips will not loosen easily and can be used for a long time.
- EFFECTIVELY PROTECT YOUR FINGERS: Come with 2 finger sleeves protectors, comfortable to wear, lightweight and breathable, can absorb most of the sweat to keep the hands dry and clean, effectively protect your fingers and relieve fatigue when you are making the diamond painting.
- WIDE APPLICATION: Our 5D diamond painting accessories can be applied to various styles of diamond painting pen, and can handle diamonds of different shapes and materials, such as round diamonds, square diamonds, crystal diamonds, resin diamonds, etc., suitable for diamond art painting, jewelry making, nail art and embroidery, etc, they are suitable for beginners and skillful players.

💬 Report an issue with this product or seller

---

**prime**

Enjoy fast, free delivery, exclusive deals, and award-winning movies & TV shows.

Join Prime

$13.99

Get **Fast, Free Shipping** with **Amazon Prime**

FREE delivery **Monday, November 10** on orders shipped by Amazon over $35

Or **Prime members** get FREE delivery **Tomorrow, November 6.** Order within **2 hrs 43 mins**. Join Prime

📍 Deliver to Chicago 60604

**In Stock**

Quantity: 1 ▾

**Add to Cart**

**Buy Now**

Ships from    Amazon
Sold by    libidotech
Returns    FREE refund/replacement until Jan 31, 2026
Payment    Secure transaction

☐ Add a gift receipt for easy returns

**Add to List**

---

### Frequently bought together



☑ + ☑ + ☑

Total price: $37.36

**Add all 3 to Cart**

ⓘ These items are shipped from and sold by different sellers. Show details

**This item:** 17pcs Rose Metal Tips Diamond Painting Pen Kits, 6pcs Stainless Steel Tips,1 Pen holde…
$13.99

Diamond Painting Sealer, Topwey Diamond Painting Adhesive with Applicator Helps retain Your…
$6.38 ($1.45/fluid ounce)

ARTDOT 60 Slots Storage Container for Diamond Art Kits for Adults,Portable Bead Stora…
$16.99

### Based on your recent shopping trends

11/6/25, 11:19 AM    Amazon.com: 50 pcs Silver Metal Tips Diamond Painting Pen Kits, 6 pcs Stainless Steel Tips, 6 Glue Clays , 2 Finger Sleeves , 5D …

Case: 1:26-cv-00358 Document #: 11-1 Filed: 02/05/26 Page 145 of 169 PageID #:1404

| Manufacturer Part Number | zsb |
|---|---|

## Product Description

**SPECIFICATIONS:**

17pcs Diamond Painting Metal Pen Accessories Tool kit

Material: Alloy Metal(Drill nibs)  +resin(pen)

Size: as the pictures shown

**Package includes:**

1* diamond painting pen

6 * metal diamond painting pen tips

1* pen holder

6 * glue clays

2 * finger sleeves protectors

1 * storage box

**WHY CHOOSE US?**

Sharing Happiness:

The rich set can be shared with others, and you can also complete the diamond painting with your children, exercise their manual ability, and bring you a lot of DIY fun.

Portable:

Small and easy to carry, a wide assortment of nibs are stored in a storage case for easy portability and use when needed.

More Efficient:

Replaceable stainless steel nib, flexible use can improve drawing efficiency

**OUR SINCERE SERVICE:**

If you have any problems or after-sales with our product, please contact us at any time, and we will try our best to solve the problem for you

**Warmly Remind:**

1.Due to the light and monitors effect, colors may have lightly difference.

2.Please allow slightly size errors due to manual measurement. Thank you for your understand!

2.Please keep away from the little kids

### Similar brands on Amazon

Sponsored �घ

 Silky Diamond Painting Tray with Lid, Diamond Painting Accessories, Diamon…
4.6 ★★★★☆ 487
$11.99  List: $15.99

 20PCS Plastic Diamond Art Painting Bead Sorting Trays Accessories Tools f…
4.6 ★★★★☆ 1,548
$7.99

 Diamond Painting Sealer & Glue, Clear, Permanent Fixation & Shining Effect, …
4.7 ★★★★☆ 343
$9.99

 ijbnhd 8 PC Coasters D…
4.7 ★★★
$7.99

### Related products with free delivery on eligible orders Sponsored ⓘ | Try Prime for unlimited fast, free shipping

 Automatic Refillable Wax Pen for Diamond painting, Refillable Diamond Art Pen with …
$14.99
✓prime

 Praise V Do Thin Version Stainless Steel Diamond Painting Art Drilling Pen Kit with…
$11.99
✓prime

 27 Pcs Diamond Art Storage with Bag, 2-in-1 Diamond Art Trays Container with Lids, …
Amazon's Choice
$21.99 ($0.81 / count)
✓prime

 Praise V Do Thin Version Stainless Steel Diamond Painting Art Drilling Pen Kit with…
$14.99
✓prime

 LEIYULY 13PCS Diamond Art Pen, with 1,3,6,9 Stainless Steel Nibs, Ergonomic Diamond…
★★★★☆ 115
$12.99
✓prime

 forever young Ergonomic Diamond Painting Pen with 4 Metal Tips, Wrist…
$7.99
✓prime
Save 5% with coupon

 22PCS DIY Diamond Art Pen Painting Tool Set - Metal Threaded Tip Accessories Gem Re…
★★★★☆ 253
$12.90
✓prime

### Customer reviews

 ★★★★☆  4.4 out of 5

1,269 global ratings

| | | |
|---|---|---|
| 5 star | | 72% |
| 4 star | | 14% |
| 3 star | | 8% |
| 2 star | | 3% |
| 1 star | | 3% |

How customer reviews and ratings work ⌄

### Review this product

Share your thoughts with other customers

### Customers say

Customers find the diamond painting pen well-made and functional, with one mentioning it works beautifully for detail work. The size receives mixed feedback - while some say it fits well in hand, others find it too big. Durability is a concern, with multiple customers reporting that the pen broke during use.

ⓐⱼ Generated from the text of customer reviews

**Select to learn more**

✓ Quality    ✓ Functionality    ✓ Size    ⊖ Durability

### Reviews with images

See all photos ›

    

11/6/25, 11:19 AM Amazon.com: 30pcs Silver Metal Tips Diamond Painting Pen Kits, 2pcs Stainless Steel Tips, 6 Glue Clays, 2 Finger Sleeves , 5D …

Case: 1:26-cv-00358 Document #: 11-1 Filed: 02/05/26 Page 146 of 169 PageID #:1405

Write a customer review

**Top reviews from the United States**

BARBARA

★★★★★ **A Game-Changer for Diamond Painting!**
Reviewed in the United States on June 1, 2025
Color: 16pcs silver tips | Verified Purchase

I absolutely love this diamond painting pen! From the moment I picked it up, I could tell it was made with quality and comfort in mind. The ergonomic design makes it easy to hold for long sessions, and the added weight gives me more control and precision—no more hand cramps!

The multi-placer tips are a huge bonus and work beautifully for both detail work and filling in larger areas quickly. The pen glides smoothly over the canvas, and the wax holds well without constantly needing to reapply. Plus, the design is stunning—it adds a bit of sparkle and personality to my toolkit.

If you're serious about diamond painting or just getting started, this pen is a must-have. It's made the whole process more enjoyable and efficient. I'll definitely be buying another one as a backup!

2 people found this helpful

Helpful | Report

Sara Guza

★★★★★ **Quality and worth the money**
Reviewed in the United States on September 28, 2025
Color: 16pcs silver tips | Verified Purchase

Love this dont know what I would do without it. Super handy makes it alot easier to do diamond paintings. Good quality and well worth the money.

Helpful | Report

Emily

★★★★★ **I like it**
Reviewed in the United States on October 18, 2025
Color: 16pcs silver tips | Verified Purchase

Love it. Very comfortable tool and makes it enjoyable to do diamond paintings from a lady with arthritic hands. The bubbled design makes it easy to grip, the multi place heads fit the correct number of drills. Good value for the price.

