Juanren Wu

                                    Plaintiff,

v.                                                          Case No.:
                                                            1:26–cv–00358
                                                            Honorable Andrea R.
                                                            Wood

The Partnerships and Unincorporated Associations
Identified on Schedule "A"

                                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, April 2, 2026:

        MINUTE entry before the Honorable Andrea R. Wood: Telephonic status hearing held on 4/1/2026. For the reasons stated on the record, Plaintiff's motion for electronic service of process pursuant to Fed. R. Civ. P. 4(f)(3) [12], ex parte motion for entry of a temporary restraining order, including a temporary injunction, a temporary asset restraint and incorporated memorandum of law [13], motion for leave to conduct expedited third–party discovery and memorandum of law [14], and motion to seal [15] are granted. Enter Sealed Temporary Restraining Order. Note that the Temporary Restraining Order requires service by emailing copies of the documents to be service as well as a link to the documents. The Clerk's Office is directed to maintain document nos. [4], [8], [10], and [11] under seal until further order of this Court. Additionally, the Temporary Restraining Order shall be maintained under seal until further order of the Court. The Temporary Restraining Order is entered effective 4:00 p.m. on 4/2/2026 and shall expire in fourteen (14) days. It is further ordered that Plaintiff shall deposit with the Court fifty thousand dollars ($50,000.00) as security, determined adequate for the payment of such damages as any person may be entitled to recover as a result of a wrongful restraint hereunder. Any motion for an extension of the temporary restraining order or motion for a preliminary injunction shall be filed 48 hours in advance of the expiration of the Temporary Restraining Order. Telephonic status hearing set for 4/15/2026 at 8:45 AM. The call–in number is (650) 479–3207 and the access code is 1808131170. To ensure public access to court proceedings, members of the public and media may call in to listen to telephonic hearings. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court–issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Mailed notice (lma, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.