**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

JUANREN WU,

                            Plaintiff,

v.

AHAOK, et al.,

                            Defendant.

Case No.: 26-cv-00358

**Judge Andrea R. Wood**

**Magistrate Judge Beth W. Jantz**

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on April 20, 2026, I sent an email to the email addresses for the Defendants as provided by third parties and consistent with the Amended Schedule "A." Consistent with this Court's Order [Doc. 18], this email noticed the Amended Complaint [Doc. 7], Exhibit 3 to the Declaration of Juanren Wu [Docs. 11-1, 11-2], Defendants of Plaintiff's Motion for Temporary Restraining Order [Doc. 13], the Declaration of William Hausman [Doc. 13-1], the Temporary Restraining Order [Doc. 19], Plaintiff's Motion for Preliminary Injunction [Doc. 24], and the Proposed Order for Preliminary Injunction.

Respectfully submitted this 20th of April 2026.

/s/ William J. Hausman
Bar No. 6353083
Ford Banister LLC
305 Broadway – Floor 7
New York, NY 10007
Telephone: 212-500-3268
Email: whausman@fordbanister.com
*Counsel for Plaintiff*