**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| JUANREN WU,<br><br>     Plaintiff,<br><br>v.<br><br>THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A,"<br><br>     Defendants. | Case No. 26-cv-00358<br><br>**Judge Andrea R. Wood**<br><br>**Magistrate Judge Beth W. Jantz** |

**NOTICE OF VOLUNTARY DISMISSALAS TO DEFENDANTS**
**(No. 6) Ceekeer, (No. 9) Frogecho, (No. 28) life house, and (No. 31) Muzagroo Art**

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff Juaren Wu hereby dismisses this action without prejudice against Defendants (No. 6) Ceekeer, (No. 9) Frogecho (No. 28) life house, and (No. 31) Muzagroo Art.

Respectfully Submitted this 29th day of May 2026.

*/s/ William J. Hausman*
Bar No. 6353083
Ford Banister LLC
305 Broadway – Floor 7
New York, NY 10007
Telephone: 212-500-3268
Email: whausman@fordbanister.com
*Counsel for Plaintiff*