## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

JUANREN WU,

                      Plaintiff,

v.

THE PARTNERSHIPS AND
UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE "A,"

                      Defendants.

Case No. 26-cv-00358

**Judge Andrea R. Wood**

**Magistrate Judge Beth W. Jantz**

## NOTICE OF VOLUNTARY DISMISSAL
## AS TO CERTAIN DEFENDANTS

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff Juaren Wu

hereby dismisses this action without prejudice against (No. 36) Pukalan, (No.29) Lucky Shop1234,

(No. 10) Gartwan, and (No. 11) Garqifert.

Respectfully Submitted this 19th day of June 2026.

                      */s/ William J. Hausman*
                      Bar No. 6353083
                      Ford Banister LLC
                      305 Broadway – Floor 7
                      New York, NY 10007
                      Telephone: 212-500-3268
                      Email: whausman@fordbanister.com
                      *Counsel for Plaintiff*