Helpful | Report

Carol W.

★★★★☆ **Does not hold the tips securely.**
Reviewed in the United States on September 2, 2024
Color: 16pcs silver tips | Verified Purchase

The styles does not hold the tips securely. The tips twist while inserting the drills.

Helpful | Report

Ashley Mallett

★★★★★ **Diamond Art Pen**
Reviewed in the United States on September 28, 2025
Color: 16pcs silver tips | Verified Purchase

My pen works great for diamond art painting. I ordered it for all the metal multiplacers. Love it

Helpful | Report

Sherry Jones

★★★★★ **This pen is great and never fatigues my hand!**
Reviewed in the United States on September 28, 2025
Color: 16pcs silver tips | Verified Purchase

I love this Diamond art pen! Every time I do my Diamond art I reach for this specific tool. It isn't heavy it doesn't fatigue my hand, especially after having carpal tunnel surgery.

Helpful | Report

MomOf3

★★★☆☆ **Not for me**
Reviewed in the United States on June 7, 2024
Color: 16pcs rose tips | Verified Purchase

Nice pen and all the extras are nice though I don't see a use for the finger covers. It comes with little gasket things as that's how the placers stay on. I have to do a little twist and push it on and they don't really lock in. I just wanted to try it out and it's a nice pen. It's comfy, placers to choose from like you are set with this. I just don't see how it will work for me long term. I'm honestly not sure if there are pens that work for anyone long term as I'm new to diamond painting. But I let my kid try it as she likes to help a little and gave it back with a broken gasket thing. Which is now obvious why they send extras of those which is very convenient props for that. So it's not bad, not perfect. Also I don't like the single placer, it's too thick that I'm worried I'm messing up my diamond paint. If there's a way to get more of those gasket things that would make it better for sure. But still, I think I would try a threaded one next time in the hopes it locks in place. It is better than the plastic pens that comes with your kits of course so no regrets I think. I just wouldn't buy this one again. But I guess I'll need to try others and see what works for me. I think it can be a decent starter set maybe.

One person found this helpful

Helpful | Report

Taryn Kylie Dunkle

★★★★★ **Recommend**
Reviewed in the United States on October 31, 2025
Color: 16pcs silver tips | Verified Purchase

I use it everyday with my diamond painting!!!

Helpful | Report



See more reviews ›

**Top reviews from other countries**

Lily Farr

★★★☆☆ **It's sturdy and heavy**
Reviewed in Australia on July 1, 2023
Color: 17pcs mix | Verified Purchase

The pen works well, but there are a few items for you to consider, that may have impacted my decision.
No 1 The pen is very heavy, so after long use, your hand gets tired.
No 2 I am a very visual person so the colour matters to me. I loved the light colours of the image but when my pen arrived it was really dark, now I know this is not an exact science but if you are going for the colour don't. The stand was the perfect colour but not the pen.

Report

297sobersoldier

★★★☆☆ **(Perfect Handle)( Not So Perfect Tips)**
Reviewed in Canada on June 8, 2022
Color: 17pcs silver tips | Verified Purchase

The Pen Handle Is Ideal But Buyer Beware The Tips Are Too Thin to Pick Up multiple Diamonds.



Report

Dot

★☆☆☆☆ **Tip too big**
Reviewed in Canada on March 30, 2023
Color: 16pcs rose tips | Verified Purchase

Tip is bigger than the drills. Looks like tips screw in the don't really; more of a twist press in and not a tight fit. Won't be returning as UPS drop off or pay to return not worth my time.

Report

See more reviews ›

## Brand in this category on Amazon



diamond art coasters kits gift

Shop TDOOW ›



TDOOW Diamond Art Painting
★★★★☆ 265
✓prime

TDOOW Diamond Art Painting
★★★★☆ 265
✓prime

Sponsored ⓘ



11/13/25, 1:14 PM
Case: 1:26-cv-00358 Document #: 11-1 Filed: 02/05/26 Page 148 of 169 PageID #:1407
Amazon.com Seller Profile: libidotech

# libidotech

Visit the libidotech storefront

★★★★★ | **100% positive** in the last 12 months (15 ratings)



**17pcs Silver Metal Tips Diamond ...**
$13⁹⁹

[ Add to Cart ]

## About Seller

libidotech is committed to providing each customer with the highest standard of customer service.

**Have a question for libidotech?**

[ Ask a question ]

## Reviews

★★★★★ 4.8 out of 5
15 ratings

[ 12 months ⌄ ]

5 star �per 80%
4 star ▬ 20%
3 star 0%
2 star 0%
1 star 0%

Learn more about how seller reviews work on Amazon ⌄

**Share your thoughts with other customers**

[ Leave seller feedback ]

**FILTER BY**

[ All stars ⌄ ]

15 total ratings, 15 with feedback for 12 months ⓘ

★★★★★  " Fast delivery. "
By AZSherrie on September 12, 2025.

★★★★★  " very happy with my purchase "
By Janice Elliot on September 7, 2025.

★★★★★  " Nice "
By Travis on August 17, 2025.

★★★★★  " 10 out of 10 "
By Cre on August 10, 2025.

★★★★☆  " Helps my dogs if I get it to early enough before the storm. "
By Anne K. on July 6, 2025.

Previous Next

## Return & Refund Policies

Please refer to the Amazon.com Return Policy .

## Detailed Seller Information

**Business Name:** shenzhenshilibiduodianzishangwuyouxiangongsi
**Business Address:**
　龙华街道景龙社区和平西路301号
　金庸阁A1栋504
　深圳市
　广东
　518109
　CN

## Shipping Policies ⌄

## Other Policies ⌄

## Help ⌄

### Products

[See all products](#) currently offered by the seller.

Leave seller feedback

Back to top

### Get to Know Us
Careers
Amazon Newsletter
About Amazon
Accessibility
Sustainability
Press Center
Investor Relations
Amazon Devices
Amazon Science

### Make Money with Us
Sell on Amazon
Sell apps on Amazon
Supply to Amazon
Protect & Build Your Brand
Become an Affiliate
Become a Delivery Driver
Start a Package Delivery Business
Advertise Your Products
Self-Publish with Us
Become an Amazon Hub Partner
› See More Ways to Make Money

### Amazon Payment Products
Amazon Visa
Amazon Store Card
Amazon Secured Card
Amazon Business Card
Shop with Points
Credit Card Marketplace
Reload Your Balance
Gift Cards
Amazon Currency Converter

### Let Us Help You
Your Account
Your Orders
Shipping Rates & Policies
Amazon Prime
Returns & Replacements
Manage Your Content and Devices
Recalls and Product Safety Alerts
Registry & Gift List
Help



🌐 English ⇕    🇺🇸 United States

**Amazon Music** Stream millions of songs

**Amazon Ads** Reach customers wherever they spend their time

**6pm** Score deals on fashion brands

**AbeBooks** Books, art & collectibles

**ACX** Audiobook Publishing Made Easy

**Sell on Amazon** Start a Selling Account

**Veeqo** Shipping Software Inventory Management

**Amazon Business** Everything For Your Business

**Amazon Fresh** Groceries & More Right To Your Door

**AmazonGlobal** Ship Orders Internationally

**Home Services** Experienced Pros Happiness Guarantee

**Amazon Web Services** Scalable Cloud Computing Services

**Audible** Listen to Books & Original Audio Performances

**Box Office Mojo** Find Movie Box Office Data

**Goodreads** Book reviews & recommendations

**IMDb** Movies, TV & Celebrities

**IMDbPro** Get Info Entertainment Professionals Need

**Kindle Direct Publishing** Indie Digital & Print Publishing Made Easy

**Amazon Photos** Unlimited Photo Storage Free With Prime

**Prime Video Direct** Video Distribution Made Easy

**Shopbop** Designer Fashion Brands

**Amazon Resale**

**Whole Foods Market**

**Woot!** Deals and Shenanigans

**Zappos** Shoes & Clothing

**Ring** Smart Home Security Systems

**eero WiFi** Stream 4K Video in Every Room

**Blink** Smart Security for Every Home





amazon prime

All ▾ | Search Amazon | 🔍

EN ▾ | Hello, Wacky
Account & Lists | Returns
& Orders | 🛒 0

☰ All | 🔵 Rufus | Holiday Deals | Same-Day Delivery | Amazon Haul | Medical Care ▾ | Luxury | Amazon Basics | Groceries ▾ | Buy Again

✅ **Order placed, thanks!**

Confirmation will be sent to your email.

**Pickup location:** ██████████████████ IL, 60435, United States

**Tuesday, Nov. 18**
Estimated delivery



**Follow the brand**

Get deals, new products updates, and more.

**LIBIFUN**

Follow

**Review or edit your recent orders** ›

Get a **Get a $125 Amazon Gift Card** upon approval for the Amazon Business Prime Card.
Terms apply.

Learn more

## Based on your reading ⋮



**Beasts and Baubles (Trixie Towers Book 4)**
› Scarlett Dawn
★★★★½ 719
Kindle Edition
$5⁹⁹
18 pts

**The Internal Family Systems Workbook: A Guide to Discover Your…**
› Richard C. Schwartz
★★★★½ 381
Kindle Edition
-43% $12⁹⁹
Print List Price: $22.99
39 pts

**Patricia Briggs' Mercy Thompson: Moon Calle Vol. 2**
Patricia Briggs
★★★★½ 394
Kindle Edition
$7⁹⁹
24 pts

## Books you may like ⋮



# Amazon

Deliver to
Chicago 60604

All ▾ | Diamond Art Pens | 🔍

🇺🇸 EN

Hello, Joe
Account & Lists ▾

Returns
& Orders

0
Cart

☰ All | Same-Day Delivery | Customer Service | Medical Care ▾ | Amazon Basics | Keep Shopping For | Registry | Groceries ▾ | Pharmacy | Livestreams | Shop By Interest | Household, Health & Baby Care | Handmade

Office Products | Office Deals | School Supplies ▾ | Printers, Ink & Toner | Projectors | Amazon Business

Sponsored ⓘ

Arts, Crafts & Sewing › Crafting › Mosaic Making › Diamond Painting Kits & Accessories › Tools & Accessories



Click image to open expanded view

## Diamond Painting Pen Diamond Art Pens 16pcs Diamond Painting Tools Set Multiple Replacement Tips For Diy 5d Diamond Art

Brand: Toulideifaria
─ Search this page

## $13⁸⁹

FREE Returns ▾

| | |
|---|---|
| Brand | Toulideifaria |
| Color | 42 |
| Ink Color | Multicolor |
| Material | Metal |
| Point Type | Broad |

### About this item

- Diamond painting tool kit includes 1 * diamond painting pen,6 * metal replacement nibs (1 * metal nib,1 * curved nib,1 * 3 / 6 / 9 drill tip and 1 * corrective nib) 6 * gluing clay ,1 * drill storage box,2 * tray,1 * anti-slip mat,practical diamond painting accessories combination can meet your different needs in the process of DIY diamond painting, so you can enjoy.
- High Quality Material-Completely different from those plastic diamond nibs,the metal nib is designed to be strong,smooth,and resistant to wear and tear, and lasts longer.With cap design,dustproof, rounded along the mouth, not hurt your hand.
- Easy To Use-Diamond painting accessories pens are easy to use and assemble, simply insert the tip into the head of the diamond painting pen.
- Enjoy Your Diamond Art Time - Diamond art pens easy to use and comfortable to hold. The diamond painting pens can help you finish 5D diamond painting easier and faster.
- Wide Range Of Applications- Diamond painting tools pens can be used very easily with many different shapes of diamonds,whether square or round.Diamond painting pen set is also suitable for jewelry making,nail art,and many other uses, as you will discover.

💬 Report an issue with this product or seller

☐ Add your free 30-day trial of Prime and get fast, free delivery

prime

---

● Delivery | Pickup

## $13⁸⁹

FREE Returns ▾

**FREE delivery Sunday, June 30** on orders shipped by Amazon over $35

Or fastest delivery **Wednesday, June 26**. Order within **8 hrs 32 mins**

◉ Deliver to Chicago 60604

**Only 4 left in stock - order soon.**

Quantity: 1 ▾

Add to Cart

Buy Now

| | |
|---|---|
| Ships from | Amazon |
| Sold by | life house |
| Returns | Eligible for Return, Refund or Replacement… |
| Payment | Secure transaction |

▾ See more

☐ Add a gift receipt for easy returns

Add to List ▾

Sponsored ⓘ

Sponsored ⓘ

## Buy it with

 

Total price: **$33.88**

Add both to Cart

ⓘ One of these items ships sooner than the other.
Show details

**This item:** Diamond Painting Pen Diamond Art Pens 16pcs Diamond Painting Tools Set…
$13⁸⁹

ARTDOT Diamond Painting Storage Boxes, 60 Slots Bead Storage with 5D Diamond Art…
$19⁹⁹

## Based on your recent views

Page 1 of 58

Sponsored ⓘ

      

NIBESSER 21Pcs Diamond Art Painting Pen Kit 3pcs Diamond Art Pens 12 Pcs…
$19⁹⁹
prime
Save 15% with coupon

Diamond Art Accessories Tools Kits for DIY, 5D Diamond Art Pen Screw Thread Tips, 3…
4.8 ⭐ 30
$25⁸⁹
prime

Roblue 20pc Diamond Art Pens,Diamond Art Accessories with Screw Thread Metal Tips,E…
4.3 ⭐ 20
$17⁹⁹
prime
Save 8% with coupon

NIBESSER 21Pcs Diamond Art Painting Pen Kit 3pcs Diamond Art Pens 12 Pcs Metal…
4.6 ⭐ 52
$19⁹⁹
prime
Save 15% with coupon

ZYNERY 40 PCS Diamond Painting Pens Kit, 13 PCS Stainless Steel Tips for Diamond…
4.6 ⭐ 1,633
$18⁹⁸
prime
Save 5% with coupon

SENHAI 24 pcs Diamond Art Painting Pen Kits, Diamond Art Pens Metal Tips Screw Thre…
4.6 ⭐ 254
$17⁵⁹
prime

Fuutreo 23 Pcs Diamond Painting Pen Accessories 5D Metal Tips Diamond Painting Pen …
4.6 ⭐ 65
$17⁹⁹
prime

## Products related to this item

Sponsored ⓘ

       

**BENOSPACE 3PCs Stainless Steel Tips for Diamond Painting Pen, Single Placers for Th...**
4.2 ★★★★☆ 50
$6⁹⁹
✓prime
`Save 5%` with coupon

**NIBESSER 21Pcs Diamond Art Painting Pen Kit 3pcs Diamond Art Pens 12 Pcs Metal...**
4.6 ★★★★★ 52
$19⁹⁹
✓prime
`Save 15%` with coupon

**ZYNERY 21 Pcs Diamond Painting Pens Kit, 1 Pcs Refillable Wax Pen with 20 Pcs Wax, ...**
3.5 ★★★☆☆ 126
$13⁹⁹
✓prime

**ZYNERY 25 PCS Diamond Painting Pens Kit, 12 PCS Metal Screw Thread Tips Stainless S...**
4.8 ★★★★★ 81
$13⁹⁹
✓prime
`Save 5%` with coupon

**FOVIUPET 21pcs Diamond Painting Art Drill Pen Set, Return Luminous 5D Point...**
4.5 ★★★★★ 196
$13⁹⁹
✓prime

**SENHAI 35 Pcs Diamond Art Paintings Pen Kits, 5D Diamond Art Paintings Accessories ...**
4.4 ★★★★☆ 97
$12⁹⁹
✓prime

**Geyoga 22 Pcs Luminous 5D Diamond Painting Pen Kit DIY Diamond Art Accessories and ...**
4.6 ★★★★★ 29
$23⁹⁹
✓prime

**Accfore 22 Pcs Diamond Paint Pen Kits,5D Diamond Painting Accessories, Diamond...**
4.5 ★★★★★ 2
$10⁹⁹
✓prime

## Product Description

## Looking for specific info?

🔍 Ask about this product ➡

## Product information

### Technical Details

| | |
|---|---|
| Manufacturer | Toulideifaria |
| Brand | Toulideifaria |
| Item Weight | 2.8 ounces |
| Package Dimensions | 6.5 x 5.28 x 0.91 inches |
| Item model number | 2023220101 |
| Color | 42 |
| Closure | Snap |
| Material Type | Metal |
| Point Type | Broad |
| Ink Color | Multicolor |
| Manufacturer Part Number | 2023220101 |

### Additional Information

| | |
|---|---|
| ASIN | B0C6JW1CNR |
| Best Sellers Rank | #731,124 in Arts, Crafts & Sewing (See Top 100 in Arts, Crafts & Sewing) <br> #862 in Diamond Painting Tools & Accessories |
| Date First Available | May 29, 2023 |

### Warranty & Support

Amazon.com Return Policy: **Amazon.com Voluntary 30-Day Return Guarantee:** You can return many items you have purchased within 30 days following delivery of the item to you. Our Voluntary 30-Day Return Guarantee does not affect your legal right of withdrawal in any way. You can find out more about the exceptions and conditions here.

**Product Warranty:** For warranty information about this product, please click here

### Feedback

Would you like to tell us about a lower price? ⌄

## Compare with similar items

| | This Item | Recommendations | | |
|---|---|---|---|---|
| |  Diamond Painting Pen Diamond Art Pens 16pcs Diamond Painting Tools Set Multiple Replacement Tips For Diy 5d Diamond Art <br> **Add to Cart** | Diamond Painting Pen Accessories Tools Set,1PCS Glitter Diamond Art Pen and 6Pcs Metal Screw Thread Multi Placer Tips,Resin... <br> **Add to Cart** | Halloween Diamond Art Pen, Diamond Painting Pen, Diamond Art Painting Accessories Tool Kit Drill Pen for Adult, 5D Resin Diamond Painting... <br> **Add to Cart** |  (2 Packs) Diamond Painting Pen, Diamond Art Pen, Handmade Resin 5D Diamond Painting Art Drill Pen Kit Tool Accessory with 14 Multi Place... <br> **Add to Cart** |
| Price | $13⁸⁹ | $9⁹⁹ | $9⁹⁹ | $12⁹⁹ |
| Delivery | Get it as soon as **Sunday, Jun 30** | Get it as soon as **Sunday, Jun 30** | Get it as soon as **Sunday, Jun 30** | Get it as soon as **Sunday, Jun 30** |
| Customer Ratings | — | 4.5 ★★★★★ 116 | 4.8 ★★★★★ 33 | 4.7 ★★★★★ 146 |
| Sold By | life house | Lichus US | Alice&Lucy Shop | RaySoar |
| Point Type | Broad | — | — | Flat |
| Number Of Pieces | — | 6 | 1 | 16, 2, 4 |
| Material | Metal | Plastic, Metal, Stainless Steel | Diamond | Plastic, Metal |
| Closure Type | Snap | Snap | — | Snap |

## Videos

Case 1:26-cv-00358 Document #: 1-1 Filed: 02/05/26 Page 154 of 169 PageID #:1413

## Videos for this product



0:50

**How to use Diamond Art Pen**
life house

Upload your video

---

## What's in the box

- diamond painting pen replacement nibs drill storage box gluing clay anti-slip mat

## Similar brands on Amazon

Sponsored ⓘ

sevgili
Shop the Store on Amazon ›



sevgili Diamond Painting Sealer Kits 240ML with Brushes, Diamond Art Seale...
⭐⭐⭐⭐ (3,198)
$12.88 List: $20.99

Dawmud
Shop the Store on Amazon ›



Painting-Magic Colorful Metallic Marker Pens, 10 Colors Glitter Coloring Markers...
$10.99

---

## Products related to this item

Page 1 of 20

Sponsored ⓘ

‹



Accfore 22 Pcs Diamond Paint Pen Kits,5D Diamond Painting Accessories, Diamond...
4.5 ⭐⭐⭐⭐ 2
$10⁹⁹
✓prime



SENHAI 35 Pcs Diamond Art Paintings Pen Kits, 5D Diamond Art Paintings Accessories ...
4.4 ⭐⭐⭐⭐ 97
$12⁹⁹
✓prime



ZYNERY 21 Pcs Diamond Painting Pens Kit, 1 Pcs Refillable Wax Pen with 20 Pcs Wax, ...
3.5 ⭐⭐⭐ 126
$13⁹⁹
✓prime



Geyoga 22 Pcs Luminous 5D Diamond Painting Pen Kit DIY Diamond Art Accessories and ...
4.6 ⭐⭐⭐⭐ 29
$23⁹⁹
✓prime



SENHAI 24 pcs Diamond Art Painting Pen Kits, Diamond Art Pens Metal Tips Screw Thre...
4.6 ⭐⭐⭐⭐ 254
$17⁵⁹
✓prime



Roblue 21pc Diamond Art Pens,Diamond Art Accessories with Screw Thread Metal Tips,E...
4.3 ⭐⭐⭐⭐ 20
$19⁹⁹
✓prime
Save 25% with coupon

AIFUDA 22 Pcs Diamond Art Paintings Pen Kits, 5D Diamond Art Paintings Accessories ...
4.2 ⭐⭐⭐⭐ 22
$14²⁹
✓prime

›

---

Save 5% more  **with Subscribe & Save**

Shop now

Sponsored ⓘ

---

## Customer reviews

| | | |
|---|---|---|
| 5 star | | 0% |
| 4 star | | 0% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | | 0% |

⌄ Zero tolerance for fake reviews

## Review this product

Share your thoughts with other customers

Write a customer review

**No customer reviews**

Case 1:26-cv-00358 Document #: 1-1 Filed: 02/05/26 Page 155 of 169 PageID #:144

Amazon.com: Diamond Painting Pens ... : Arts, Crafts & Sewing



OIIKI 8 Pcs Stainless Steel Tips for Diamo...
40
$13.49
**Shop now**

Sponsored ⓘ

## 4 stars and above

Sponsored ⓘ

      

| NIBESSER 21Pcs Diamond Art Painting Pen Kit 3pcs Diamond Art Pens 12 Pcs Metal... | FOVIUPET 21pcs Diamond Painting Art Drill Pen Set, Resin Luminous 5D Point... | ZYNERY 30 PCS Diamond Painting Pens Kit, 13 PCS Stainless Steel Tip for Diamond... | Avimegii 19PCS Diamond Art Pens Luminous 5D Diamond Painting Pen, 40%... | SENHAI 24 pcs Diamond Art Painting Pen Kits, Diamond Art Pens Metal Tips Screw Thre... | SENHAI 35 Pcs Diamond Art Paintings Pen Kits, 5D Diamond Art Paintings Accessories ... | Diamond Painting Pen, Handmade Resin Diamond Painting Pens with Glue Clay and... |
|---|---|---|---|---|---|---|
| 4.6 ★★★★½ 52 | 4.5 ★★★★½ 196 | 4.6 ★★★★½ 1,632 | 4.4 ★★★★½ 237 | 4.6 ★★★★½ 254 | 4.4 ★★★★½ 97 | 4.6 ★★★★½ 4,422 |
| $19.99 | $13.99 | $13.98 | $15.99 | $17.59 | $12.99 | $4.95 |
| ✓prime | ✓prime | ✓prime | ✓prime | ✓prime | ✓prime | ✓prime |
| Save 15% with coupon | | Save 5% with coupon | | | | |

Sponsored ⓘ

## Best Sellers in Craft Supplies & Materials

15 offers from $8.11
Rust-Oleum 334020 Painter's Touch 2X Ultra Cover Spray Paint, 12 oz, Flat Black
★★★★½ 71,797
**#1 Best Seller** in Spray Paint

$7.64 ($0.25/Count)
List: $25.29
Elmer's Disappearing Purple School Glue Sticks, Washable, 7 Grams, 30 Count
★★★★½ 37,871
**#1 Best Seller** in Glue Sticks
FREE Shipping on orders over $35 shipped by Amazon

$9.99 ($3.33/Count)
Scissors, iBayam 8" All Purpose Scissors Bulk 3-Pack, Ultra Sharp 2.5mm Thick Blade Shears...
★★★★½ 80,339
**#1 Best Seller** in Office Cutting Tools
Get it as soon as **Sunday, Jun 30**
FREE Shipping on orders over $35 shipped by Amazon

$20.79 ($0.10/Count)
Amazon Basics Clear Thermal Laminating Plastic Paper Laminator Sheets - 9 x 11.5-Inch,...
★★★★½ 82,451
**#1 Best Seller** in Office Laminating Supplies
Get it as soon as **Sunday, Jun 30**
FREE Shipping on orders over $35 shipped by Amazon

$13.79
List: $30.79
Scotch Thermal Laminating Pouches, For Use With Thermal Laminators, 8.9 x 11.4 Inches, Letter Size Shee...
★★★★★ 73,170
Get it as soon as **Sunday, Jun 30**
FREE Shipping on orders over $35 shipped by Amazon

$3.94 ($0.07/Foot)
List: $6.69
Duck 1265015 1.88" x 20 yd Winking Tape, Single Roll, White
★★★★½ 38,170
**#1 Best Seller** in Arts & Crafts Tape
Get it as soon as **Sunday, Jun 30**
FREE Shipping on orders over $35 shipped by Amazon

After viewing product detail pages, look here to find an easy way to navigate back to pages you are interested in.

› View or edit your browsing history

Back to top

**Get to Know Us**
Careers
Amazon Newsletter
About Amazon
Accessibility
Sustainability
Press Center
Investor Relations
Amazon Devices
Amazon Science

**Make Money with Us**
Sell on Amazon
Sell apps on Amazon
Supply to Amazon
Protect & Build Your Brand
Become an Affiliate
Become a Delivery Driver
Start a Package Delivery Business
Advertise Your Products
Self-Publish with Us
Become an Amazon Hub Partner
› See More Ways to Make Money

**Amazon Payment Products**
Amazon Visa
Amazon Store Card
Amazon Secured Card
Amazon Business Card
Shop with Points
Credit Card Marketplace
Reload Your Balance
Gift Cards
Amazon Currency Converter

**Let Us Help You**
Your Account
Your Orders
Shipping Rates & Policies
Amazon Prime
Returns & Replacements
Manage Your Content and Devices
Recalls and Product Safety Alerts
Help

 English
 United States

Amazon Music
Stream
millions
of songs

Amazon Ads
Reach customers
wherever they
spend their time

6pm
Score deals
on fashion brands

AbeBooks
Books, art
& collectibles

ACX
Audiobook
Publishing
Made Easy

Sell on
Amazon
Start a Selling
Account

Amazon Business
Everything For
Your Business

Amazon Fresh
Groceries &
More
Right To Your
Door

AmazonGlobal
Ship Orders
Internationally

Home Services
Experienced Pros
Happiness Guarantee

Amazon Web
Services
Scalable Cloud
Computing
Services

Audible
Listen to Books &
Original
Audio
Performances

Box Office
Mojo
Find Movie
Box Office
Data

Goodreads
Book reviews
&
recommendations

IMDb
Movies, TV
& Celebrities

IMDbPro
Get Info
Entertainment
Professionals
Need

Kindle Direct Publishing
Indie Digital & Print
Publishing
Made Easy

Amazon Photos
Unlimited Photo
Storage
Free With Prime

Prime Video Direct
Video Distribution
Made Easy

Shopbop
Designer
Fashion
Brands

Amazon
Warehouse
Great Deals on
Quality Used
Products

Whole Foods
Market
America's
Healthiest
Grocery Store

Woot!
Deals and
Shenanigans

Zappos
Shoes &
Clothing

Ring
Smart Home
Security
Systems

eero WiFi
Stream 4K Video
in Every Room

Blink
Smart
Security
for Every
Home

Neighbors App
Real-Time Crime
& Safety Alerts

Amazon Subscription
Boxes
Top subscription boxes –
right to your door

PillPack
Pharmacy
Simplified

Amazon Renewed
Like-new products
you can trust

Conditions of Use    Privacy Notice    Consumer Health Data Privacy Disclosure    Your Ads Privacy Choices
© 1996-2024, Amazon.com, Inc. or its affiliates

amazon

Deliver to
Chicago 60604

All ▾  Search Amazon  🔍

EN ▾  Hello, Joe
Account & Lists ▾  Returns & Orders  🛒 0 Cart

☰ All  Same-Day Delivery  Customer Service  Medical Care ▾  Amazon Basics  Keep Shopping For  Registry  Groceries ▾  Pharmacy  Livestreams  Shop By Interest  Household, Health & Baby Care  Handmade

# life house

Visit the life house storefront

★★★★★  |  **100% positive** lifetime (9 total ratings)

**Diamond Painting Pen Diamond ...**
$13⁸⁹

[ Add to Cart ]

## About Seller

life house is committed to providing each customer with the highest standard of customer service.

**Have a question for life house?**

[ Ask a question ]

## Reviews

★★★★★  4.8 out of  5
9 ratings

[ Lifetime ▾ ]

5 star ▬▬▬▬▬▬  78%
4 star ▬▬  22%
3 star  0%
2 star  0%
1 star  0%

▾ Learn more about how seller reviews work on Amazon

**Share your thoughts with other customers**

[ Leave seller feedback ]

**FILTER BY**

[ All stars ▾ ]

9 total ratings, 9 with feedback for Lifetime ⓘ

★★★★★  ＂Perfect＂
By Cynthia on April 17, 2024.

★★★★☆  ＂I gave it a 4 because they always come bent. I wish they stop shipping them folded up＂
By Lionel Johnson on February 26, 2024.

★★★★★  ＂Pretty＂
By Melissa S. on December 5, 2023.

★☆☆☆☆  ＂~~Missing 2 sets of numbers~~＂
By Brittany on November 7, 2023.
**Message from Amazon:** This item was fulfilled by Amazon, and we take responsibility for this fulfillment experience.

★★★★★  ＂This item shipped quickly and arrived safely without damage. I had no issues with this item or seller.＂
By Darlene A on August 16, 2023.

Previous Next

## Return & Refund Policies

Please refer to the Amazon.com Return Policy .

## Detailed Seller Information

**Business Name:** Shenzhenshiyieryamaoyiyouxiangongsi
**Business Address:**
坂田街道杨美社区
上段七巷12号402
深圳市
龙岗区
广东省
518129
CN

Shipping Policies  ⌄

Other Policies  ⌄

Help  ⌄

## Products

See all products currently offered by the seller.

Leave seller feedback

Back to top

**Get to Know Us**
Careers
Amazon Newsletter
About Amazon
Accessibility
Sustainability
Press Center
Investor Relations
Amazon Devices

**Make Money with Us**
Sell on Amazon
Sell apps on Amazon
Supply to Amazon
Protect & Build Your Brand
Become an Affiliate
Become a Delivery Driver
Start a Package Delivery Business

**Amazon Payment Products**
Amazon Visa
Amazon Store Card
Amazon Secured Card
Amazon Business Card
Shop with Points
Credit Card Marketplace
Reload Your Balance
Gift Cards

**Let Us Help You**
Your Account
Your Orders
Shipping Rates & Policies
Amazon Prime
Returns & Replacements
Manage Your Content and Devices

Amazon Science

Advertise Your Products

Amazon Currency Converter

Recalls and Product Safety Alerts

Self-Publish with Us

Become an Amazon Hub Partner

Help

› See More Ways to Make Money

amazon

🌐 English ⇅

🇺🇸 United States

Amazon Music
Stream
millions
of songs

Amazon Ads
Reach customers
wherever they
spend their time

6pm
Score deals
on fashion brands

AbeBooks
Books, art
& collectibles

ACX
Audiobook
Publishing
Made Easy

Sell on
Amazon
Start a Selling
Account

Amazon Business
Everything For
Your Business

Amazon Fresh
Groceries &
More
Right To Your
Door

AmazonGlobal
Ship Orders
Internationally

Home Services
Experienced Pros
Happiness Guarantee

Amazon Web
Services
Scalable Cloud
Computing
Services

Audible
Listen to Books &
Original
Audio
Performances

Box Office
Mojo
Find Movie
Box Office
Data

Goodreads
Book reviews
&
recommendations

IMDb
Movies, TV
& Celebrities

IMDbPro
Get Info
Entertainment
Professionals
Need

Kindle Direct Publishing
Indie Digital & Print
Publishing
Made Easy

Amazon Photos
Unlimited Photo
Storage
Free With Prime

Prime Video Direct
Video Distribution
Made Easy

Shopbop
Designer
Fashion
Brands

Amazon
Warehouse
Great Deals on
Quality Used
Products

Whole Foods
Market
America's
Healthiest
Grocery Store

Woot!
Deals and
Shenanigans

Zappos
Shoes &
Clothing

Ring
Smart Home
Security
Systems

eero WiFi
Stream 4K Video
in Every Room

Blink
Smart
Security
for Every
Home

Neighbors App
Real-Time Crime
& Safety Alerts

Amazon Subscription
Boxes
Top subscription boxes –
right to your door

PillPack
Pharmacy
Simplified

Amazon Renewed
Like-new products
you can trust

Conditions of Use    Privacy Notice    Consumer Health Data Privacy Disclosure    Your Ads Privacy Choices ☑️✗

© 1996-2024, Amazon.com, Inc. or its affiliates



amazon

Deliver to
Chicago 60604

life house

Search Amazon

EN

Hello, Joe
Account & Lists

Returns
& Orders

0
Cart

All | Same-Day Delivery | Customer Service | Medical Care | Amazon Basics | Keep Shopping For | Registry | Groceries | Pharmacy | Livestreams | Shop By Interest | Household, Health & Baby Care | Handmade

1-16 of 20 results

Sort by: Featured

**Eligible for Free Shipping**

☐ Free Shipping by Amazon
Get FREE Shipping on eligible orders shipped by Amazon

**Delivery Day**
☐ Get It by Tomorrow

**Department**
Pet Supplies

**Customer Reviews**
★★★★☆ & Up
★★★☆☆ & Up
★★☆☆☆ & Up
★☆☆☆☆ & Up

**Condition**
New

**International Shipping**
☐ International Shipping Eligible

**Availability**
☐ Include Out of Stock

## Results

Check each product page for other buying options. Price and other details may vary based on product size and color.



Toulideifaria Diamond Art 5D Diamond Painting Kit Gem Art Kits for Adults Wall Decoration Crafts 12x16inch(Cool Girl)
★★★★☆ 60
$10.89
FREE delivery **Sun, Jun 30** on $35 of items shipped by Amazon
Or fastest delivery **Tomorrow, Jun 25**
Add to cart



Cat Toys for Wand Cat Feather Toys Replacement 7pcs Cat Wand Attachments Interactive Cat Toys for Indoor Cats Suitable for Cat Stick Toy Suitable for Cats
★★★★☆ 25
$10.89 ($1.56/Count)
FREE delivery **Sun, Jun 30** on $35 of items shipped by Amazon
Or fastest delivery **Tomorrow, Jun 25**
Only 6 left in stock - order soon.
Add to cart

+5 colors/patterns



Toulideifaria 5D Diamond Painting Kits Diamond Art Kits for Adults DIY Animals Diamond Art Small Duck Gem Painting for Crafts Home Wall Decor （14x18inch ）
$10.89
Save 30% with coupon
FREE delivery **Sun, Jun 30** on $35 of items shipped by Amazon
Or fastest delivery **Tomorrow, Jun 25**
Add to cart



Toulideifaria 5D Diamond Painting Kits Diamond Art Kits for Adults DIY Animals Diamond Art Painted Chickens Gem Painting for Crafts Home Wall Decor （14x14inch ）
$11.98
Save 20% with coupon
FREE delivery **Sun, Jun 30** on $35 of items shipped by Amazon
Or fastest delivery **Wed, Jun 26**
Add to cart



Cat Toys for Bored Indoor Adult Cats Automatic Moving Cat Ball Toys USB Rechargeable Interactive Cat Toy
★★★☆☆ 5
$18.55 Typical: $20.89
FREE delivery **Sun, Jun 30** on $35 of items shipped by Amazon
Or fastest delivery **Tomorrow, Jun 25**
Add to cart

+2 colors/patterns



Silicone Snuffle Mat for Dogs Pet Slow Feeder Licking Pad with Suction Cups 13x8inch Slow Feeding Bowl for Small Medium Breed Puppies Cats Training Pet Slow Food Stres...
★★★★☆ 8
$15.65 ($15.65/Count)
FREE delivery **Sun, Jun 30** on $35 of items shipped by Amazon
Or fastest delivery **Tomorrow, Jun 25**
Only 4 left in stock - order soon.
Add to cart



Toulideifaria Tapestry Black Light Tapestries Cool Girl Tapestries 59.1x51.2inches Wall Tapestry for Bedroom Suitable for Bedroom Living Room Dorm Wall Decoration
Polyester
★★★★★ 2
$7.79
FREE delivery **Sun, Jun 30** on $35 of items shipped by Amazon
Or fastest delivery **Thu, Jun 27**
Only 1 left in stock - order soon.
Add to cart



Cat Brush Cat Brush With Release Button Dog Grooming Brush Self Cleaning Pet Brush Dog Brush For Shedding Long Or Short Haired Cats Dogs
★★★★★ 1



$11<sup>87</sup> ($11.87/Count)

FREE delivery **Sun, Jun 30** on $35 of items shipped by Amazon
Or fastest delivery **Wed, Jun 26**
Only 6 left in stock - order soon.



Cat Feather Toys Replacement Cat Wand Toys 8pcs Cat Wand Attachments Interactive Cat Toys for Indoor Cat

★★★½☆ ⌄ 3

$10<sup>89</sup>

FREE delivery **Sun, Jun 30** on $35 of items shipped by Amazon
Or fastest delivery **Tomorrow, Jun 25**
Only 14 left in stock - order soon.

Add to cart

+3 colors/patterns



Black Dog Leash Heavy Duty Double Handle Dog Leash Reflective Leash for Night Walking Training Leash for Medium and Large Breed Dogs Outside Walking 6ft

$12<sup>68</sup> ($12.68/Count)

FREE delivery **Sun, Jun 30** on $35 of items shipped by Amazon
Or fastest delivery **Tomorrow, Jun 25**
Only 5 left in stock - order soon.

Add to cart



Slow Feeder Dog Bowl Silicone Dog Bowl Slows Down Dog Vacuum Cleaner Style Eating Speed for Small Medium Sized Dogs

★★★★½ ⌄ 3

$15<sup>89</sup> ($15.89/Count)

FREE delivery **Sun, Jun 30** on $35 of items shipped by Amazon
Or fastest delivery **Tomorrow, Jun 25**
Only 15 left in stock - order soon.

Add to cart



1/4 Mini Ratchet Wrench Right Angle Screwdriver with 90 Degree Mini Offset Reversible Drive Handle For Tight Space Long Screwdriver With Bits

$9<sup>89</sup>

FREE delivery **Sun, Jun 30** on $35 of items shipped by Amazon
Or fastest delivery **Overnight 4 AM - 8 AM**
Only 6 left in stock - order soon.

Add to cart

3 Pack Clear Sign Holder Acrylic Sign Holder With Wood Base Plastic Stands For Display 8.5 X 11in Plastic Frames Stand Up Paper Display Stand For Office,Store,...

★★★★★ ⌄ 1

$21<sup>89</sup>

FREE delivery **Sun, Jun 30** on $35 of items shipped by Amazon
Or fastest delivery **Overnight 4 AM - 8 AM**
Only 5 left in stock - order soon.

Add to cart



Diamond Painting Pen Diamond Art Pens 16pcs Diamond Painting Tools Set Multiple Replacement Tips For Diy 5d Diamond Art

$13<sup>89</sup>

FREE delivery **Sun, Jun 30** on $35 of items shipped by Amazon
Or fastest delivery **Wed, Jun 26**
Only 4 left in stock - order soon.

Add to cart

Toulideifaria Cool Girl Diamond Painting Kits

$18<sup>65</sup>

FREE delivery on $35 shipped by Amazon.

See options

Toulideifaria Cool Cirl Diamond Art

$18<sup>68</sup>

FREE delivery on $35 shipped by Amazon.

See options

Previous | 1 | 2 | Next

## Need help?

Visit the help section or contact us

Sponsored ⓘ

Back to top

### Get to Know Us

Careers

Amazon Newsletter

About Amazon

Accessibility

Sustainability

Press Center

Investor Relations

Amazon Devices

Amazon Science

### Make Money with Us

Sell on Amazon

Sell apps on Amazon

Supply to Amazon

Protect & Build Your Brand

Become an Affiliate

Become a Delivery Driver

Start a Package Delivery Business

Advertise Your Products

Self-Publish with Us

Become an Amazon Hub Partner

› See More Ways to Make Money

### Amazon Payment Products

Amazon Visa

Amazon Store Card

Amazon Secured Card

Amazon Business Card

Shop with Points

Credit Card Marketplace

Reload Your Balance

Gift Cards

Amazon Currency Converter

### Let Us Help You

Your Account

Your Orders

Shipping Rates & Policies

Amazon Prime

Returns & Replacements

Manage Your Content and Devices

Recalls and Product Safety Alerts

Help

amazon

English | United States

Amazon Music
Stream millions of songs

Amazon Ads
Reach customers wherever they spend their time

6pm
Score deals on fashion brands

AbeBooks
Books, art & collectibles

ACX
Audiobook Publishing Made Easy

Sell on Amazon
Start a Selling Account

Amazon Business
Everything For Your Business

Amazon Fresh
Groceries & More Right To Your Door

AmazonGlobal
Ship Orders Internationally

Home Services
Experienced Pros Happiness Guarantee

Amazon Web Services
Scalable Cloud Computing Services

Audible
Listen to Books & Original Audio Performances

Box Office Mojo
Find Movie Box Office Data

Goodreads
Book reviews & recommendations

IMDb
Movies, TV & Celebrities

IMDbPro
Get Info Entertainment Professionals Need

Kindle Direct Publishing
Indie Digital & Print Publishing Made Easy

Amazon Photos
Unlimited Photo Storage Free With Prime

Prime Video Direct
Video Distribution Made Easy

Shopbop
Designer Fashion Brands

Amazon Warehouse
Great Deals on Quality Used Products

Whole Foods Market
America's Healthiest Grocery Store

Woot!
Deals and Shenanigans

Zappos
Shoes & Clothing

Ring
Smart Home Security Systems

eero WiFi
Stream 4K Video in Every Room

Blink
Smart Security for Every Home

Neighbors App
Real-Time Crime & Safety Alerts

Amazon Subscription Boxes
Top subscription boxes – right to your door

PillPack
Pharmacy Simplified

Amazon Renewed
Like-new products you can trust

Conditions of Use | Privacy Notice | Consumer Health Data Privacy Disclosure | Your Ads Privacy Choices

© 1996-2024, Amazon.com, Inc. or its affiliates

https://www.amazon.com/s?me=A3T6DTCJ89GFRZ&marketplaceID=ATVPDKIKX0DER

3/3

Case: 1:26-cv-00358 Document #: 11-1 Filed: 02/05/26 Page 162 of 169 PageID #:1421



11/13/25, 2:35 PM

Amazon.com: Ergonomic Painting Art Drill Bead Dot Pen Kit with Screw Steel Metal Tip Nibs Storage Box Tool Accessories for 5D …

Case: 1:26-cv-00358 Document #: 11-1 Filed: 02/05/26 Page 163 of 169 PageID #:1422

- artsuppliesSimple to Use: Insert the metal tip into the head of the rhinestone art pen and rotate slowly. The lightweight rhinestone drill tip offers excellent adhesion for easy rhinestone gripping.

💬 Report an issue with this product or seller

**Pay-per-visit telehealth**
Start a virtual visit 24/7 for common concerns like acne, allergies, hair loss, and more through One Medical Pay-per-visit (formerly Amazon Clinic).
Get treatment now >



Subtotal
**$12.43**

Go to Cart

$12.43

1

## Bundle these items



+ +

Total price: $25.91

Add all 3 to Cart

ⓘ Some of these items ship sooner than the others.
Show details

**This item:** Ergonomic Painting Art Drill Bead Dot Pen Kit with Screw Steel Metal Tip Nibs…
$12⁴³

Sponsored ⓘ
Uniquer Diamond Art Painting Point Drill Pen, Sweep Brush Pick Up Clean-up Tool for…
3.2 ★★★☆☆ 4
$7⁴⁹
✓prime

Sponsored ⓘ
Anti Slip Tools Sticky Mat Gel Pads Diamonds Tray Holder Diamond Painting Tool…
4.7 ★★★★⯪ 3
$5⁹⁹
✓prime

## Based on your recent views Sponsored ⓘ



Diamond Art Painting Pen Accessories Tools, Metal Square and Round Tips Ergonomic D…
★★★★⯪ 2,848
$9⁹⁹
✓prime

Heyseri Diamond Art Painting Pens, Ergonomic Diamond Painting Drill Pens Tools
★★★★⯪ 2,878
$8⁹⁹
✓prime

FOVIUPET 21pcs Diamond Painting Art Drill Pen Set, Resin Luminous 5D Point Drill
★★★★⯪ 313
$13⁹⁹
✓prime

Heyseri Diamond Painting Pen Accessories Tools Set, Ergonomic Diamond Art Pen with …
★★★★⯪ 640
$8⁹⁹
✓prime

Metal Tip for Diamond Painting Pen Metal Pen Tips Set Diamond Painting Accessories …
★★★★⯪ 62
$7⁴⁹
✓prime

## Products related to this item Sponsored ⓘ

11/13/25, 2:35 PM
Amazon.com: Ergonomic Painting Art Drill Bead Dot Pen Kit with Screw Stage Metal Tip Nails Storage Box Tool Accessories for 5D …

Case: 1:26-cv-00358 Document #: 11-1 Filed: 02/05/26 Page 164 of 169 PageID #:1423



11/13/25, 2:35 PM     Amazon.com Ergonomic Painting Art Drill Bead Dot Pen Kit with Screw Steel Metal Tip Nils Storage Box Tool Accessories for 5D …

Case: 1:26-cv-00358 Document #: 11-1 Filed: 02/05/26 Page 165 of 169 PageID #:1424

6 x Clay
1 x Glue Storage Box
1 x Metal Head Storage Box
1 x Rubber Ring (Pack)

**Subtotal**
**$12.43**

Go to Cart

$12.43

1

## Products related to this item Sponsored ⓘ



Praise V Do Diamond Painting Art Drill Pen Tool Accessories Stylus, Nail Art Embroi...
★★★★½ 619
$25⁹⁹
✓prime



14pcs Metal Screw Thread Tips Diamond Painting Art Pen Accessories and Tools kit,
★★★★½ 680
$15⁹⁹
✓prime



Nail Art Pens Set 12 Colors Nail Art Markers,2025 Nail Polish Pens Drawing Painting...
★★★★★ 4
$9⁵⁵ ($9.55 / count)
You pay $8.59 with coupon



Nail Art Pens Set 12 Colors Nail Art Markers for Gel Nails,2025 Quickly Dry Nail Po...
★★★★★ 1
$9⁵⁵ ($9.55 / count)
You pay $8.59 with coupon



Automatic Refillable Wax Pen, 2025 New Upgrade Diamond Art Pen with 30Pcs Wax Diamo...
★★★★★ 2
$12⁹⁹

## Customer reviews

No customer reviews

| | | |
|---|---|---|
| 5 star | | 0% |
| 4 star | | 0% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | | 0% |

How customer reviews and ratings work ⌄

## Frequently purchased items with fast delivery ⋮



22PCS DIY Diamond Art Pen Painting Tool Set - Metal Threaded Tip Accessories Gem Resin Dotting Pen Supplies Ki...
★★★★½ 257
$12⁹⁰
✓prime FREE One-Day Get it Tomorrow, Nov 14



Praise V Do Ergonomic Diamond Painting Art Drill Bead Dot Pen Kit with Screw Steel Silver Metal Tip Nibs Placers...
★★★★½ 1,808
$12⁹⁹
✓prime Overnight by 11:00 AM



Praise V Do Thin Version Stainless Steel Diamond Painting Art Drilling Pen Kit with Screw Silver Metal Tips Nib Placer...
★★★★½ 7
$14⁹⁹
✓prime Overnight by 11:00 AM



Snewvie Diamond Painting Pen Accessories Tools Set,1PCS Diamon...
★★★★½ 1,032
Save 8%
-8% $10⁹⁹
List: $11.99
Lowest price in 30 days
✓prime FREE One-Day Get it Tomorrow, Nov 14



Diamond Painting Art Drill Accessories Tool F Kit, 5D Handmade Diamond Painting Dril Pen Stylus Tips Placer:
★★★★½ 634
$9⁹⁹
✓prime FREE One-Day Ge Tomorrow, Nov 14

Back to top

Case: 1:26-cv-00358 Document #: 11-1 Filed: 02/05/26 Page 166 of 169 PageID #:1425

# Likeets

Visit the Likeets storefront

★★★★⯪ | **93% positive** in the last 12 months (122 ratings)



**Ergonomic Painting Art Drill Bea...**

$12⁴³

Add to Cart

## About Seller

Likeets is committed to providing each customer with the highest standard of customer service.

**Have a question for Likeets?**

Ask a question

## Reviews

★★★★⯪  4.6 out of 5

122 ratings

12 months ⌄

| | | |
|---|---|---|
| 5 star | ████████████ | 79% |
| 4 star | ██ | 15% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | █ | 7% |

Learn more about how seller reviews work on Amazon ⌄

**Share your thoughts with other customers**

Leave seller feedback

**FILTER BY**

All stars ▾

122 total ratings, 122 with feedback for 12 months ⓘ

★★★★☆  "i liked"

By Duc M Nguyen on November 13, 2025.

★☆☆☆☆  "~~Did not receive urn or cross necklaces. The closet rod is NOT a closet rod~~"

By Ed on November 12, 2025.

**Message from Amazon:** This item was fulfilled by Amazon, and we take responsibility for this fulfillment experience.

★★★★★  "Funny"

By Amazon Customer on November 11, 2025.

★★★★★  "Fast delivery"

By Thomas Tucker on November 10, 2025.

★☆☆☆☆  "~~I cancelled because it was not delivered. When will I receive a refund?~~"

By Jacqueline Farr on November 7, 2025.

**Message from Amazon:** This item was fulfilled by Amazon, and we take responsibility for this fulfillment experience.

Previous  Next

## Return & Refund Policies

To get information about the Return and Refund policies that may apply, please refer to Amazon's Return and Refund policy.

To initiate a return, visit Amazon's Online Return Center to request a return authorization from the seller.

For any issues with your return, if the product was shipped by the seller, you can get help here.

## Amazon's A-to-z Guarantee

11/13/25, 2:34 PM
Amazon.com Seller Profile: lukaets
Case: 1:26-cv-00358 Document #: 11-1 Filed: 02/05/26 Page 167 of 169 PageID #:1426

### Amazon's A-to-z Guarantee

The Amazon A-to-z Guarantee protects you when you purchase items sold and fulfilled by a third party seller. Our guarantee covers both the timely delivery and the condition of your items. If either are unsatisfactory, you can report the problem to us and our team will determine if you are eligible for a refund.

See full details

### Detailed Seller Information

**Business Name:** shen zhen shi ou si de ke ji you xian gong si
**Business Address:**
坂田街道大发埔社区里浦街7号TOD科技中心1栋101A28
深圳市
龙岗区
广东省
518000
CN

## Shipping Policies ⌄

## Other Policies ⌄

## Help ⌄

### Products

See all products currently offered by the seller.

Leave seller feedback

Back to top

#### Get to Know Us

Careers
Amazon Newsletter
About Amazon
Accessibility
Sustainability
Press Center
Investor Relations
Amazon Devices
Amazon Science

#### Make Money with Us

Sell on Amazon
Sell apps on Amazon
Supply to Amazon
Protect & Build Your Brand
Become an Affiliate
Become a Delivery Driver
Start a Package Delivery Business
Advertise Your Products
Self-Publish with Us
Become an Amazon Hub Partner
› See More Ways to Make Money

#### Amazon Payment Products

Amazon Visa
Amazon Store Card
Amazon Secured Card
Amazon Business Card
Shop with Points
Credit Card Marketplace
Reload Your Balance
Gift Cards
Amazon Currency Converter

#### Let Us Help You

Your Account
Your Orders
Shipping Rates & Policies
Amazon Prime
Returns & Replacements
Manage Your Content and Devices
Recalls and Product Safety Alerts
Registry & Gift List
Help

 prime      **Secure checkout** ⌄     

**Delivering to**

IL, 60435, United States      Change

Add delivery instructions

**Paying with**      Change

Use a gift card, voucher, or promo code

ⓘ **Want to save time on your next order and go directly to this step when checking out?**

☐ Default to this delivery address and payment method.

 **Get a $125 Amazon Gift Card** upon approval for the Amazon Business Prime Card.
Terms apply.      Learn more

**Arriving Dec 1, 2025 – Dec 15, 2025**

 Ergonomic Painting Art Drill Bead Dot Pen Kit with Screw Steel Metal Tip Nibs Storage Box Tool Accessories for 5D Paint Rhinestone Art Painting Pen Set (Blue)
**$12.43**
Ships from Likeets
Sold by Likeets

🗑   1   +

Gift options not available

◉ **Monday, Dec 1 – Monday, Dec 15**     FREE

| | |
|---|---|
| **Place your order** | **Order total: $13.52** |

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Place your order**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

Items:     $12.43
Shipping & handling:     $0.00
Estimated tax to be collected:*     $1.09
**Order total:**     **$13.52**

Why has sales tax been applied? See tax and seller information.

Do you need help? Explore our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Colorado Purchasers: Important information regarding sales tax you may owe in your State

Most new, unused items sold by Amazon, or millions of third-party sellers are eligible for Free Returns, within 30 days of delivery. For the 2025 holiday season, most items purchased between November 1 and December



## ✅ Order placed, thanks!

Confirmation will be sent to your email.

**Shipping to** ████████████████████ IL, 60435, United States

**Dec. 1 – Dec. 15**
Estimated delivery

Review or edit your recent orders ›

### Follow the brand

Get deals, new products updates, and more.

**Tnfeeon**

Follow



Get a **Get a $125 Amazon Gift Card** upon approval for the Amazon Business Prime Card.
Terms apply.

Learn more



## Books you may like

⋮



**Escaped Daughter (Morrigan University Book 1)**
› Erin R Flynn
★★★★½ 3,697
Kindle Edition
$0⁹⁹
3 pts

**Fire's Resonance: A Paranormal Dragon Romance (Hearts on Fir…**
› Milly Taiden
★★★★½ 119
Kindle Edition
$2⁹⁹
9 pts

**Fourth Wing (The Empyrean Book 1)**
› Rebecca Yarros
★★★★★ 453,487
Kindle Edition
#1 Best Seller
$14⁹⁹
45 pts

## Based on your reading

⋮